**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF PUERTO RICO, PONCE DIVISION

Case number (if known)   18-_____   Chapter   __12__

☐ Check if this an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | VAQUERIA LAS MARTAS INC |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 66-0541863 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| BO NARANJITO<br>CARR 422 KM 8.3<br>NARANJITO, PR 00659<br>Number, Street, City, State & ZIP Code | HC 05 BOX 91635<br>ARECIBO, PR 00612<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Hatillo<br>County | **Location of principal assets, if different from principal place of business**<br>BO NARANJITO CARR 422 KM 8.3 HATILLO, PR 00659<br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

Debtor   **VAQUERIA LAS MARTAS INC**                                    Case number (*if known*)   **18-**
_____
Name

**7.** **Describe debtor's business**        A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**        *Check one:*

☐ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☑ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☐ No.

☑ Yes.

If more than 2 cases, attach a separate list.

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| District | **SAN JUAN, PR** | When | **6/21/11** | Case number | **11-05237** |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 2

| Debtor | VAQUERIA LAS MARTAS INC | Case number (*if known*) | 18- |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

          Contact name _____

          Phone _____

---

### ▇ Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | VAQUERIA LAS MARTAS INC | | Case number (*if known*) | 18- |
|---|---|---|---|---|
| | Name | | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **December 13, 2018**
                MM / DD / YYYY

**X** /s/ JUAN M BARRETO GINORIO               JUAN M BARRETO GINORIO
Signature of authorized representative of debtor     Printed name

Title     **PRESIDENT**

**18. Signature of attorney**

**X** /s/ Modesto Bigas-Mendez               Date **December 13, 2018**
Signature of attorney for debtor                         MM / DD / YYYY

**Modesto Bigas-Mendez**
Printed name

**Modesto Bigas Law Office**
Firm name

**PO Box 7462**
**Ponce, PR 00732-7462**
Number, Street, City, State & ZIP Code

Contact phone     **(787) 844-1444**     Email address     **modestobigas@yahoo.com**

**USDC129507, PR6031**
Bar number and State

B201B (Form 201B) (12/09)

**United States Bankruptcy Court**
**District of Puerto Rico, Ponce Division**

IN RE:                                                                              Case No. **18-**_____

VAQUERIA LAS MARTAS INC _____     Chapter **12** _____
                       Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____     Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer     petition preparer is not an individual, state
Address:                                                                              the Social Security number of the officer,
_____     principal, responsible person, or partner of
                                                                                       the bankruptcy petition preparer.)
_____     (Required by 11 U.S.C. § 110.)

**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

VAQUERIA LAS MARTAS INC _____     **X** */s/ JUAN M BARRETO GINORIO*          **12/13/2018**
Printed Name(s) of Debtor(s)                                         Signature of Debtor                                                Date


Case No. (if known) **18-**_____     **X** _____
                                                                                       Signature of Joint Debtor (if any)                          Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 2018 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Puerto Rico, Ponce Division

In re   **VAQUERIA LAS MARTAS INC**                                              Case No.   **18-**
                                         _____          Chapter   **12**
                                              Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept _____         $ _____**10,000.00**

     Prior to the filing of this statement I have received _____       $ _____**1,000.00**

     Balance Due _____                         $ _____**9,000.00**

2.   The source of the compensation paid to me was:

     ■ Debtor        ☐  Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor        ☐  Other (specify):

4.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law
        firm.

     ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     e.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**December 13, 2018**
_Date_

                                                        **/s/ Modesto Bigas-Mendez**
                                                        **Modesto Bigas-Mendez**
                                                        _Signature of Attorney_
                                                        **Modesto Bigas Law Office**

                                                        **PO Box 7462**
                                                        **Ponce, PR 00732-7462**
                                                        **(787) 844-1444   Fax: (787) 842-4090**
                                                        **modestobigas@yahoo.com**
                                                        _Name of law firm_

