CERTIFIED COPY OF RESOLUTION OF THE BOARD OF DIRECTORS
OF **VAQUERIA LAS MARTAS INC.**
AUTHORIZING THE FILING OF A PETITION UNDER
CHAPTER 12 OF THE BANKRUPTCY CODE

"**RESOLVED:** whereas the assets of the corporation are less in value than the amount of its total liabilities; the corporation is unable to meet its obligations as they mature; and

**WHEREAS** it is apparent that the business of the corporation cannot be operated profitably and that a continuation of the business of the corporation will result in certain creditors receiving preferences, and in a substantial dissipation of the assets of the corporation. Now, therefore,

**BE** it resolved that a Petition under Chapter 12 of the Bankruptcy Code be filed by the corporation and that **JUAN M. BARRETO GINORIO** is and hereby is authorized to execute on behalf of the Corporation all instruments and pleadings required by law for the purpose of the filing of the petition under Chapter 12 of the Bankruptcy Code and be it further resolved,

**THAT VAQUERIA LAS MARTAS INC,** be and hereby is authorized to pay unto the Clerk of the Bankruptcy Court all necessary filing fees required by law, and, be it further resolved,

**THAT MODESTO BIGAS MENDEZ, Attorney at Law**, be employed to act as counsel for the corporation in such bankruptcy proceedings."

**THE** undersigned hereby certifies that Mr. Juan M. Barreto Ginorio, is the President of the Corporation and has in his possession the corporate records of said corporation; that the above is a true and correct copy of a Resolution adopted by the Board of Directors of said corporation at a duly constituted meeting held on October 31st, 2018, in accordance with its corporate regulations; that a quorum was present at said meeting; that the said resolution has not been revoked, modified, annulled, or amended in any manner whatsoever.

**IN** witness whereof, I have hereunto set my hand and affixed the seal of said corporation, this 12 day of November, 2018.

I, LELICIA DEL P. SAPONARA ANTOMMARCHI, of legal age, single, Secretary of **VAQUERIA LAS MARTAS, INC**, a resident of Arecibo, Puerto Rico, do hereby makes solemn oath that the statements contained in the foregoing document are true according to the best of my knowledge and belief. In Hatillo, Puerto Rico, this 12 day of November, 2018.

SEAL OF THE CORPORATION

LELICIA DEL P. SAPONARA ANTOMMARCHI
SECRETARY OF THE CORPORATION

**AFFIDAVIT NUMBER:** 40,522

**SUBSCRIBED AND SWORN** to before me this 12 day of November, 2018, by LELICIA DEL P. SAPONARA ANTOMMARCHI, of legal age, single, and resident of Arecibo, Puerto Rico, whom I identified by her driver's license or identification number 4261750, on this same date, I Attest:.

NOTARY PUBLIC

