Master Promissory Note

<u>2190621-0999</u>
Account Number
07/12/05

FOR VALUE RECEIVED, the undersigned, jointly, severally and in solido, promise to pay on ~~demand~~ to the order of BANCO POPULAR DE PUERTO RICO (hereinafter called the "Bank") at its main office or at such other place as the Bank may designate, the principal amount then outstanding hereunder, shown on the reverse hereof or on attachments hereto, not exceeding ONE MILLION EIGHT HUNDRED FIFTY THOUSAND -------------- Dollars ($1,850,000.00         ), lawful money of the United States of America, together with interest on all unpaid principal amounts from time to time outstanding, computed on a *(check one)* ☐ 365-day, ☒ 360-day, simple interest basis and actual days elapsed, payable monthly on the twenty-fifth (25th) day of each month and on the date of payment in full, at the Fixed Rate or at the Index Rate or at the Cash Collateral Rate as designated below *(check and complete one)*:

☐ **Fixed Rate.** The unpaid principal shall bear interest at the rate of _____ % per annum; provided, however, that in case of any event of default under this note, the unpaid principal shall, thereafter until paid, bear interest at the rate of _____% per annum.

☒ **Index Rate.** Floating with the interest rate referred to as the "prime rate" as *(check one)*:

  ☒ published in general-circulation newspapers such as *The Wall Street Journal*, provided that in the event of more than one such published rate on any given date, the highest of such rates shall apply.

  ☐ defined by the Interest Rates and Finance Charges Regulation Board of Puerto Rico.

The designated reference checked above is hereinafter called the "Index Rate". The unpaid principal shall bear interest at a floating rate per annum equal to the sum of the Index Rate ~~plus~~ <u>minus 1.00</u> %, provided, however, that in case of any event of default under this note, the unpaid principal shall thereafter until paid, bear interest at floating rate per annum equal to the sum of the Index Rate plus <u>2.00</u> %. Changes in the interest rate shall be effective upon the effective date of any change in the Index Rate; provided, however, that the rate of interest shall not be less than _____% per annum at all times, nor more than _____% per annum absent any event of default. We recognize and fully understand that the rate of interest herein provided is not necessarily the lowest rate of interest charged by the Bank and that credits may be granted by the Bank at rates above, at, and below, the Index Rate.

☐ **Cash Collateral Rate.** The unpaid principal amounts from time to time outstanding under this note shall bear interest at the rate per annum equal to the sum of (a) the interest rate paid by the Bank from time to time on the time deposit pledged as security for the payment of all unpaid amounts under this note, including all renewals of said deposit, plus (b) _____%. Upon the effective date of any change in the interest rate paid by the Bank on the pledged time deposit and all renewals thereof, corresponding changes shall be effective simultaneously in the interest rate on the unpaid principal balance of this note.

The Bank shall record on the reverse hereof or on attachments hereto all advances and repayments of principal and the principal balance from time to time outstanding. Each such record of any advance hereunder shall be conclusive evidence that the advance was made to the undersigned. Advances hereunder may be made at any time and from time to time, notwithstanding that from time to time there may be no principal balance outstanding hereunder. The Bank in accepting this note incurs no obligation to make any advance.

In the event of commencement of legal action to enforce payment of this note, we agree to pay, jointly, severally and in solido, all costs, expenses and disbursements arising from such process plus attorney's fees of ten percent (10%) of the total indebtedness outstanding hereunder.

We agree that the Bank may, at its option, at any time and from time to time, reduce or cancel the amount owing under this note by setting off and charging the indebtedness, or any part thereof, against any obligation of the Bank with the undersigned, or any of them, for deposits or otherwise. We waive notice of nonpayment, presentment, demand for payment, and protest.

In support of any "due diligence" requirement under regulations of the Treasury Department of Puerto Rico that may be applicable to us or to our use of the funds advanced hereunder, we agree, affirm and warrant that we will use said funds only for "eligible activities" as defined in such regulations and as represented by us to the Bank.

The use of the plural in this note shall be understood as singular if the same is signed by only one person.

<u>Hatillo</u>, <u>Puerto Rico</u>, this <u>12</u> day of <u>January</u>, <u>2005</u>.

Las Martas, Inc.

_____
Juan M. Barreto Ginorio, Presidente

_____
Juan M. Barreto Ginorio

_____
María Hernández Ruiz

COM-19 / 2-03 (PDF)

## ENDORSEMENT OF PROMISSORY NOTE

Banco Popular de Puerto Rico, as legal owner and holder of this Note, hereby endorses assigns, delivers and transfers this Note to, and makes this Note payable to the order of, PR Asset Portfolio 2013-1 International, LLC, without recourse.

