BANCO POPULAR DE PUERTO RICO,
CARRETERA #2 KM. 86.6
BARRIO PUEBLO
HATILLO, PR 00659

Núm Registro (File #): 2005006313

MIENTO

Reservado para el uso oficial de archivo/Reserved for the filing officer
DEPARTAMENTO DE ESTADO
Sello de fecha y hora/REGIONAL DE SERVICIOS
Date and time stamp: ARECIBO

Número de registro:
Registration nu 05 JAN 21 PM 1:56

A. DEVOLVER COPIA A:/RETURN COPY TO: (Nombre y dirección postal/Name and mailing address)

LCDO. FRANCISCO J. ARRAIZA DONATE
P.O. BOX 828
ARECIBO, PR 00613

### 1. NOMBRE DEL PRIMER DEUDOR / FIRST DEBTOR'S NAME (Complete solo un nombre (a o b)/ Insert only one name (a or b)

a. Apellido del individuo/Individual's last name | Segundo apellido/Second surname | Primer nombre/ First name | Segundo nombre / Middle name | Sufijo/Sufix

b. Nombre de la entidad/Entity name: LAS MARTAS, INC.

| c. Dirección postal/mailing address | Ciudad / City | Estado/State | Pais / Country | Código postal/Zip Code |
|---|---|---|---|---|
| HC 05 BOX 91635 | ARECIBO | | PUERTO RICO | 00612 |

d. Número de seguro social o patronal /Social Security or Tax-id number

e. (Opcional) Información adicional sobre la entidad / (Optional) Additional information about the entity
Tel. (787) 640-4972 y (787) 878-7277

### 2. NOMBRE DEL DEUDOR ADICIONAL / ADDITIONAL DEBTOR'S NAME Complete solo un nombre (a o b) / Insert only one name (a or b)

a. Apellido del individuo/Individual's last name | Segundo apellido/Second surname | Primer nombre/ First name | Segundo nombre / Middle name | Sufijo/Sufix

b. Nombre de la entidad/Entity name

| c. Dirección postal/mailing address | Ciudad / City | Estado/State | Pais / Country | Código postal/Zip Code |
|---|---|---|---|---|
| | | | | |

### 3. NOMBRE DEL ACREEDOR GARANTIZADO / SECURED PARTY'S NAME Complete solo un nombre (a o b) / Insert only one name (a or b)

a. Apellido del individuo/Individual's last name | Segundo apellido/Second surname | Primer nombre/ First name | Segundo nombre / Middle name | Sufijo/Sufix

b. Nombre de la entidad/Entity name: BANCO POPULAR DE PUERTO RICO, SUCURSAL DE HATILLO

| c. Dirección postal/mailing address | Ciudad / City | Estado/State | Pais / Country | Código postal/Zip Code |
|---|---|---|---|---|
| CARRETERA #2, KILOMETRO 86.6 BARRIO PUEBLO | HATILLO | | PUERTO RICO | 00659 |

### 4. ESTA DECLARACION DE FINANCIAMIENTO CUBRE LAS SIGUIENTES CLASES O ARTICULOS DE PROPIEDAD: THIS FINANCING STATEMENT COVERS THE FOLLOWING TYPES OF PROPERTY:

Sobre las cuentas por cobrar con la planta elaboradora Suiza Dairy, Corp., adquiridas actualmente o a ser adquiridas posteriormente que surgen o surjan de la venta de leche cruda a la referida planta elaboradora, un gravamen mobiliario continuo e interés asegurado (security interest), sobre las mismas para garantizar el pago preferente por la cantidad de $7,450.00 quincenales por 118 quincenas, en virtud de Acuerdo de Gravamen Mobiliario otorgado en Hatillo, Puerto Rico el día 12 de enero de 2005 mediante testimonio número 28,487 ante el notario público Francisco J. Arraiza Donate. El gravamen garantiza un préstamo por la cantidad de $1,850,000.00 otorgado por el Acreedor Garantizado al Deudor.

### 5. MARQUE SI APLICA / CHECK IF APPLICABLE (Describa la propiedad en el apéndice / Describe the real estate in the addendum)

[ ] Los bienes anteriores habrán de convertirse en inmuebles por su destino. Esta declaración se presentará para registro en el Registro de la Propiedad. The goods described above are to become fixtures. This Financing Statement will be filed for record in the Real Estate Registry.

### 6. FIRMA (S) / SIGNATURE (S)

Primer Deudor / First debtor | Deudor adicional / Additional debtor | Acreedor Garantizado / Secured party

### NOTARIA / NOTARY

AFFIDAVIT NÚMERO / NUMBER 28,489

Jurado y suscrito, ante mi por: / Sworn and suscribed before me by: **DON JUAN MANUEL BARRETO GINORIO**, seguro social mayor de edad, casado con María Elena Hernández Ruiz, agricultor, en su carácter de Presidente de LAS MARTAS, INC. y vecino de Arecibo, Puerto Rico y por **DON JOSÉ ALBERTO PÉREZ LÓPEZ**, seguro social mayor de edad, casado con Julia Ivette Batista González, en su carácter de Oficial del Banco Popular de Puerto Rico, banquero y vecino de Arecibo, Puerto Rico, de las circunstancias personales antes expresadas, a quienes doy fe de conocer personalmente.

