## United States Bankruptcy Court
### District of Puerto Rico

In re  **Vaqueria Las Martas Inc.**

Debtor(s)

Case No.  **18-07304 ESL**
Chapter  **12**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

**Schedule A/B:** Add & adjust descriptions & values as precise as possible

**Schedule D & E/F:** Add & adjust claims as per claims filed as precise as possible

**Schedule H & G:** Add & adjust

**Statement of Financial Affairs: Add & adjust** financial data as precise as possible with information & data received to date

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows: Creditors that have been added with be notice with the corresponding Schedule to their known address if not already a participant of Cm/Ecf and a Certificate of Service to be filed separately.

Date:  **February 26, 2019**

/s/ Lyssette A Morales Vidal
Lyssette A Morales Vidal 120011
Attorney for Debtor(s)
L.A. MORALES & ASSOCIATES P.S.C.
URB VILLA BLANCA
76 AQUAMARINA
Caguas, PR 00725-1908
787-746-2434 Fax:1-855-298-2515
lamoraleslawoffice@gmail.com

**Fill in this information to identify the case:**

Debtor name   *Vaqueria Las Martas Inc.*

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)   *18-07304 ESL*

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | *$0.00* |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. *FirstBank* | *Business Plus* | *6224* | *$23.06* |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    *$23.06*

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

| Debtor | **Vaqueria Las Martas Inc.** | Case number *(If known)* | **18-07304 ESL** |
|---|---|---|---|
| | Name | | |

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **58,700 Milk Quota @ $12 $704,400. Market for raw milk fluctuates & was at petition date @ $12 Value is aggregate of collateral that 'secures' Condado 5 claim. Debtor has not found existence of a valid & unexpired UCC over the Milk Quota.  It appears that this may have expired, in which case the aggregate value of Condado 5's collateral would be reduced by $704,400 to $313,000 secured by real properties of 3rd party guarantors.** | *10/2018* | *$1,017,400.00* | *Recent cost* | *$1,017,400.00* |

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**    |  $1,017,400.00  |
        Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
        ■ No
        ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
        ■ No
        ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

| Debtor | **Vaqueria Las Martas Inc.** | Case number *(If known)* | **18-07304 ESL** |
|---|---|---|---|
| | Name | | |

☐ No. Go to Part 7.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** | **Crops-either planted or harvested** | | |

| | | | |
|---|---|---|---|
| **29.** | **Farm animals** *Examples: Livestock, poultry, farm-raised fish* **13 [45 total] Milking Cows @ $1,200 each $15,600 [32 cows w/ USDA lien] 15 Unbred Cows @$1,000 each $15,000 13 Heifers @ $200 each $2,600 2 Bulls @ $500 each $1,000 [1 recently stolen] 2 Toretes [small bull] @ $200 each $400 Total $34,600** | | |

| | Net book value | Valuation method | Current value |
|---|---|---|---|
| | **$34,600.00** | **Recent cost** | **$34,600.00** |

| | | | |
|---|---|---|---|
| **30.** | **Farm machinery and equipment** *(Other than titled motor vehicles)* **Mixer $3,500 Fertilizer Irrigation Machine $600 Water Pump for Irrgiation $2,500 Deep Well Pump $2,000 Irrigation Pistol $500 Pond Mixer $1,000 Cleaning Pump $400 16 Milking Machine $5,000 Milk Pump w/ Receiver $600 2 Vacuum Pumps $1,500 Generator Winco purchased in 1995 in disrepair Total value opinion of D = $17.600 vs. Appraisal @ $53,060 less equipmt w/ USDA lien = $47,060 w/ dairy structures or $6,000 value** | **$6,000.00** | **Comparable sale** | **$6,000.00** |

| | | | |
|---|---|---|---|
| | **Massey Tractor Ferguson 1085 [$2,000] USDA lien Massey Tractor Feguson 3090 $3,000 USDA lien Milk Tank $3,000 USDA lien Incentives $35,000 Acct Recble Dept Agriculture pledged to USDA already paid out to USDA 6000 liters Milk Quota 2nd Rank $72,000 @ $12** | **$80,000.00** | **Comparable sale** | **$80,000.00** |

