# United States Bankruptcy Court
## District of Puerto Rico

In re: **Vaqueria Las Martas Inc.**
Debtor(s)

Case No. **18-07304 ESL**
Chapter **12**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

*Schedule A/B:* Add & adjust descriptions & values in preparation for §341 & in response to Judge's observations at hearing.

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows: Creditors that have been added with be notice with the corresponding Schedule to their known address if not already a participant of Cm/Ecf and a Certificate of Service to be filed separately.

Date: *March 5, 2019*

*/s/ Lyssette A Morales Vidal*
*Lyssette A Morales Vidal 120011*
Attorney for Debtor(s)
*L.A. MORALES & ASSOCIATES P.S.C.*
*URB VILLA BLANCA*
*76 AQUAMARINA*
*Caguas, PR 00725-1908*
*787-746-2434 Fax:1-855-298-2515*
*lamoraleslawoffice@gmail.com*

**Fill in this information to identify the case:**

Debtor name: *Vaqueria Las Martas Inc.*

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known): *18-07304 ESL*

☑ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest

2. **Cash on hand** — $0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. *FirstBank* | *Business Plus* | *6224* | *$23.06* |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** — $23.06
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.
    ☐ Yes Fill in the information below.

### Part 4: Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

| Debtor | **Vaqueria Las Martas Inc.** | Case number (If known) **18-07304 ESL** |
|---|---|---|
| | Name | |

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials**<br>*58,700 Milk Quota @ $12 $704,400. Market for raw milk fluctuates & was at petition date @ $12 $1,017,400 is value of aggregate of collateral that 'secures' Condado 5 claim. Debtor has not found existence of a valid & unexpired UCC over the Milk Quota. It appears that this may have expired, in which case aggregate value of Condado 5's collateral would be reduced by $704,400 to $313,000 secured by real properties of 3rd party guarantors & not this debtor.* | *10/2018* | *$704,400.00* | *Recent cost* | *$704,400.00* |

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

23. **Total of Part 5.**                                                                                                                                 **$704,400.00**

    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No. Go to Part 7.
☑ Yes Fill in the information below.

Debtor **Vaqueria Las Martas Inc.** Case number *(If known)* **18-07304 ESL**
       Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops-either planted or harvested** | | | |
| 29. **Farm animals** *Examples: Livestock, poultry, farm-raised fish*<br>*13 [45 total] Milking Cows @ $1,200 each*<br>*$15,600 [32 cows w/ USDA lien]*<br>*15 Unbred Cows @$1,000 each $15,000*<br>*13 Heifers @ $200 each $2,600*<br>*2 Bulls @ $500 each $1,000 [1 recently stolen]*<br>*2 Toretes [small bull] @ $200 each $400*<br>*Total $34,600* | $34,600.00 | Recent cost | $34,600.00 |
| 30. **Farm machinery and equipment** *(Other than titled motor vehicles)*<br>*Mixer $3,500*<br>*Fertilizer Irrigation Machine $600*<br>*Water Pump for Irrigation $2,500*<br>*Deep Well Pump $2,000*<br>*Irrigation Pistol $500*<br>*Pond Mixer $1,000*<br>*Cleaning Pump $400*<br>*16 Milking Machine $5,000*<br>*Milk Pump w/ Receiver $600*<br>*2 Vacuum Pumps $1,500*<br>*Generator Winco purchased in 1995 in disrepair*<br>*Total value opinion of D = $17.600 vs. Appraisal @ $53,060 less equipment w/ USDA lien = $47,060 w/ dairy structures or $6,000 value* | $6,000.00 | Comparable sale | $6,000.00 |
| *Massey Tractor Ferguson 1085 [$2,000] in disrepair USDA lien*<br>*Massey Tractor Ferguson 3090 $3,000 USDA lien*<br>*Milk Tank $3,000 USDA lien*<br>*Incentives $35,000 Acct Receivables Dept Agriculture pledged to USDA already paid out to USDA no value at this time*<br>*6000 liters Milk Quota 2nd Rank $72,000 @ $12* | $80,000.00 | Comparable sale | $80,000.00 |
| 31. **Farm and fishing supplies, chemicals, and feed**<br>***Detergents, Clorox, Napkins, Acid, Clorinated CIP Cleaner, Bulk Tank Clorination, Cleaning Medicine*** | **Unknown** | **Recent cost** | **$200.00** |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| 33. **Total of Part 6.**<br>Add lines 28 through 32. Copy the total to line 85. | | | **$120,800.00** |

34. **Is the debtor a member of an agricultural cooperative?**
    ☑ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
         ☐ No

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 3
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                      Best Case Bankruptcy

Debtor **Vaqueria Las Martas Inc.**     Case number *(If known)* **18-07304 ESL**
Name

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1. *2005 Nissan Frontier*<br>*Kbb Fair Trade in Value* | $0.00 | *Appraisal Kbb Fair Trade in value* | $3,351.00 |
| 47.2. *1988 Ford F 350*<br>*Kbb Fair Trade in Value for 1992 [later] model* | $0.00 | *Appraisal Kbb Fair Trade in value* | $638.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**                                **$3,989.00**
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

### Part 9: Real property

54. **Does the debtor own or lease any real property?**

| Debtor | **Vaqueria Las Martas Inc.** | Case number (If known) | **18-07304 ESL** |
|---|---|---|---|
| | Name | | |

☑ No. Go to Part 10.
☐ Yes Fill in the information below.

### Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes Fill in the information below.

### Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor **Vaqueria Las Martas Inc.**  Case number *(If known)* **18-07304 ESL**
Name

### Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $23.06 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $704,400.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $120,800.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,989.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $829,212.06 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $829,212.06 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | *Vaqueria Las Martas Inc.* |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known) | *18-07304 ESL* |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☑ Amended *Schedule*   **A/B**
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  *March  5, 2019*          X */s/ Juan M Barreto Ginorio*
                                       Signature of individual signing on behalf of debtor

                                       *Juan M Barreto Ginorio*
                                       Printed name

                                       _____
                                       Position or relationship to debtor