# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

## Minute Entry

### Hearing Information:

**Debtor:** VAQUERIA LAS MARTAS INC
**Case Number:** 18-07304-ESL12  **Chapter:** 12
**Date / Time / Room:** 03/05/2019 09:30 am osjcrt1
**Bankruptcy Judge:** ENRIQUE S. LAMOUTTE
**Courtroom Clerk:** DENNIS RODRIGUEZ
**Reporter / ECR:** EDNA SANABRIA

### Matter:

Doc# 21 ORDER PROHIBITING THE USE OF CASH COLLATERAL; SHOW CAUSE AND NOTICE

### Appearances:

JOSE RAMON CARRION MORALES ✓
LYSSETTE A MORALES VIDAL ✓  Camille Somoza, Condado 5

### Proceedings:

ORDER:

___ Movant's application to withdraw motion is hereby granted. Re: Docket No. _____

___ The motion to dismiss is hereby granted for the reasons stated in open court. The Court requests a transcript to constitute its findings and conclusions pursuant to Rule 7052 of the Federal Rules of Bankruptcy Procedure.

___ The parties are granted ___ days to file a settlement agreement.

___ The hearing is continued to: _____.

___ Other: Parties argue their respective positions. Court questions re lien over cash collateral. Debtor acknowledges that all milk quota production is being paid to Condado 5. Debtor has scheduled Condado as a secured creditor and has not objected claim number 6 by Condado. The key issue is to determine whether Condado has a lien over debtor's cash collateral. In order to place the court in a position to make a decision on pending issue re cash collateral the Court orders as follows:

The parties shall file legal memoranda regarding whether or not Condado has a lien over debtor's cash collateral; and if Condado has a lien, whether the cash; the debtor has advanced is one, and has requested the use of cash collateral. Briefs to be filed by Condado within 14 days. Replies due 14 days thereafter.

/s/ Enrique S. Lamoutte
U.S. Bankruptcy Judge