CASE N° 18-07304 ESL         MOR VAQUERIA LAS MARTAS, INC.
                                      DECEMBER 2018
                                    5,202 LTS BIWEEKLY
                          milking 41 cows averaging 9,06 lts/day/cow
                               occupying 8.86% milk quota

dry: 16
Deaths: 0                    Milk Quota: 58,700 lts biweekly

**INCOME:**   SUIZA                                                              $
**Milk Sales:** Liq. Dec. 12  5,150 lts @ 79.99¢/lt         4119.97 Went all to Condado 5
              Liq. Dec. 26  5,253 lts @ 76.511¢/lt         4,022.32 Went all to Condado 5
Sale of calves, cows culled                                   30.00
Money loaned by Juan Manuel Barreto family member           5620.00
Money from JM Dairy, Inc.                                   1800.00
Closing Credit                                                38.74
Money in bank and on hand                                     28.00
         **Total Income:**                                 15,659.03

**Less Operational Costs:**
Wages:                                                      1,120.00
FICA                                                            0.00
FUTA                                                            0.00
Feed         not adequate feed intake                       2,730.90 should be around $4,000.00
Forage       Debtor makes own bales of hay                      0.00
Medicines & Veterinary,                                       308.77
Tick plaguicide                                                 0.00
Farm Maintenance & repairs                                      0.00
Milking Equipment                                               0.00
Farm Machinery                                                  0.00
Materials & Supplies                                          180.00
Car & Truck                                                     0.00
Fuel          milking with generator                          840.00 $30.00/day
herbicide     Forefront 2.5 gals.                               0.00
Seurity deposit                                                 0.00
Utilities:   AEE    milking with generator                      0.00
farm lease          Juan Manuel Barreto                         0.00
Professional Services:        #166                             22.00
                    attorney                                    0.00
miscellaneous                                                   0.00
freight             forrage                                   200.00 50.00/wk
bank charges                                                   66.92
         **Total Operational Costs:**                        5,468.59

**Capital Expenditures: Heifers**                               0.00

**Less Obligations & Others:**
CPA          through milk assignments                           0.00 Enrique Maisonet
Attorney                                                     2000.00 Modesto Bigas
Condado 5    through milk assignments                        8142.29 two biweekly periods
         **Total Obligations & Others:**                    10142.29

**Total Operational, Expenditures, Obligations, personal Cost**  15,610.88

**Net Income:**                                                 48.15
         Money in bank: $(12.90)
         Cash on hand:  $ 61.05

CASE N° 18-07304 ESL

MOR VAQUERIA LAS MARTAS, INC.
DECEMBER 2018
5,202 LTS BIWEEKLY
milking 41 cows averaging 9,06 lts/day/cow
occupying 8.86% milk quota

**WAGES:**

| | |
|---|---|
| Juan Manuel Barreto | 100.00/wk |
| Edgardo García | <u>180.00/wk</u> |
| | 280.00/wk |

<u>MOR FOR DECEMBER 2018 DOES NOT MATCH PROJECTIONS AS:</u>

1. PROJECTIONS ESTIMATED USE OF CASH COLLATERAL COMMENCING ON LIQUIDATON PERIOD STARTING ON DECEMBER 13, 2018. YET USE OF CASH COLLATERAL WAS NOT SOLICITED. THEREFORE, ALL INCOME FROM SALE OF RAW MILK WENT TO CONDADO 5 THRUOUGH MILK ASSIGNMENTS.

2 WITHOUT USE OF CASH COLLATERAL DEBTOR HAS NO CASH FLOW AND CANNOT COVER COST OF PRODUCTION.

3. COWS ARE NOT RECEIVING ADEQUATE FEED INTAKE TO YIELD MAXIMUM MILK PRODPUCTION. THEY SHOULD BE AVERAING A DAILY INTAKE OF 20-22 LBS OF CONCENTRATED FEED/COW/DAY. YET THEY ARE ONLY RECEIVING AROUND 15.5 LBS OF CONCENTRATED FEED/COW/DAY.
IN PUERTO RICO FARMERS AVERAGE A FEED INTAKE OF 1.25-1.4 LBS OF CONCENTRATED FEED/LT OF MILK PRODUCED/DAY DEPENDING ON AMOUNT AND QUALITY OF FORAGE THAT DAIRY COWS RECEIVE OR GRAZE.

3. DEBTOR IS THEREFORE OPERATING WITH PROCEEDS COMING FROM THIRD PARTIES.

CASE N° 18-07304 ESL

MOR VAQUERIA LAS MARTAS, INC.

DECEMBER 2018

5,202 LTS BIWEEKLY

milking 41 cows averaging 9,06 lts/day/cow

occupying 8.86% milk quota

This MOR has been prepared using information from bank accounts and verbal information provided by Debtor.