18-07304 ESL

MOR VAQUERIA LAS MARTAS, INC.

DECEMBER 2018

4,735 LTS BIWEEKLY

milking 40 cows averaging 8.45 lts/day/cow

occupying 8.07% milk quota

dry: 17
Deaths: 0

Milk Quota: 58,700 lts biweekly

| | | | $ | |
|---|---|---|---|---|
| **INCOME:** | SUIZA | | | |
| **Milk Sales:** | Liq. Jan. 9 | 4,878 lts @ 75.57¢/lt | 3686.57 | Went all to Condado 5 |
| | Liq. Jan. 23 | 4,591 lts @ 80.72¢/lt | 3,705.91 | Went all to Condado 5 |
| Sale of calves, cows culled | | (calves) | 140.00 | |
| Money loaned by Juan Manuel Barreto family member | | | 5700.00 | |
| Money from JM Dairy, Inc. | | | 3520.00 | |
| Closing Credit | | | 0.00 | |
| Money in bank and on hand | | | 48.15 | |
| | **Total Income:** | | 16,800.63 | |

**Less Operational Costs:**

| | | | |
|---|---|---|---|
| Wages: | | 1,120.00 | |
| FICA | | 0.00 | |
| FUTA | | 0.00 | |
| Feed | not adequate feed intake | 2,968.00 | should be around $4,000.00 |
| Forage | Debtor makes own bales of hay | 0.00 | |
| Medicines & Veterinary, | | 94.75 | |
| Tick plaguicide | | 0.00 | |
| Farm Maintenance & repairs | | 0.00 | |
| Milking Equipment | | 0.00 | |
| Farm Machinery | | 9.05 | |
| Materials & Supplies | | 40.75 | |
| Car & Truck | | 0.00 | |
| Fuel | milking with generator | 900.00 | $30.00/day |
| plaguicides | | 34.80 | |
| Seurity deposit | | 0.00 | |
| Utilities: AEE | milking with generator | 0.00 | |
| farm lease | Juan Manuel Barreto | 0.00 | |
| Professional Services: | | 0.00 | |
| | attorney | 0.00 | |
| miscellaneous | | 0.00 | |
| freight | forrage | 200.00 | 50.00/wk |
| bank charges | | 11.15 | |
| **Total Operational Costs:** | | 5,379.10 | |

| | | |
|---|---|---|
| **Capital Expenditures: Heifers** | 0.00 | |

**Less Obligations & Others:**

| | | | |
|---|---|---|---|
| CPA | through milk assignments | 0.00 | Enrique Maisonet |
| Attorney | | 4000.00 | |
| Condado 5 | through milk assignments | 7392.48 | two biweekly periods |
| | **Total Obligations & Others:** | 11392.48 | |

| | | |
|---|---|---|
| **Total Operational, Expenditures, Obligations, personal Cost** | 16,771.58 | |

| | | |
|---|---|---|
| **Net Income:** | **29.05** | |

Money in bank:  $(1.15)
Cash on hand:  $ 30.20

18-07304 ESL

MOR VAQUERIA LAS MARTAS, INC.

DECEMBER 2018

4,735 LTS BIWEEKLY

milking 40 cows averaging 8.45 lts/day/cow

occupying 8.07% milk quota

**WAGES:**

| | |
|---|---|
| Juan Manuel Barreto | 100.00/wk |
| Edgardo García | <u>180.00/wk</u> |
| | 280.00/wk |

<u>MOR FOR JANUARY 2018 DOES NOT MATCH PROJECTIONS AS:</u>

1.  PROJECTIONS ESTIMATED USE OF CASH COLLATERAL COMMENCING ON LIQUIDATON PERIOD STARTING ON DECEMBER 13, 2018.  YET USE OF  CASH COLLATERAL WAS NOT SOLICITED. THEREFORE, ALL INCOME FROM SALE OF RAW MILK WENT TO CONDADO 5 THRUOUGH MILK ASSIGNMENTS.

2  WITHOUT USE OF CASH COLLATERAL DEBTOR HAS NO CASH FLOW AND CANNOT COVER COST OF PRODUCTION.

3.  DEBTOR IS THEREFORE OPERATING WITH PROCEEDS COMING FROM THIRD PARTIES.

4.  WITHOUT ADEQUATE CASH FLOW, DEBTOR IS NOT FEEDING DAIRY CATTLE THE AMOUNT OF CONCENTRATED FEED NECESSARY TO OBTAIN MAXIMUM MILK YIELD.