CASE N° 18-07304 ESL

**MOR VAQUERIA LAS MARTAS, INC.**
FEBRUARY 2019
4,904 LTS BIWEEKLY
milking 39 cows averaging 8.98 lts/day/cow
occupying 8.35% milk quota

dry: 18
Deaths: 0

Milk Quota: 58,700 lts biweekly

| | | $ |
|---|---|---|
| **INCOME:** SUIZA | | |
| **Milk Sales:** Liq. Feb. 8  4,325 lts @ 78.33¢/lt | | 3387.63 Went all to Condado 5 |
| Liq. Feb. 22 5,482 lts @ 77.5¢/lt | | 4,248.54 Went all to Condado 5 |
| Sale of calves, cows culled          (calves) | | 30.00 |
| Money loaned by Juan Manuel Barreto family member | | 0.00 |
| Money from JM Dairy, Inc. | | 5072.82 |
| USDA-FSA   MFP Incentive | | 0.00 |
| Money in bank and on hand | | <u>29.05</u> |
| **Total Income:** | | 12,768.04 |

**Less Operational Costs:**

| | | | |
|---|---|---|---|
| Wages: | | 720.00 | paid by JM dairy |
| FICA | | 0.00 | |
| FUTA | | 0.00 | |
| Feed | not adequate feed intake | 3,887.35 | paid by JM dairy |
| Forage | Debtor makes own bales of hay | 0.00 | |
| Medicines & Veterinary, | | 158.47 | paid by JM dairy |
| Tick plaguicide | | 0.00 | |
| Farm Maintenance & repairs | | 0.00 | |
| Milking Equipment | | 0.00 | |
| Farm Machinery | | 0.00 | |
| Materials & Supplies | | 0.00 | |
| Car & Truck | | 0.00 | included in AGH bills (med. & vet.) |
| Fuel | milking with generator | 300.00 | $75.00/wk   (JM dairy) |
| plaguicides | | 0.00 | |
| Seurity deposit | | 0.00 | |
| Utilities:    AEE | milking with generator | 0.00 | |
| farm lease | Juan Manuel Barreto | 0.00 | |
| Professional Services: | | 0.00 | |
| | attorney | 0.00 | |
| miscellaneous | | 0.00 | |
| freight | forrage | 0.00 | |
| bank charges | | <u>15.61</u> | |
| **Total Operational Costs:** | | 5,081.43 | |

**Capital Expenditures: Heifers**                  0.00

**Less Obligations & Others:**

| | | | |
|---|---|---|---|
| CPA | through milk assignments | 0.00 | Enrique Maisonet |
| Attorney | | 0.00 | |
| Condado 5 | through milk assignments | <u>7636.17</u> | two biweekly periods |
| | **Total Obligations & Others:** | 7636.17 | |

**Total Operational, Expenditures, Obligations, personal Co**  12,717.60

**Net Income:**                                                     <u>50.44</u>

Money in bank:  $(9.76)
Cash on hand:  $ 60.20

CASE N° 18-07304 ESL

MOR VAQUERIA LAS MARTAS, INC.
FEBRUARY 2019
4,904 LTS BIWEEKLY
milking 39 cows averaging 8.98 lts/day/cow
occupying 8.35% milk quota

**WAGES:**

| | | |
|---|---|---|
| Juan Manuel Barreto | 0.00/wk | not paid |
| Edgardo García | <u>180.00/wk</u> | |
| | 280.00/wk | |

<u>MOR FOR FEBRUARY 2019 DOES NOT MATCH PROJECTIONS AS:</u>

1.  PROJECTIONS ESTIMATED USE OF CASH COLLATERAL COMMENCING ON LIQUIDATON PERIOD STARTING ON DECEMBER 13, 2018.  YET USE OF  CASH COLLATERAL WAS NOT SOLICITED. THEREFORE, ALL INCOME FROM SALE OF RAW MILK WENT TO CONDADO 5 THRUOUGH MILK ASSIGNMENTS.

2  WITHOUT USE OF CASH COLLATERAL DEBTOR HAS NO CASH FLOW AND CANNOT COVER COST OF PRODUCTION.

3.  DEBTOR IS THEREFORE OPERATING WITH PROCEEDS COMING FROM THIRD PARTIES.

4.  WITHOUT ADEQUATE CASH FLOW, DEBTOR IS NOT FEEDING DAIRY CATTLE THE AMOUNT OF CONCENTRATED FEED NECESSARY TO OBTAIN MAXIMUM MILK YIELD.

This MOR has been prepared using information from bank accounts and verbal information provided by Debtor.