CASE N° 18-07304 ESL           MOR VAQUERIA LAS MARTAS, INC.
JANUARY 2019
4,735 LTS BIWEEKLY
milking 40 cows averaging 8.45 lts/day/cow
occupying 8.07% milk quota

dry: 17
Deaths: 0                         **Milk Quota: 58,700 lts biweekly**

**INCOME:**   SUIZA                                               $
**Milk Sales:** Liq. Jan. 9    4,878 lts @ 75.57¢/lt    3686.57 Went all to Condado 5
              Liq. Jan. 23   4,591 lts @ 80.72¢/lt    3,705.91 Went all to Condado 5
Sale of calves, cows culled         (calves)           140.00
Money loaned by Juan Manuel Barreto family member      5700.00
Money from JM Dairy, Inc.                              3520.00
Closing Credit                                            0.00
Money in bank and on hand                                48.15
       **Total Income:**                              16,800.63

**Less Operational Costs:**
Wages:                                        1,120.00
FICA                                              0.00
FUTA                                              0.00
Feed       not adequate feed intake           2,968.60 should be around $4,000.00
Forage     Debtor makes own bales of hay          0.00
Medicines & Veterinary,                          94.75
Tick plaguicide                                   0.00
Farm Maintenance & repairs                        0.00
Milking Equipment                                 0.00
Farm Machinery                                    9.05
Materials & Supplies                             40.75
Car & Truck                                       0.00
Fuel        milking with generator             900.00 $30.00/day
plaguicides                                      34.80
Seurity deposit                                   0.00
Utilities:   AEE    milking with generator        0.00
farm lease         Juan Manuel Barreto            0.00
Professional Services:                            0.00
                    attorney                      0.00
miscellaneous                                     0.00
freight            forrage                      200.00 50.00/wk
bank charges                                     11.15
       **Total Operational Costs:**           5,379.10

**Capital Expenditures: Heifers**                 0.00

**Less Obligations & Others:**
CPA        through milk assignments               0.00 Enrique Maisonet
Attorney                                       4000.00
Condado 5  through milk assignments            7392.48 two biweekly periods
       **Total Obligations & Others:**        11392.48

**Total Operational, Expenditures, Obligations, personal Cost**  16,771.58

**Net Income:**                                              29.05
       Money in bank:  $(1.15)
       Cash on hand:   $ 30.20

CASE N° 18-07304 ESL

MOR VAQUERIA LAS MARTAS, INC.
JANUARY 2019
4,735 LTS BIWEEKLY
milking 40 cows averaging 8.45 lts/day/cow
occupying 8.07% milk quota

**WAGES:**

| | |
|---|---|
| Juan Manuel Barreto | 100.00/wk |
| Edgardo García | <u>180.00/wk</u> |
| | 280.00/wk |

<u>MOR FOR JANUARY 2018 DOES NOT MATCH PROJECTIONS AS:</u>

1. PROJECTIONS ESTIMATED USE OF CASH COLLATERAL COMMENCING ON LIQUIDATON PERIOD STARTING ON DECEMBER 13, 2018. YET USE OF CASH COLLATERAL WAS NOT SOLICITED. THEREFORE, ALL INCOME FROM SALE OF RAW MILK WENT TO CONDADO 5 THRUOUGH MILK ASSIGNMENTS.

2 WITHOUT USE OF CASH COLLATERAL DEBTOR HAS NO CASH FLOW AND CANNOT COVER COST OF PRODUCTION.

3. DEBTOR IS THEREFORE OPERATING WITH PROCEEDS COMING FROM THIRD PARTIES.

4. WITHOUT ADEQUATE CASH FLOW, DEBTOR IS NOT FEEDING DAIRY CATTLE THE AMOUNT OF CONCENTRATED FEED NECESSARY TO OBTAIN MAXIMUM MILK YIELD.

CASE N° 18-07304 ESL

MOR VAQUERIA LAS MARTAS, INC.

JANUARY 2019

4,735 LTS BIWEEKLY

milking 40 cows averaging 8.45 lts/day/cow

occupying 8.07% milk quota

This MOR has been prepared using information from bank accounts and verbal information provided by Debtor.