IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>VAQUERIA LAS MARTAS INC<br><br>66-0541863<br><br>Debtor | CASE NO. 18-07304-ESL12<br>Chapter 12<br><br><br><br>FILED & ENTERED ON MAY/09/2019 |

ORDER AND NOTICE

A hearing is hereby scheduled for July 23, 2019 at 10:00 AM at the U.S. Bankruptcy Court, José V. Toledo Post Office & Courthouse Bldg., Courtroom 2, Floor 2, 300 Recinto Sur, Old San Juan, Puerto Rico; to consider the following:

1. Condado 5, LLC's motion to prohibit use of cash collateral (docket #17);
2. Debtor's motion to use cash collateral or to determine if mil quota is cash collateral (docket #33);
3. Minute of hearing dated 3/5/2019 (docket #37);
4. Chapter 12 Trustee's brief (docket #65);
5. Condado 5, LLC's response to Trustee's brief (docket #66)

The Clerk shall give notice to all parties in interest.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 9 day of May, 2019.

Enrique S. Lamoutte
United States Bankruptcy Judge