CASE N° 18-07304 ESL

**MOR VAQUERIA LAS MARTAS, INC.**
MARCH 2019
5,127 LTS BIWEEKLY
milking 38 cows averaging 9.64 lts/day/cow
occupying 8.7% milk quota

dry: 19
Deaths: 0

Milk Quota: 58,700 lts biweekly

| | | | $ | |
|---|---|---|---:|---|
| **INCOME:** | SUIZA | | | |
| **Milk Sales:** | Liq. March 6 5,377 lts @ 78.17¢/lt | | 4203.32 | Went all to Condado 5 |
| | Liq. March 2 4,877 lts @ 76.21¢/lt | | 3,716.68 | Went all to Condado 5 |
| | ant. March 27 | | 1,858.34 | |
| Money Loaned by third parties | | | 2600.00 | |
| Money from JM Dairy, Inc. | | | 1738.00 | |
| USDA-FSA   MFP Incentive | | | 1632.00 | |
| Money in bank and on hand | | | 50.44 | |
| | **Total Income:** | | 15,798.78 | |

**Less Operational Costs:**

| | | | | |
|---|---|---|---:|---|
| Wages: | | | 940.00 | paid by JM dairy |
| FICA | | | 0.00 | |
| FUTA | | | 0.00 | |
| Feed | | | 4,332.00 | |
| Forage | Debtor makes own bales of hay | | 0.00 | |
| Medicines & Veterinary, | | | 187.80 | paid by JM dairy |
| Tick plaguicide | | | 0.00 | |
| Farm Maintenance & repairs | | | 0.00 | |
| Milking Equipment | | | 0.00 | |
| Farm Machinery | | | 11.80 | paid by JM dairy |
| Materials & Supplies | | | 133.10 | paid by JM dairy |
| Car & Truck | | | 0.00 | |
| Fuel | milking with generator | | 375.00 | $75.00/wk |
| plaguicides | | | 4.17 | |
| Seurity deposit | | | 0.00 | |
| Utilities: | AEE | milking with generator | 0.00 | |
| farm lease | | Juan Manuel Barreto | 0.00 | |
| Professional Services: | | gestor | 0.00 | |
| | | attorney | 0.00 | |
| miscellaneous | | cat feed & IVU on bills | 5.00 | |
| freight | | forrage | 0.00 | |
| bank charges | | | 15.61 | |
| | **Total Operational Costs:** | | 6,004.48 | |

**Capital Expenditures: Heifers**              0.00

**Less Obligations & Others:**

| | | | | |
|---|---|---|---:|---|
| CPA | through milk assignments | | 0.00 | |
| Attorney | | | 0.00 | |
| Condado 5 | through milk assignments | | 9778.34 | two biweekly periods |
| | **Total Obligations & Others:** | | 9778.34 | |

**Total Operational, Expenditures, Obligations, personal Co**   15,782.82

**Net Income:**       Money on hand: $1.33              **15.96**
                     bank Acc.:      $14.63

CASE N° 18-07304 ESL

MOR VAQUERIA LAS MARTAS, INC.
MARCH 2019
5,127 LTS BIWEEKLY
milking 38 cows averaging 9.64 lts/day/cow
occupying 8.7% milk quota

**WAGES:**
Juan Manuel Barreto    0.00/wk    not paid

Edgardo García
| | | |
|---|---|---|
| 1-Mar cash | 180.00 | (130.00 came from JM Dairy) |
| 8-Mar #3436 | 200.00 | worked extra hours |
| 15-Mar #307 | 200.00 | worked extra hours |
| 22-Mar cash | 180.00 | |
| 29-Mar cash | 180.00 | |
| | 940.00 | |

**FEED**
| | | |
|---|---|---|
| 4-Mar | 450.00 | cash, paid by JM Dairy |
| 8-Mar | 500.00 | check endorsed by third party |
| 11-Mar | 400.00 | cash, paid by JM Dairy |
| 15-Mar | 1632.00 | FSA check endorsed to ADM Feed Mill |
| 22-Mar | 500.00 | check endorsed by third party |
| 27-Mar | 425.00 | cash, paid by JM Dairy |
| 29-Mar | 425.00 | cash, paid by JM Dairy |
| | 4332.00 | |

**FUEL**
| | | |
|---|---|---|
| #305 | 40.00 | |
| #306 | 30.00 | |
| #308 | 70.00 | |
| #829 | 10.00 | |
| cash | 225.00 | paid by JM Dairy |
| | 375.00 | |

MOR FOR MARCH 2019 DOES NOT MATCH PROJECTIONS AS:

1. PROJECTIONS ESTIMATED USE OF CASH COLLATERAL COMMENCING ON LIQUIDATON PERIOD STARTING ON DECEMBER 13, 2018. YET USE OF CASH COLLATERAL HAS NOT BEEN AUTHORIZED. THEREFORE, ALL INCOME FROM SALE OF RAW MILK WENT TO CONDADO 5 THRUOUGH MILK ASSIGNMENTS.