---

**Fill in this information to identify the case:**

Debtor name: VAQUERIA LAS MARTAS INC

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, PONCE DIVISION

Case number (if known): 18-

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AEE P O BOX 363508 SAN JUAN, PR 00936 | | | | | | $17,600.00 |
| AEE P O BOX 363508 SAN JUAN, PR 00936 | | | | | | $16,814.21 |
| AEE P O BOX 363508 SAN JUAN, PR 00936 | | | | | | $3,001.95 |
| CONDADO 5 LLC PO BOX 190058 SAN JUAN, PR 00919 | | | | $1,662,200.93 | $763,100.00 | $899,100.93 |
| DEPARTAMENTO DE HACIENDA PO BOX 9024140 SAN JUAN, PR 00902-4140 | | | | | | $2,757.09 |
| DEPARTAMENTO DE HACIENDA PO BOX 9024140 SAN JUAN, PR 00902-4140 | | | | | | $1,335.21 |
| DEPARTMENTO DEL TRABAJO Y RECURSOS HUMAN SECCION DE CONTRIBUCIONES PO BOX 191020 SAN JUAN, PR 00919-1020 | | | | | | $5,720.06 |

Software Copyright (c) 2018 CINGroup - www.cincompass.com

| Debtor | VAQUERIA LAS MARTAS INC | | Case number *(if known)* | 18- | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| FONDO DEL SEGURO DEL ESTADO PO BOX 365028 SAN JUAN, PR 00936-5028 | | | | | | $5,985.01 |
| FONDO DEL SEGURO DEL ESTADO PO BOX 365028 SAN JUAN, PR 00936-5028 | | | | | | $2,836.45 |
| INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | | | | | | $7,752.01 |
| INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | | | | | | $15,809.98 |
| NUTRIMIX FEED COMPANY INC PO BOX 11433 SAN JUAN, PR 00922 | | | | | | $20,265.42 |
| USDA FARM SERVICE AGENCY 1562 AVE MIRAMAR SUITE 202 ARECIBO, PR 00612-2863 | | | | $34,686.11 | $0.00 | $34,686.11 |
| USDA FARM SERVICE AGENCY 1562 AVE MIRAMAR SUITE 202 ARECIBO, PR 00612-2863 | | | | $12,480.70 | $763,100.00 | $12,480.70 |

Software Copyright (c) 2018 CINGroup - www.cincompass.com

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **VAQUERIA LAS MARTAS INC** |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, PONCE DIVISION |
| Case number (if known) | **18-** |

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

**Part 1:     Summary of Assets**

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................................     $                  0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.......................................................................................     $          948,320.06

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.........................................................................................     $          948,320.06

**Part 2:     Summary of Liabilities**

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.....................     $        1,709,367.74

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................     $            17,643.73

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................     +$            82,233.66

4.  **Total liabilities** ..................................................................................................................
    Lines 2 + 3a + 3b                                                                                              $        1,809,245.13

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **VAQUERIA LAS MARTAS INC** |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, PONCE DIVISION |
| Case number (if known) | **18-** |

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | Cash on hand | | $0.00 |

3.   Checking, savings, money market, or financial brokerage accounts (Identify all)

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | FIRSTBANK | BUSINESS PLUS CORP | 6224 | $23.06 |

4.   Other cash equivalents (Identify all)

5.   **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$23.06

### Part 2:   Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | UTILITY BOND AEE | $7,500.00 |
|---|---|---|

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

Debtor  **VAQUERIA LAS MARTAS INC** _____  Case number *(if known)* **18-** _____
         Name

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.     | **$7,500.00**

**Part 3:**  **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

  ☐ No. Go to Part 4.
  ■ Yes Fill in the information below.

11. **Accounts receivable**

  11a. 90 days old or less:     **7,084.00**    -    **0.00**   = ....     **$7,084.00**
                   face amount                    doubtful or uncollectible accounts

12. **Total of Part 3.**
   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.    | **$7,084.00**

**Part 4:**  **Investments**

13. **Does the debtor own any investments?**

  ■ No. Go to Part 5.
  ☐ Yes Fill in the information below.