BANCO POPULAR DE PUERTO RICO

By:_____
Name: Yara R. Figueroa Marrero
Title: Authorized Representative

315840

## ENDORSEMENT OF PROMISSORY NOTE

PR Asset Portfolio 2013-1 International, LLC, as the legal owner and holder of this Note, hereby endorses, assigns, delivers and transfers this Note to, and makes this Note payable to the order of, CONDADO 5, LLC, a Delaware Limited Liability Company ("Assignee"), without recourse, representation or warranty, express or implied, except as provided in certain Loan Sale Agreement executed by PR ASSET PORTFOLIO 2013-1 INTERNATIONAL, LLC ("Assignor") and Assignee dated July 17, 2017.

Dated as of July 17, 2017.

PR ASSET PORTFOLIO 2013-1 INTERNATIONAL, LLC

By: _____
Name: Oneida Perez-Acosta
Title: Authorized Signatory

# PAGARE

| PRINCIPAL | NUM. DE IDENT. CLIENTE | PAGARE NUM. | INICIAL DEL OFICIAL | OFICIAL NUM. |
|---|---|---|---|---|
| $ 1,850,000.00 | 21 — 90 — 62 — 1 | — 0001 — | | 1320 |

POR VALOR RECIBIDO, nos obligamos mancomunada y solidariamente a pagar a la orden del BANCO POPULAR DE PUERTO RICO (en adelante denominado el "Banco") en su oficina principal o en el lugar que el Banco designe, la suma de  UN MILLON OCHOCIENTOS CINCUENTA MIL ———————————————  Dólares (en adelante denominada la "Suma Principal") con intereses, computados sobre una base de interés simple de (marque uno) ☐ 365 días, ☒ 360 días, y el número de días transcurridos, a la tasa, en las fechas, y en la manera que más adelante se dispone.

## FECHA Y FORMA DE PAGO (Marque y complete uno)

☐ **A** – **Préstamo Pagadero en un Solo Pago – Suma Principal Pagadera en Fecha Fija.**
Nos obligamos a pagar la Suma Principal el ___ de ___ de ___, y a pagar intereses mensualmente sobre el balance insoluto a la tasa que más adelante se dispone, en la fecha mensual cuyo día es el mismo que el día contenido en la fecha de vencimiento antes indicada, y en todo caso en la fecha en que la Suma Principal sea pagada total y completamente.

☐ **B** – **Préstamo Pagadero en un Solo Pago – Suma Principal Pagadera a la Demanda.**
Nos obligamos a pagar la Suma Principal a la demanda, y a pagar intereses mensualmente sobre el balance insoluto a la tasa que más adelante se dispone, los días 25 de cada mes, y en todo caso en la fecha en que la Suma Principal sea pagada total y completamente.

☒ **C** – **Préstamo Pagadero en Pagos Múltiples – Suma Principal Pagadera Periódicamente.**
Nos obligamos a pagar la Suma Principal en  59  pagos consecutivos (marque uno) ☐ semanales, ☒ mensuales, ☐ bi-mensuales, ☐ trimestrales, ☐ semi-anuales, ☐ anuales, (en adelante denominada la "Frecuencia de Pago"). El primer pago, por la cantidad de $ 14,900.00  vencerá el  12  de  febrero  de 2005 , y los pagos subsiguientes, por la cantidad de $ 14,900.00  cada uno, vencerán en las fechas correspondientes a la Frecuencia de Pago hasta el total pago y solvento de la Suma Principal. El balance insoluto de la Suma Principal devengará intereses a la tasa que más adelante se dispone, y en el caso de que la Frecuencia de Pago sea mensual, tales intereses (marque uno) ☐ son en adición al pago mensual arriba indicado o ☒ están incluidos en el pago mensual arriba indicado. Los intereses vencerán: (a) cuando la Frecuencia de Pago sea mensual, en las mismas fechas en que venzan los pagos de la Suma Principal; y (b) cuando la Frecuencia de Pago no sea mensual, en la fecha mensual cuyo día es el mismo que el día contenido en las fechas correspondientes a la Frecuencia de Pago; y en todo caso en la fecha en que la Suma Principal sea pagada total y completamente.  Habrá un pago final a renegociarse.

## TASA DE INTERES (Marque y complete uno)

☐ **1** – **Tasa Fija.** El balance insoluto de la Suma Principal devengará intereses a la tasa de ___ % anual; disponiéndose que de ocurrir cualquiera de los eventos de incumplimiento especificados más adelante, el balance insoluto de la Suma Principal devengará intereses a la tasa de ___ % anual.