En / In: Hatillo, Puerto Rico
Fecha / Date: 12 de enero de 2005

BANCO POPULAR DE PUERTO RICO,
CARRETERA #2 KM. 86.6
BARRIO PUEBLO
HATILLO, PR 00659

MIENTO

Núm Registro (File #): 2005006312

Reservado para el uso oficial de archivo/Reserved for the filing officer
Sello de fecha y hora:
Date and time stamp:
Número de registro:
Registration number:

DEPARTAMENTO DE ESTADO
OFIC. REGIONAL DE SERVICIOS
ARECIBO

05 JAN 21 PM 1:57

A. DEVOLVER COPIA A/RETURN COPY TO: (Nombre y dirección postal/Name and mailing address)

LCDO. FRANCISCO J. ARRAIZA DONATE
P.O. BOX 828
ARECIBO, PR 00613

### 1. NOMBRE DEL PRIMER DEUDOR / FIRST DEBTOR'S NAME (Complete solo un nombre (a o b)/ Insert only one name (a or b))

a. Apellido del individuo/individual's last name | Segundo apellido/Second surname | Primer nombre/ First name | Segundo nombre / Middle name | Sufijo/Sufix

b. Nombre de la entidad/Entity name: **LAS MARTAS, INC.**

c. Dirección postal/mailing address: **HC 05 BOX 91635** | Ciudad / City: **ARECIBO** | Estado/State: | País / Country: **PUERTO RICO** | Código postal/Zip Code: **00612**

d. Número de seguro social o patronal /Social Security or Tax-id number: [redacted]

e. (Opcional) Información adicional sobre la entidad / (Optional) Additional information about the entity: Tel. (787) 640-4972 y (787) 878-7277

### 2. NOMBRE DEL DEUDOR ADICIONAL / ADDITIONAL DEBTOR'S NAME Complete solo un nombre (a o b) / Insert only one name (a or b)

a. Apellido del individuo/individual's last name | Segundo apellido/Second surname | Primer nombre/ First name | Segundo nombre / Middle name | Sufijo/Sufix

b. Nombre de la entidad/Entity name:

c. Dirección postal/mailing address: | Ciudad / City: | Estado/State: | País / Country: | Código postal/Zip Code:

d. Número de seguro social o patronal /Social Security or Tax-id number:

e. (Opcional) Información adicional sobre la entidad / (Optional) Additional information about the entity:

### 3. NOMBRE DEL ACREEDOR GARANTIZADO / SECURED PARTY'S NAME Complete solo un nombre (a o b) / Insert only one name (a or b)

a. Apellido del individuo/individual's last name | Segundo apellido/Second surname | Primer nombre/ First name | Segundo nombre / Middle name | Sufijo/Sufix

b. Nombre de la entidad/Entity name: **BANCO POPULAR DE PUERTO RICO, SUCURSAL DE HATILLO**

c. Dirección postal/mailing address: **CARRETERA #2, KILOMETRO 86.6 BARRIO PUEBLO** | Ciudad / City: **HATILLO** | Estado/State: | País / Country: **PUERTO RICO** | Código postal/Zip Code: **00659**

### 4. ESTA DECLARACIÓN DE FINANCIAMIENTO CUBRE LAS SIGUIENTES CLASES O ARTICULOS DE PROPIEDAD: THIS FINANCING STATEMENT COVERS THE FOLLOWING TYPES OF PROPERTY:

En la Industria Lechera de Puerto Rico el Deudor tiene la licencia número 3064 para operar en el Municipio de Hatillo, la cantidad de 58,700 cuartillos de cuota para producir leche cruda cada 14 dias. El gravamen continuo e interés asegurado (security interest) a favor del Acreedor Garantizado se constituye sobre 58,700 cuartillos de la referida cuota para producir leche cruda cada 14 dias; en virtud de Acuerdo de Gravamen Mobiliario otorgado en Hatillo, Puerto Rico el día 12 de enero de 2005, mediante testimonio número 28,485 ante el notario público Francisco J. Arraiza Donate. La cuota garantiza un préstamo por la cantidad de $1,850,000.00 otorgado por el Acreedor Garantizado al Deudor en igual fecha del presente otorgamiento en virtud de contrato de préstamo suscrito mediante testimonio número 28,491 ante el notario público Francisco J. Arraiza Donate. La cuota garantiza la cantidad de $1,060,200.00 del referido préstamo y se tasa en $18.07 por cada cuartillo.

### 5. MARQUE SI APLICA/ CHECK IF APPLICABLE (Describa la propiedad en el apéndice / Describe the real estate in the addendum)

[ ] Los bienes anteriores habrán de convertirse en inmuebles por su destino. Esta declaración se presentará para registro en el Registro de la Propiedad.
The goods described above are to become fixtures. This Financing Statement will be filed for record in the Real Estate Registry.

### 6. FIRMA (S) / SIGNATURE (S)

Primer Deudor / First debtor | Deudor adicional / Additional debtor | Acreedor garantizado / Secured Party

### 7. NOTARIA/ NOTARY

AFFIDAVIT NÚMERO / NUMBER **28,486**

Jurado y suscrito, ante mi por: / Sworn and suscribed before me by: DON JUAN MANUEL BARRETO GINORIO, seguro social [redacted] mayor de edad, casado con María Elena Hernández Ruiz, agricultor, en su carácter de Presidente de LAS MARTAS, INC. y vecino de Arecibo, Puerto Rico y por DON JOSÉ ALBERTO PÉREZ LÓPEZ, seguro social [redacted] mayor de edad, casado con Julia Ivette Batista González, en su carácter de Oficial del Banco Popular de Puerto Rico, banquero y vecino de Arecibo, Puerto Rico, de las circunstancias personales antes expresadas, a quienes doy fe de conocer personalmente.

En / In: Hatillo, Puerto Rico
Fecha / Date: 12 de enero de 2005