| | | | |
|---|---|---|---|
| **31.** | **Farm and fishing supplies, chemicals, and feed** **Detergents, Clorox, Napkins, Acid, Clorinated CIP Cleaner, Bulk Tank Clorination, Cleaning Medicine** | *Unknown* | **Recent cost** | **$200.00** |

| | | |
|---|---|---|
| **32.** | **Other farming and fishing-related property not already listed in Part 6** | |

| | | |
|---|---|---|
| **33.** | **Total of Part 6.** Add lines 28 through 32.  Copy the total to line 85. | **$120,800.00** |

Debtor   **Vaqueria Las Martas Inc.**                                    Case number *(If known)*   **18-07304 ESL**
_____
Name

34.  **Is the debtor a member of an agricultural cooperative?**
  ■ No
  ☐ Yes.  Is any of the debtor's property stored at the cooperative?
      ☐ No
      ☐ Yes

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
  ■ No
  ☐ Yes. Book value _____  Valuation method _____  Current Value _____

36.  **Is a depreciation schedule available for any of the property listed in Part 6?**
  ■ No
  ☐ Yes

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

  ■ No.  Go to Part 8.
  ☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

  ☐ No.  Go to Part 9.
  ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  *2005 Nissan Frontier*<br>*Kbb Fair Trade in Value* | *$0.00* | *Appraisal* | *$3,351.00* |
| 47.2.  *1988 Ford F 350*<br>*Kbb Fair Trade in Value for 1992 [later]*<br>*model* | *$0.00* | *Appraisal* | *$638.00* |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
     floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm**
     **machinery and equipment)**

51.  **Total of Part 8.**
     Add lines 47 through 50.  Copy the total to line 87.                    | *$3,989.00* |

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
  ■ No

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

| Debtor | *Vaqueria Las Martas Inc.* | Case number *(If known)* | *18-07304 ESL* |
|---|---|---|---|
| | Name | | |

☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.

☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.

☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.

☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

| Debtor | Vaqueria Las Martas Inc. | | Case number *(If known)* **18-07304 ESL** |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$23.06** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$1,017,400.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$120,800.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$3,989.00** | |
| 88. **Real property.** *Copy line 56, Part 9.................................................................>* | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$1,142,212.06** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$1,142,212.06** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name: *Vaqueria Las Martas Inc.*

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known): *18-07304 ESL*

■ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims | | |
|---|---|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** *Condado 5 LLC*<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>*58,700 Milk Quota @ $12= $704,400; Market for raw milk fluctuates & was at petition date @ $12 +27.4842 cuerdas [3rd party] $54,940 + structures & equipment $53,060 + residence $205,000 = approx $1,017,400 [Int accrued $6,412.30 as per clm]* | $1,619,500.29 | $1,017,400.00 |
| *PO Box 190058*<br>*San Juan, PR 00919*<br>Creditor's mailing address | Describe the lien<br>*Milk Quota @58,700*<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br>*2003*<br>**Last 4 digits of account number**<br>*0600* | | | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** *USDA Farm Svc Agency*<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>*32 Holstein Milk Cows $0 + Milk Tank $3,000 Massey Tractor Ferguson 1085 [in disrepair] Massey Tractor Ferguson 3090 $3,000 + Incentives $35,000 Acct Recble Dept Agriculture pledged to USDA*<br>*6000 liters Milk Quota 2nd Rank $66,000 @ $11* | $12,509.56 | $80,000.00 |
| *654 Munoz Rivera Ave*<br>*Ste 829*<br>*San Juan, PR 00918*<br>Creditor's mailing address | Describe the lien<br>*UCC*<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| Creditor's email address, if known | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | *Vaqueria Las Martas Inc.* | Case number (if know) | *18-07304 ESL* |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**
*10/2010*
**Last 4 digits of account number**
*4401*