2 WITHOUT USE OF CASH COLLATERAL DEBTOR HAS NO CASH FLOW AND CANNOT COVER COST OF PRODUCTION.

3. DEBTOR IS THEREFORE OPERATING WITH PROCEEDS COMING FROM THIRD PARTIES.

4. WITHOUT ADEQUATE CASH FLOW, DEBTOR IS NOT FEEDING DAIRY CATTLE THE AMOUNT OF CONCENTRATED FEED NECESSARY TO OBTAIN MAXIMUM MILK YIELD.

This MOR has been prepared using information from bank accounts and verbal information provided by Debtor.

After Five Days Return To:
PO Box 9146
San Juan PR 00908-0146



**STATEMENT OF ACCOUNT**

STATEMENT DATE
03/31/19



00003547 MFBPRR0401190658230R 2 100000000

LAS MARTAS INC
HC 5 BOX 91635
ARECIBO PR 00612-9517

**020-BUSINESS PLUS CORP**

6* 6109207280

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 9.76-OD | 4 | 620.00 | 11 | 585.61 | 10.00 | 14.63 |

```
CHECKING ACCOUNT TRANSACTIONS
DEPOSITS AND OTHER CREDITS
    DATE..........AMOUNT...........DESCRIPTION

    03/01           20.00          DEPOSIT
    03/11          280.00          DEPOSIT
    03/15          300.00          DEPOSIT
    03/26           20.00          DEPOSIT

CHECKS
    DATE....CHECK NO......AMOUNT              DATE....CHECK NO......AMOUNT

    03/11      3436       200.00              03/15      307        200.00
    03/12       305        40.00              03/18      308        100.00
    03/14       306        30.00              03/25      829         10.00

OTHER DEBITS
    DATE..........AMOUNT...........DESCRIPTION

    03/01            4.00          DAILY OD CHARGE*
    03/01            0.42          IVU ESTATAL
    03/01            0.04          IVU MUNICIPAL
    03/29           10.00          BALANCE RANGE FEE  *
    03/29            1.05          IVU ESTATAL
    03/29            0.10          IVU MUNICIPAL

* * * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * * * *
    DATE.........BALANCE    DATE..........BALANCE    DATE.........BALANCE
    02/28          9.76OD   03/14           15.78    03/26          25.78
    03/01          5.78     03/15          115.78    03/29          14.63
    03/11         85.78     03/18           15.78
    03/12         45.78     03/25            5.78
```

SI OLVIDASTES O QUIERES CAMBIAR EL PIN DE TU VISA DEBITO
LLAMANOS Y SELECCIONA EL PIN DE TU PREFERENCIA.
ES MUY FACIL, COMUNICATE AL 787.725.2511 O 1.866.695.2511.



**1 First Bank**

ACCOUNT 6109207280    Page 2

FirstBank certifies that these images are legitimate and exact copies of your checks or other items processed in this statement.