**Part 5:**  **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

  ☐ No. Go to Part 6.
  ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | | | | |
| 20. Work in progress | | | | |
| 21. Finished goods, including goods held for resale | | | | |
| 22. Other inventory or supplies MILK QUOTA 58,700 @ $13.00 | | $763,100.00 | | $763,100.00 |

23. **Total of Part 5.**
   Add lines 19 through 22.  Copy the total to line 84.    | **$763,100.00**

24. **Is any of the property listed in Part 5 perishable?**
  ■ No
  ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
  ■ No
  ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

Official Form 206A/B         Schedule A/B Assets - Real and Personal Property       page 2

| Debtor | VAQUERIA LAS MARTAS INC | Case number *(If known)*  18- |
|---|---|---|
| | Name | |

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☐ No.  Go to Part 7.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops-either planted or harvested** | | | |
| **29.** **Farm animals** *Examples: Livestock, poultry, farm-raised fish* COWS: 45 PRODUCTION @ 1,500= $67,500 10 RESTING @ 1,500= $15,000 10 HEIFERS IN BREEDING @ 1,500= $15,500 12 BULL HEIFERS IN BREEDING @ 800= $9,600 15 UNBRED COWS @1,000= @15,000 14 HEIFERS @ 200= $2,800 2 BULLS @ 700= $1,400 2 TORETES @ 400= $800 | $127,600.00 | | $127,600.00 |
| **30.** **Farm machinery and equipment** *(Other than titled motor vehicles)* FARM MACHINERY -MIXER- 5,000.00 -TRACTOR MASSEY FERGUSON 1085(JUNKED)- 4,000.00 -TRACTOR MASSEY FERGUSON 3090- 5,000.00 -FERTILIZER IRRIGATION MACHINE- 600.00 -WATER PUMP FOR IRRIGATION- 2,500.00 -BOMBA DE POZO PROFUNDO- 2,000.00 -IRRIGATING PISTOL- 500.00 -BATIDOR DE CHARCA- 1,500.00 -CLEANNING PUMP- 400.00 -16 MILKING MACHINE- 5,000.00 -MILK PUMP WITH RECEIVER- 600.00 -MILK TANK- 3,000.00 -2 VACUUM PUMP- 1,500.00 -ELECTRIC PLANT- 1,000.00 | $32,600.00 | | $32,600.00 |

31.  **Farm and fishing supplies, chemicals, and feed**

32.  **Other farming and fishing-related property not already listed in Part 6**

33.  **Total of Part 6.**
   Add lines 28 through 32.  Copy the total to line 85.

$160,200.00

34.  **Is the debtor a member of an agricultural cooperative?**
   ■ No
   ☐ Yes.  Is any of the debtor's property stored at the cooperative?
     ☐ No
     ☐ Yes

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
   ■ No

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

Debtor  **VAQUERIA LAS MARTAS INC**
_____
Name

Case number *(If known)*  **18-**
_____

☐ Yes. Book value _____  Valuation method _____  Current Value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
   ■ No
   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2005 NISSAN FRONTIER** | **$6,538.00** | | **$6,538.00** |
| 47.2. | **1988 FORD F350** | **$3,875.00** | | **$3,875.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**
   Add lines 47 through 50.  Copy the total to line 87.

   | $10,413.00 |
   |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 4

Debtor    __VAQUERIA LAS MARTAS INC__        Case number *(If known)* __18-_____
           Name

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

---

Official Form 206A/B        Schedule A/B Assets - Real and Personal Property        page 5

Debtor    **VAQUERIA LAS MARTAS INC**                                    Case number *(If known)*  **18-**
_____                              _____
              Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $23.06 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $7,500.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $7,084.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory.  *Copy line 23, Part 5.* | $763,100.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $160,200.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $10,413.00 | |
| 88. Real property. *Copy line 56, Part 9*...............................................> | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $948,320.06 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $948,320.06 |

Software Copyright (c) 2018 CINGroup - www.cincompass.com

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **VAQUERIA LAS MARTAS INC** |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, PONCE DIVISION |
| Case number (if known) | **18-** |

☐ Check if this is an
amended filing

### Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1  CONDADO 5 LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**MILK QUOTA 58,700 @ $13.00** | **$1,662,200.93** | **$763,100.00** |

**PO BOX 190058**
**SAN JUAN, PR 00919**
Creditor's mailing address

Describe the lien
**MORTGAGE AND GUARANTEED LOAN**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**01/12/2005**