☒ **2** – **Tasa Indice.** Fluctuante con la tasa de interés conocida como la tasa preferencial ("prime rate") según: (marque uno)
  ☒ publicada en periódicos de circulación general tal como *The Wall Street Journal*; disponiéndose, que de publicarse más de una de dichas tasas en la misma fecha, prevalecerá la más alta.
  ☐ definida por la Junta Reguladora de Tasas de Interés y Cargos por Financiamiento de Puerto Rico.
  La referencia designada, marcada arriba, es en adelante denominada la "Tasa Indice". El balance insoluto de la Suma Principal devengará intereses a razón de una tasa anual fluctuante equivalente a la suma de la Tasa Indice ~~más~~ menos 1.00 %; disponiéndose, que de ocurrir cualquiera de los eventos de incumplimiento especificados más adelante, el balance insoluto de la Suma Principal devengará intereses a razón de una tasa anual fluctuante equivalente a la suma de la Tasa Indice más 2.00 %. Los cambios en la tasa de interés serán efectivos en la fecha de efectividad de cualquier cambio en la Tasa Indice; disponiéndose, sin embargo, que en ningún momento la tasa de interés será menor del ___ % anual, ni mayor del ___ % anual de no haber ocurrido ningún evento de incumplimiento. Reconocemos y entendemos claramente que la tasa de interés provisto en este pagaré no es necesariamente la tasa de interés más baja cobrada por el Banco, el cual podrá conceder créditos con tasas sobre, igual a, o por debajo de, la Tasa Indice.

☐ **3** – **Tasa con Colateral de Efectivo.** El balance insoluto de la Suma Principal devengará intereses a razón de una tasa anual equivalente a la suma de (a) la tasa de interés pagada por el Banco de tiempo en tiempo sobre el depósito a plazo fijo pignorado como colateral para el pago de todas las cantidades insolutas de este pagaré, incluyendo todas las renovaciones de dicho depósito y/o de este pagaré, más (b) ___ %. En la fecha efectiva de cualquier cambio en la tasa de interés pagada por el banco sobre el depósito pignorado y todas las renovaciones del mismo, los correspondientes cambios en la tasa de interés sobre el balance insoluto de la Suma Principal serán efectivos simultáneamente.

## TERMINOS Y CONDICIONES ADICIONALES

Los términos y condiciones contenidos al dorso de este pagaré se incorporan aquí por referencia, constituyendo parte de este documento, y los mismos nos obligan como si estuviesen impresos íntegramente en este lugar.

El uso del plural es este pagaré se entenderá singular cuando haya sido firmado por una sola persona.

Hatillo _____ PUerto Rico _____, el 12 de  enero  de  2005 .

Las Martas, Inc.

_____
Juan M. Barreto Ginorio, Presidente

_____
Juan M. Barreto Ginorio

_____
María E. Hernández Ruiz

GEN-383 / 2-98

**BANCO POPULAR**                                        **ANEJO AL PAGARE**

| PRINCIPAL | NUM. DE IDENT. CLIENTE | PAGARE NUM. | INICIAL DEL OFICIAL | NUM. OFICIAL |
|---|---|---|---|---|
| $1,850,000 | 2190621 | 0999/0001 |  | 1320 |

**CARGOS POR FINANCIAMIENTO:**

a) Nos obligamos a pagar al Banco cargos por financiamiento a razón de _____ por ciento (_____%) de la cantidad total del crédito concedido equivalente a $_____ al momento del primer desembolso.

b) Nos obligamos a pagar al Banco cargos por financiamiento por la cantidad fija de $ 7,000.00 .

**CARGOS POR INCUMPLIMIENTO (DEFAULT RATE)**

Préstamo colateral efectivo con interés fluctuante basado en el interés del depósito.

De ocurrir cualquier incumplimiento especificado en el pagaré y documentos del préstamo, el balance insoluto de la Suma Principal devengará intereses a razón de una tasa anual fluctuante equivalente a la suma de la Tasa Indice más _____ %.

**PAGO POR ADELANTADO:**

Préstamo o facilidades de crédito de $250,000 o menos.

a) El pago anticipado o adelantado de principal que resulte eventualmente en el saldo del préstamo antes de la fecha convenida estará sujeto al cobro de un cargo equivalente al cinco por ciento (5%).

Pagos por adelantado préstamo o facilidades de crédito mayores a $250,000.

b) El pago anticipado o adelantado de principal que resulte eventualmente en el saldo del préstamo antes de la fecha convenida estará sujeto al cobro de un cargo equivalente al  cinco  por ciento (  5  %).

c) El pago anticipado o adelantado que resulte eventualmente en el saldo del préstamo antes de la fecha convenida estará sujeto al cobro de un cargo equivalente al por ciento que se indica a continuación del balance de principal pagado por adelantado, según el término transcurrido desde la otorgación del préstamo hasta la fecha de pre-pago: durante el primer año: _____ %, durante el segundo y tercer año: _____ % y durante el cuarto y quinto año: _____ %.

En  Hatillo  Puerto Rico el  12  de  enero  de  2005 

Aceptado y conforme:
Las Martas, Inc.

_____
Deudor
Juan M. Barreto Ginorio, Presidente

_____
Codeudor/Garantizado
Juan M. Barreto Ginorio

_____
María E. Hernández Ruiz