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.        | $1,632,009.85 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| *FERRALUOLI LLC*<br>*221 P de LEON AVE 5TH FL*<br>*San Juan, PR 00917* | Line   *2.1* | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  *Vaqueria Las Martas Inc.*

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)   *18-07304 ESL*

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>***ELA DEPT OF TREASURY***<br>***Bankruptcy Div #424 B***<br>***PO BOX 9024140***<br>***San Juan, PR 00902-4140*** | **$4,187.31** | **$1,134.21** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

*2018*

Last 4 digits of account number **1863**
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
***902 Corp C/S/I Taxes***
***1/2011***
***1/2012***
***2-6/2018***

Is the claim subject to offset?
■ No
☐ Yes

| **2.2** | Priority creditor's name and mailing address<br>***IRS***<br>***PO BOX 7346***<br>***Philadelphia, PA 19101-7346*** | **$7,752.01** | **$0.00** |
|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
*2015 TO 2017*

Last 4 digits of account number **1863**
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
***940 & 943 Taxes owed***

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | *Vaqueria Las Martas Inc.* | Case number (if known) | *18-07304 ESL* |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,144.20 | $17,434.65 |
|---|---|---|---|---|

**IRS**
**PO BOX 7346**
**Philadelphia, PA 19101-7346**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
*2009 to 2018*

Basis for the claim:
*940 & 943 Taxes*

Last 4 digits of account number *1863*

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,767.32 | $1,606.19 |
|---|---|---|---|---|

**SIF**
**PO Box 365028**
**SAN JUAN, PR 00936-5028**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

*2017-2018*

Basis for the claim:
*Disability & Workers Insurance*
*2018 $433.10*
*2019 $930.86*

Last 4 digits of account number *0264*

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $328,868.63 |
|---|---|---|---|

**ADM Alliance Nutrition of PR**
**PO Box 908**
**Hatillo, PR 00659-0908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred *2017-2018*

Last 4 digits of account number _

Basis for the claim:  *Animal Feed*

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,135.00 |
|---|---|---|---|

**Association Dairy Farmers**
**of Hatillo Inc.**
**PO Box 1339**
**Hatillo, PR 00659-1339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred *2010*

Last 4 digits of account number *4503*

Basis for the claim:  *Feed*

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,720.06 |
|---|---|---|---|

**DOL**
**TAX DIVISION**
**PO BOX 191020**
**San Juan, PR 00919-1020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred *2015-2018*

Last 4 digits of account number *8000*

Basis for the claim:  *Unemployment Taxes*

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor   **Vaqueria Las Martas Inc.**

Name

Case number (if known)   **18-07304 ESL**

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,127.66**

**ELA Dept of Agriculture**
**Box 10163**
**San Juan, PR 00908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Last 4 digits of account number  **3064**

Basis for the claim:  **Disposal of several seizures of Milk by Suiza Dairy**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,757.09**

**ELA DEPT OF TREASURY**
**BK Div Ofic 424 B**
**PO BOX 9024140**
**San Juan, PR 00902-4140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2011 to 2012**

Last 4 digits of account number  **1863**

Basis for the claim:  **200 Taxes owed**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**FED ASOCIACION PECUARIAS**
**ZONA PORTUARIA**
**PO BOX 2635 MALECON**
**Mayaguez, PR 00681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Animal Feed**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00**

**FEP Inc**
**Box 10163**
**San Juan, PR 00908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2017**

Last 4 digits of account number  **3064**

Basis for the claim:  **Contaminated Milk**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$192.13**

**First Bank**
**Agency Collection Dept**
**PO BOX 9146**
**San Juan, PR 00908-0146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **8174**

Basis for the claim:  **Unknown to debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,384.36**

**Fondo Fomento Industria Lechera**
**198 Calle Chardon**
**San Juan, PR 00923**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2017 to 4/2017**

Last 4 digits of account number  **3064**

Basis for the claim:  **Medical Plan Dairy Farmers**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,266.42**

**Nutrimix Feed Co Inc.**
**PO Box 11433**
**San Juan, PR 00922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2011**