## CHECK IMAGES



Check: 3436    Amount: $200.00    Date: 03/11/2019

Check: 305    Amount: $40.00    Date: 03/12/2019



Check: 306    Amount: $30.00    Date: 03/14/2019

Check: 307    Amount: $200.00    Date: 03/15/2019



Check: 308    Amount: $100.00    Date: 03/18/2019

Check: 829    Amount: $10.00    Date: 03/25/2019



```
Page
   1
                              SUIZA DAIRY CORPORATION
                               Informe de Liquidacion p
                               Wednesday, March 6, 2019

                                 DIVISION SUIZA DAIRY

Ganadero ................           941  LAS MARTAS
Licencia ................          3064
Numero de Liquidacion ...       2019-05
Desde ...................     2/21/2019
Hasta ...................     3/06/2019
Fecha de Pago ...........     3/06/2019
Numero de Cheque o Dep Directo.    80998

Numero de Facimil .......

Cuota ...................        58,700

La Produccion para el Periodo ..  5,377

Distribucion del Pago ..                      Litros          A            Valor

Leche Fresca Retenida y UHT         49.7496%   5,377    .781723         4,203.32
Productos Derivados Plantas         50.2504%       0    .000000              .00
Leche Utilizada Polvo Plantas         .0000%       0    .000000              .00
Leche Utilizada Queso Indulac         .0000%       0    .000000              .00
Leche Utilizada en Polvo y Evaporada Indulac .0000% 0   .000000              .00
Leche Sobre Quota Entregada por Ganadero           0    .000000              .00

Total a Pagar ...........                                              4,203.32

Menos la siguientes Cesiones ....

Adelanto ................                                              2,124.27
AUTORIDAD DE TIERRAS DE P.R.                                                .00
AUTORIDAD DE TIERRAS DE P.R.                                                .00
FONDO FOMENTO IND. (SEGURO)                                                 .00
ENRIQUE MAYSONET                                                            .00
ADM ALLIANCE NUTRITION DE PR                                                .00
JOSE R. CARRION MORALES                                                     .00
MARIA E. HERNANDEZ RUIZ                                                     .00
ORIL                                                                        .00
CONDADO 5, LLC.                                                        2,079.05

Total de Deducciones ....                                              4,203.32

Pago Neto ...............                                                   .00
```

```
Page   1                                SUIZA DAIRY CORPORATION
                                         Informe de Anticipo p
                                        Wednesday, March 13, 2019

                                           DIVISION SUIZA DAIRY

       Ganadero ...................:         941    LAS MARTAS
       Licencia ..................:          3064
       Correo Electronico ........:  EMLACCOUNTING@HOTMAIL.COM
       Fecha de Pago .............:     3/13/2019
       Numero de Desposito Directo :       81098
       Adelanto ..................:      2,101.66

       Menos las siguientes Cesiones .

       AUTORIDAD DE TIERRAS DE P.R.                    .00
       AUTORIDAD DE TIERRAS DE P.R.                    .00
       FONDO FOMENTO IND. (SEGURO)                     .00
       ENRIQUE MAYSONET                                .00
       ADM ALLIANCE NUTRITION DE PR                    .00
       JOSE R. CARRION MORALES                         .00
       MARIA E. HERNANDEZ RUIZ                         .00
       ORIL                                            .00
       CONDADO 5, LLC.                            2,101.66

       Total a Descontar .........:              2,101.66

       Pago Neto .................:                    .00
```

```
Page    1
                              SUIZA DAIRY CORPORATION
                               Informe de Liquidacion p
                              Wednesday, March 20, 2019

                                  DIVISION SUIZA DAIRY

Ganadero .................          941   LAS MARTAS
Licencia .................         3064
Numero de Liquidacion ....      2019-06
Desde ....................    3/07/2019
Hasta ....................    3/20/2019
Fecha de Pago ............    3/20/2019
Numero de Cheque o Dep Directo.   81199

Numero de Facimil ........

Cuota ....................       58,700

La Produccion para el Periodo ..  4,877

                                                  Litros            A            Valor

Distribucion del Pago ........................    4,877          .762083        3,716.68

Leche Fresca Retenida y UHT         42.2779%
Productos Derivados Plantas         57.7221%          0          .000000             .00

Leche Utilizada Polvo Plantas         .0000%          0          .000000             .00

Leche Utilizada Queso Indulac         .0000%          0          .000000             .00

Leche Utilizada en Polvo y Evaporada Indulac  .0000% 0           .000000             .00

Leche Sobre Quota Entregada por Ganadero              0          .000000             .00

Total a Pagar ...............................                                   3,716.68

Menos la siguientes Cesiones .....

Adelanto .............................                                          2,101.66
AUTORIDAD DE TIERRAS DE P.R.                                                         .00
AUTORIDAD DE TIERRAS DE P.R.                                                         .00
FONDO FOMENTO IND. (SEGURO)                                                          .00
ENRIQUE MAYSONET                                                                     .00
ADM ALLIANCE NUTRITION DE PR                                                         .00
JOSE R. CARRION MORALES                                                              .00
MARIA E. HERNANDEZ RUIZ                                                              .00
ORIL                                                                                 .00
CONDADO 5, LLC.                                                                 1,615.02

Total de Deducciones ..........................                                 3,716.68

Pago Neto .....................................                                      .00
```

```
                         SUIZA DAIRY CORPORATION
                          Informe de Anticipo p
                         Wednesday, March 27, 2019

                              DIVISION SUIZA DAIRY

Ganadero .................. :           941   LAS MARTAS
Licencia .................. :          3064
Correo Electronico ........ :    EMLACCOUNTING@HOTMAIL.COM
Fecha de Pago ............. :       3/27/2019
Numero de Desposito Directo : :        81300
Adelanto .................. :       1,858.34

Menos las siguientes Cesiones .

AUTORIDAD DE TIERRAS DE P.R.                                .00
AUTORIDAD DE TIERRAS DE P.R.                                .00
FONDO FOMENTO IND. (SEGURO)                                 .00
ENRIQUE MAYSONET                                            .00
ADM ALLIANCE NUTRITION DE PR                                .00
JOSE R. CARRION MORALES                                     .00
MARIA E. HERNANDEZ RUIZ                                     .00
ORIL                                                        .00
CONDADO 5, LLC.                                        1,858.34

Total a Descontar ................. :              1,858.34

Pago Neto ......................... :                   .00
```