**Last 4 digits of account number**
**0600**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. CONDADO 5 LLC**
**2. USDA FARM SERVICE AGENCY**

| **2.2  USDA FARM SERVICE AGENCY**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**MILK QUOTA 58,700 @ $13.00** | **$12,480.70** | **$763,100.00** |
|---|---|---|---|

**1562 AVE MIRAMAR SUITE 202**
**ARECIBO, PR 00612-2863**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2009**

**Last 4 digits of account number**

Official Form 206D                    Schedule D: Creditors Who Have Claims Secured by Property                    page 1 of 2

Debtor    **VAQUERIA LAS MARTAS INC**                                      Case number (if know)    **18-**
          Name

**4401**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

**1. CONDADO 5 LLC**
**2. USDA FARM SERVICE AGENCY**

---

| 2.3 | **USDA FARM SERVICE AGENCY** Creditor's Name | Describe debtor's property that is subject to a lien | **$34,686.11** | **$0.00** |
|---|---|---|---|---|

**1562 AVE MIRAMAR SUITE 202**
**ARECIBO, PR 00612-2863**
Creditor's mailing address

Describe the lien
**BUSINESS LOAN**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2009**

Last 4 digits of account number
**4402**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$1,709,367.74** |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 2018 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name **VAQUERIA LAS MARTAS INC**

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, PONCE DIVISION

Case number (if known) **18-**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**DEPARTAMENTO DE HACIENDA**<br><br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,335.21** | **$0.00** |
| Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**TYPE 902 TAXES** | | |
| Last 4 digits of account number **1863**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address<br>**DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMAN SECCION DE CONTRIBUCIONES**<br>PO BOX 191020<br>SAN JUAN, PR 00919-1020 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,720.06** | **$0.00** |
| Date or dates debt was incurred<br>**2015 TO 2018** | Basis for the claim:<br>**UNEMPLOYMENT TAXES** | | |
| Last 4 digits of account number **8000**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor  **VAQUERIA LAS MARTAS INC**                                   Case number (if known)   **18-**
_____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,836.45** | **$0.00** |
|---|---|---|---|---|

**FONDO DEL SEGURO DEL ESTADO**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

PO BOX 365028
SAN JUAN, PR 00936-5028

Date or dates debt was incurred
**2015 TO 2018**

Basis for the claim:
**DISABILITY AND WORKERS COMPENSATION**

Last 4 digits of account number  **0264**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**8**)

■ No
☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,752.01** | **$0.00** |
|---|---|---|---|---|

**INTERNAL REVENUE SERVICE**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

PO BOX 7346
PHILADELPHIA, PA 19101-7346

Date or dates debt was incurred
**2015 TO 2017**

Basis for the claim:
**940 AND 943 TAXES**

Last 4 digits of account number  **1863**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**8**)

■ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,001.95** |
|---|---|---|---|

**AEE**

☐ Contingent
☐ Unliquidated
☐ Disputed

P O BOX 363508
SAN JUAN, PR 00936

Date(s) debt was incurred  **09/20/2018**

Basis for the claim:  **UTILITY SERVICE**

Last 4 digits of account number  **1000**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,814.21** |
|---|---|---|---|

**AEE**

☐ Contingent
☐ Unliquidated
☐ Disputed

P O BOX 363508
SAN JUAN, PR 00936

Date(s) debt was incurred  __

Basis for the claim:  **UTILITY DEBT**

Last 4 digits of account number  **6004**

Is the claim subject to offset?  ☐ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,600.00** |
|---|---|---|---|

**AEE**

☐ Contingent
☐ Unliquidated
☐ Disputed

P O BOX 363508
SAN JUAN, PR 00936

Date(s) debt was incurred  **2009**

Basis for the claim:  **UTILITY DEBT**

Last 4 digits of account number  **0044**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **VAQUERIA LAS MARTAS INC** | Case number (if known) | **18-** |
|---|---|---|---|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,757.09** |
|---|---|---|---|

**DEPARTAMENTO DE HACIENDA**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO BOX 9024140
SAN JUAN, PR 00902-4140

**Basis for the claim:** TYPE 200 TAXES

Date(s) debt was incurred  2011 TO 2012

Last 4 digits of account number  1863

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,985.01** |
|---|---|---|---|