Last 4 digits of account number  **1863**

Basis for the claim:  **Animal Feed**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | *Vaqueria Las Martas Inc.* | Case number *(if known)* | *18-07304 ESL* |
|---|---|---|---|
| | Name | | |

---

**3.11** | **Nonpriority creditor's name and mailing address**

*PREPA*
*PO BOX 363508*
*San Juan, PR 00936-3508*

**Date(s) debt was incurred** _2017_

**Last 4 digits of account number** _1000_

**As of the petition filing date, the claim is:** *Check all that apply.* $3,001.95

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Utilities_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address**

*PREPA*
*PO BOX 363508*
*San Juan, PR 00936-3508*

**Date(s) debt was incurred** _2017_

**Last 4 digits of account number** _1863_

**As of the petition filing date, the claim is:** *Check all that apply.* $22,294.89

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Utilies_
_Clm 1-1_

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address**

*PREPA*
*PO BOX 363508*
*San Juan, PR 00936-3508*

**Date(s) debt was incurred** _2009_

**Last 4 digits of account number** _0044_

**As of the petition filing date, the claim is:** *Check all that apply.* $17,600.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Utilities ??_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address**

*SIF*
*PO Box 365028*
*SAN JUAN, PR 00936-5028*

**Date(s) debt was incurred** _2008 to 2016_

**Last 4 digits of account number** _0264_

**As of the petition filing date, the claim is:** *Check all that apply.* $8,146.13

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Disability & Workers Compensation_
_2008 $1,763.23  2014 $134.23  2010 $1,116.42_
_2011 $2,204.53  2012 $766.60  2014 $34.23_
_2015 $1,380.14  2016 $780.98  2017 $242.23_

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 46,850.84 |
| 5b. Total claims from Part 2 | 5b. + | $ | 429,994.32 |
| 5c. Total of Parts 1 and 2 <br> Lines 5a + 5b = 5c. | 5c. | $ | 476,845.16 |

**Fill in this information to identify the case:**

Debtor name    *Vaqueria Las Martas Inc.*

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO

Case number (if known)    *18-07304 ESL*

■ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | *90 cuerdas Grazing land Bo Cambalache, Arecibo @ $552.80 monthly & repayment plan @$95.36 monthly. Assume repayment plan directly with Land Authority Rental of grazing land @ $552.80 monthly Debtor has an ongoing payment plan for default @ approx. $190.72 monthly* | |
| State the term remaining | *month to month* | |
| List the contract number of any government contract | | *ELA Land Authority PO Box 9745 San Juan, PR 00908* |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | *For Accounting Services @ $243.75 monthly to assume.* | |
| State the term remaining | *On going* | |
| List the contract number of any government contract | | *Enrique Maysonet EML Accounting Svc 613 Ave Miramar Arecibo, PR 00612-4363* |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | *Rental of farmland for grazing of cows Located at Barrio Naranjito, SR 492 Km 0.9 Hatillo 00659* | |
| State the term remaining | *Year to Year* | |
| List the contract number of any government contract | | *Juan M  Barreto Ginorio HC 5 Box 91635 Arecibo, PR 00612* |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **Vaqueria Las Martas Inc.**

First Name      Middle Name      Last Name

Case number *(if known)*    **18-07304 ESL**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | ***Reject any cession to Oril or repayment*** | |
| | State the term remaining | | ***Office Regulation Milk Industry*** |
| | | | ***ORIL*** |
| | List the contract number of any government contract | | ***PO Box 362949*** |
| | | | ***San Juan, PR 00936-2949*** |

**Fill in this information to identify the case:**

Debtor name  **_Vaqueria Las Martas Inc._**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)  **_18-07304 ESL_**

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Juan M. Barreto Ginorio** | | **Condado 5 LLC** | ☑ D  _2.1_<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                         Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __*Vaqueria Las Martas Inc.*__