**FONDO DEL SEGURO DEL ESTADO**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO BOX 365028
SAN JUAN, PR 00936-5028

**Basis for the claim:** DISABILITY AND WORKERS COMPENSATION

Date(s) debt was incurred  2008 TO 2014

Last 4 digits of account number  0264

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,809.98** |
|---|---|---|---|

**INTERNAL REVENUE SERVICE**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO BOX 7346
PHILADELPHIA, PA 19101-7346

**Basis for the claim:** 940 AND 943 TAXES

Date(s) debt was incurred  2009 TO 2014

Last 4 digits of account number  1863

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,265.42** |
|---|---|---|---|

**NUTRIMIX FEED COMPANY INC**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO BOX 11433
SAN JUAN, PR 00922

**Basis for the claim:** GOODS SOLD

Date(s) debt was incurred  2011

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 17,643.73 |
| **5b. Total claims from Part 2** | 5b. + | $ 82,233.66 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 99,877.39 |

| Fill in this information to identify the case: |
| --- |

Debtor name __VAQUERIA LAS MARTAS INC__

United States Bankruptcy Court for the: __DISTRICT OF PUERTO RICO, PONCE DIVISION__

Case number (if known) __18-__

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                          12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*................................................................... $ ____0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................. $ ____948,320.06

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................. $ ____948,320.06

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A *Amount of claim,* from line 3 of *Schedule D*..................... $ ____1,709,367.74

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................... $ ____17,643.73

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................ +$ ____82,233.66

4. **Total liabilities** ...............................................................
   Lines 2 + 3a + 3b                                                          $ ____1,809,245.13

| Fill in this information to identify the case: |
|---|

Debtor name      **VAQUERIA LAS MARTAS INC**

United States Bankruptcy Court for the:      DISTRICT OF PUERTO RICO, PONCE DIVISION

Case number (if known)      **18-**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest   **UTILITY SERVICE** | |
| State the term remaining | **AEE**<br>**PO BOX 363508**<br>**SAN JUAN, PR 00936-3508** |
| List the contract number of any government contract | |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest   **LEASE CONTRACT FOR PROPERTY LOCATED AT BO. NARANJITO, CARR 492 KM 0.9, HATILLO, PR 00659.** | |
| State the term remaining | **JUAN M BARRETO GINORIO**<br>**HC 5 BOX 91635**<br>**ARECIBO, PR 00612** |
| List the contract number of any government contract | |

| Fill in this information to identify the case: |
| --- |

Debtor name     **VAQUERIA LAS MARTAS INC**

United States Bankruptcy Court for the:     DISTRICT OF PUERTO RICO, PONCE DIVISION

Case number (if known)     **18-**

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- |
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **JM DAIRY INC** | HC 5 BOX 91635 ARECIBO, PR 00612 | **CONDADO 5 LLC** | ■ D **2.1** ☐ E/F _____ ☐ G _____ |
| 2.2 **JUAN M BARRETO GINORIO** | HC 5 BOX 91635 ARECIBO, PR 00612 | **CONDADO 5 LLC** | ■ D **2.1** ☐ E/F _____ ☐ G _____ |
| 2.3 **MARIA E HERNANDEZ RUIZ** | PO BOX 1079 HATILLO, PR 00659 | **CONDADO 5 LLC** | ■ D **2.1** ☐ E/F _____ ☐ G _____ |

Schedule H: Your Codebtors

| Fill in this information to identify the case: |
|---|

Debtor name    **VAQUERIA LAS MARTAS INC**

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO, PONCE DIVISION

Case number (if known)    **18-**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 13, 2018**         X */s/ JUAN M BARRETO GINORIO*
                                              Signature of individual signing on behalf of debtor

                                              **JUAN M BARRETO GINORIO**
                                              Printed name

                                              **PRESIDENT**
                                              Position or relationship to debtor

| Fill in this information to identify the case: |
| --- |

Debtor name     **VAQUERIA LAS MARTAS INC**

United States Bankruptcy Court for the:     DISTRICT OF PUERTO RICO, PONCE DIVISION

Case number (if known)     **18-**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write
the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other | $146,309.00 |
| **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | $316,445.00 |
| **For the fiscal year:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other | $215,406.00 |
| **For the fiscal year:**<br>From  **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other | $335,133.00 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and
royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from<br>each source<br>(before deductions and<br>exclusions) |
| --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this
case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years
after that with respect to cases filed on or after the date of adjustment.)