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known) __*18-07304 ESL*__

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:     Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  *1/01/2018* to  *Filing Date* | ■ Operating a business<br>☐ Other _____ | *Unknown* |
| **For prior year:**<br>From  *1/01/2017* to  *12/31/2017* | ☐ Operating a business<br>■ Other  *Operation of Dairy Farm* | $146,309.00 |
| **For year before that:**<br>From  *1/01/2016* to  *12/31/2016* | ☐ Operating a business<br>■ Other  *Operation of Dairy Farm* | $316,445.00 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Debtor | *Vaqueria Las Martas Inc.* | Case number *(if known)* | *18-07304 ESL* |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. *Condado 5 LLC* *PO Box 190058* *San Juan, PR 00919* | *June to November 2018* | *$63,545.47* | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _100% Milk Quota_ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. *AAA Investigation* *11673220* | *Administrative Investigation* | | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4: Certain Gifts and Charitable Contributions**

| Debtor | *Vaqueria Las Martas Inc.* | Case number *(if known)*  *18-07304 ESL* |
|---|---|---|

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

| **Part 5:** | **Certain Losses** |
|---|---|

**10.** **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| *Cows, structures & production* | | *9/2017* | *Unknown* |

---

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11.** **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | *Modesto Bigas Mendez Esq.*<br>*PO Box 7462*<br>*Ponce, PR 00732-7462* | *FF $245*<br>*AF $1,000* | *12/13/2018* | *$1,245.00* |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | *L.A. MORALES &*<br>*ASSOCIATES P.S.C.*<br>*URB VILLA BLANCA*<br>*76 AQUAMARINA*<br>*Caguas, PR 00725-1908* | *Attorney Fees for 2 bankruptcies 18-07304 & 18-07310* | *1/16/2019* | *$4,000.00* |
| | Email or website address<br>*lamoraleslawoffice@gmail.com* | | | |
| | Who made the payment, if not debtor? | | | |

**12.** **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

---

Debtor  *Vaqueria Las Martas Inc.*                                    Case number *(if known)*   *18-07304 ESL*

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

Debtor   **Vaqueria Las Martas Inc.**                                   Case number *(if known)*   **18-07304 ESL**

---

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Debtor   *Vaqueria Las Martas Inc.*                                          Case number *(if known)*   *18-07304 ESL*

---

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   *Enrique Maysonet*<br>*EML Accounting Svc*<br>*PO Box 140063*<br>*Arecibo, PR 00614* | *2005 to present* |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   *Enrique Maysonet*<br>*EML Accounting Svc*<br>*PO Box 140063*<br>*Arecibo, PR 00614* | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

| Debtor | *Vaqueria Las Martas Inc.* | Case number *(if known)* | *18-07304 ESL* |

☐ No

☒ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | *Juan M Barreto Ginorio* | *7/2018* | *See Schedules A/B* |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | *Vaqueria Las Martas Inc.*<br>*HC 5 Box 91635*<br>*Arecibo, PR 00612* |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| *Juan M Barreto Ginorio* | *HC 5 Box 91635*<br>*Arecibo, PR 00612* | *President* | *100%* |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | *Vaqueria Las Martas Inc.* | Case number *(if known)* | *18-07304 ESL* |
|--------|--------------------------|--------------------------|----------------|

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      *February 26, 2019*

| */s/ Juan M Barreto Ginorio* | *Juan M Barreto Ginorio* |
|------------------------------|--------------------------|
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Puerto Rico

In re _Vaqueria Las Martas Inc._

Debtor(s)

Case No. _18-07304 ESL_

Chapter _12_

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☑ <u>FLAT FEE</u>

| | |
|---|---|
| For legal services, I have agreed to accept | $ 0.00 |
| Prior to the filing of this statement I have received | $ 0.00 |
| Balance Due | $ 0.00 |

☑ <u>RETAINER</u>

| | |
|---|---|
| For legal services, I have agreed to accept and received a retainer of | $ 4,000 |
| The undersigned shall bill again the retainer at an hourly rate of | $ 275 |

THIS RETAINER HAS BEEN ACCEPTED FOR 2 CASES: 18-07304 & 18-07310
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