Debtor    **VAQUERIA LAS MARTAS INC**                                    Case number *(if known)*    **18-**

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| | | | |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| | | | |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| | | | |

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| | | | |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

Debtor   **VAQUERIA LAS MARTAS INC**                         Case number *(if known)*   **18-**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **MODESTO BIGAS MENDEZ**<br>**PO BOX 7462**<br>**PONCE, PR 00732-7462** | | 12/13/2018 | $1,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

Debtor  **VAQUERIA LAS MARTAS INC**                    Case number *(if known)*  **18-**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■  No. Go to Part 9.
☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■  No.
☐  Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■  No. Go to Part 10.
☐  Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■  None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■  None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■  None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■  None

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page 4

Debtor    **VAQUERIA LAS MARTAS INC**                              Case number *(if known)*   **18-**

---

**Part 12:**  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ **No.**
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ **No.**
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☐ **No.**
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ **None**

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **ENRIQUE MAISONET**<br>PO BOX 140063<br>ARECIBO, PR 00614 | **2005 TO PRESENT** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

---

Debtor  **VAQUERIA LAS MARTAS INC**                        Case number *(if known)*  **18-**

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **ENRIQUE MAISONET** PO BOX 140063 ARECIBO, PR 00614 | **2005 TO PRESENT** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **ENRIQUE MAISONET** PO BOX 140063 ARECIBO, PR 00614 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1 JUAN M BARRETO GINORIO | | |

| Name and address of the person who has possession of inventory records |
|---|
| VAQUERIA LAS MARTAS INC HC 5 BOX 91635 ARECIBO, PR 00612 |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| JUAN M BARRETO GINORIO | HC 5 BOX 91635 ARECIBO, PR 00612 | PRESIDENT AND OWNER | 100 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor   **VAQUERIA LAS MARTAS INC**                                Case number *(if known)*  **18-**

- ■ No
- ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 13, 2018**

**/s/ JUAN M BARRETO GINORIO**                **JUAN M BARRETO GINORIO**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **PRESIDENT**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
- ■ No
- ☐ Yes

**United States Bankruptcy Court**
**District of Puerto Rico, Ponce Division**

IN RE:                                                          Case No. **18-**_____

VAQUERIA LAS MARTAS INC _____     Chapter **12** _____
                         Debtor(s)

**VERIFICATION OF CREDITOR MATRIX**

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: __December 13, 2018_____     Signature: _/s/ JUAN M BARRETO GINORIO_____
                                                    **JUAN M BARRETO GINORIO, PRESIDENT**                      Debtor


Date: _____     Signature: _____
                                                                                     Joint Debtor, if any

© 2018 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

AEE
PO BOX 363508
SAN JUAN, PR  00936-3508


AEE
P O BOX 363508
SAN JUAN, PR  00936


CONDADO 5 LLC
PO BOX 190058
SAN JUAN, PR  00919


DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN, PR  00902-4140


DEPARTMENTO DEL TRABAJO Y RECURSOS HUMAN
SECCION DE CONTRIBUCIONES
PO BOX 191020
SAN JUAN, PR  00919-1020


FONDO DEL SEGURO DEL ESTADO
PO BOX 365028
SAN JUAN, PR  00936-5028


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA  19101-7346

JM DAIRY INC
HC 5 BOX 91635
ARECIBO, PR 00612


JUAN M BARRETO GINORIO
HC 5 BOX 91635
ARECIBO, PR 00612


MARIA E HERNANDEZ RUIZ
PO BOX 1079
HATILLO, PR 00659


NUTRIMIX FEED COMPANY INC
PO BOX 11433
SAN JUAN, PR 00922


USDA FARM SERVICE AGENCY
1562 AVE MIRAMAR SUITE 202
ARECIBO, PR 00612-2863