☑ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☑ Debtor   ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
    _Revision & amendment of schedules & statements in case; revision of claims on file for adjustment to schedules; analysis of all documentation & file, Mortgage Notes, UCCs re: secured loans in preparation for Cash Collateral Motion & Plan to be proposed; negotiations with secured creditors to reduce to collateral to market value; preparation & filing of agreements & applications as needed; preparation, filing & defense of contested motions, cash collateral motions & negotiations with creditors & parties in interest with the objective of reorganizing debtor & obtaining confirmation of a chapter 12 Plan._

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    _Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding will be included at same hourly rate._

In re   *Vaqueria Las Martas Inc.*                                     Case No.   *18-07304 ESL*
                            Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

*February 24, 2019*                              */s/ Lyssette A Morales Vidal*
Date                                             *Lyssette A Morales Vidal 120011*
                                                 *Signature of Attorney*
                                                 *L.A MORALES & ASSOCIATES P.S.C.*
                                                 *URB VILLA BLANCA*
                                                 *76 AQUAMARINA*
                                                 *Caguas, PR 00725-1908*
                                                 *787-746-2434  Fax: 1-855-298-2515*
                                                 *lamoraleslawoffice@gmail.com*
                                                 *Name of law firm*

Vaqueria Las Martas Inc. - 18-07304 ESL - Pg. 1 of 1

VAQUERIA LAS MARTAS INC.
HC 05 BOX 91635
ARECIBO PR 00612

ENRIQUE MAYSONET
EML ACCOUNTING SVC
613 AVE MIRAMAR
ARECIBO PR 00612-4363

OFFICE REGULATION MILK INDU
ORIL
PO BOX 362949
SAN JUAN PR 00936-2949

LYSSETTE A MORALES VIDAL
L.A. MORALES & ASSOCIATES P.S.C.
URB VILLA BLANCA
76 AQUAMARINA
CAGUAS, PR 00725-1908

FED ASOCIACION PECUARIAS
ZONA PORTUARIA
PO BOX 2635 MALECON
MAYAGUEZ PR 00681

PREPA
PO BOX 363508
SAN JUAN PR 00936-3508

ADM ALLIANCE NUTRITION OF PR
PO BOX 908
HATILLO PR 00659-0908

FEP INC
BOX 10163
SAN JUAN PR 00908

SIF
PO BOX 365028
SAN JUAN PR 00936-5028

ASSOCIATION DAIRY FARMERS
OF HATILLO INC.
PO BOX 1339
HATILLO PR 00659-1339

FERRALUOLI LLC
221 P DE LEON AVE 5TH FL
SAN JUAN PR 00917

USDA FARM SVC AGENCY
654 MUNOZ RIVERA AVE
STE 829
SAN JUAN PR 00918

CONDADO 5 LLC
PO BOX 190058
SAN JUAN PR 00919

FIRST BANK
AGENCY COLLECTION DEPT
PO BOX 9146
SAN JUAN PR 00908-0146

DOL
TAX DIVISION
PO BOX 191020
SAN JUAN PR 00919-1020

FONDO FOMENTO INDUSTRIA LECHERA
198 CALLE CHARDON
SAN JUAN PR 00923

ELA DEPT OF AGRICULTURE
BOX 10163
SAN JUAN PR 00908

IRS
PO BOX 7346
PHILADELPHIA PA 19101-7346

ELA DEPT OF TREASURY
BANKRUPTCY DIV #424 B
PO BOX 9024140
SAN JUAN PR 00902-4140

JUAN M  BARRETO GINORIO
HC 5 BOX 91635
ARECIBO PR 00612

ELA DEPT OF TREASURY
BK DIV OFIC 424 B
PO BOX 9024140
SAN JUAN PR 00902-4140

NUTRIMIX FEED CO INC.
PO BOX 11433
SAN JUAN PR 00922

## United States Bankruptcy Court
### District of Puerto Rico

In re **Vaqueria Las Martas Inc.** _____ Case No. **18-07304 ESL**

_____ Debtor(s)   Chapter **12**

## AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing , consisting of ___**0**___ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **February 26, 2019** _____   Signature **/s/ Juan M Barreto Ginorio** _____

**Juan M Barreto Ginorio**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.