CASE N° 18-07304 ESL

MOR VAQUERIA LAS MARTAS, INC.
APRIL 2019
3,601 LTS BIWEEKLY
milking 27 cows averaging 9.53 lts/day/cow
occupying 6.13% milk quota

dry: 30
Deaths: 0

Milk Quota: 58,700 lts biweekly

DEBTOR HAS BEEN FORCED TO DRY COWS AS HE HAS NO USE OF CASH COLLATERAL

**INCOME:** SUIZA $
**Milk Sales:**
| | | $ | |
|---|---|---|---|
| Liq. April 3 (less ant.) (3,739 lts @ 76.55¢/lt) | | 1003.96 | Went all to Condado 5 |
| Liq. April 17 3,462 lts @ 76.126¢/lt | | 2,635.51 | Went all to Condado 5 |
| ant. April 24 | | 1,317.76 | Went all to Condado 5 |
| ADEA Production Incentive | | 824.14 | |
| Personal Money from Juan Manuel Barreto | | 830.00 | used to pay purchases in AGH, fuel |
| Money Loaned by third parties | | 1324.00 | |
| Money from JM Dairy, Inc. | | 1959.55 | (inludes return of $446.00) |
| Personal Money deposited by Juan Manuel Barreto | | 38500.00 | (From Sale of personal Residence) |
| Money in bank and on hand | | 15.96 | |
| **Total Income:** | | 48,410.88 | |

**Less Operational Costs:**
| | | | |
|---|---|---|---|
| Wages: | | 800.00 | |
| State Department | | 150.00 | Paid by JM |
| FUTA | | 0.00 | |
| Feed | | 3,324.00 | |
| Forage Debtor makes own bales of hay | | 0.00 | |
| Medicines & Veterinary, | **AGH** | 303.25 | cash |
| Tick plaguicide | AGH | 28.00 | cash |
| Farm Maintenance & repairs | | 0.00 | |
| Milking Equipment | AGH | 3.70 | cash |
| Farm Machinery | AGH | 11.50 | cash |
| Materials & Supplies | AGH | 146.30 | cash |
| Car & Truck | | 0.00 | |
| Fuel | milking with generator | 240.00 | #2363 & cash |
| Pesticides | | 20.55 | |
| Seurity deposit | | 0.00 | |
| Utilities: AEE | milking with generator | 0.00 | |
| farm lease | Juan Manuel Barreto | 0.00 | |
| Professional Services: | Lab Milk samples | 26.00 | cash |
| | attorney | 1,442.00 | #2312 |
| | CPA | 30.00 | paid by JM |
| miscellaneous | IVU on AGH bills | 3.03 | |
| freight | forrage | 0.00 | |
| bank charges | | 85.38 | |
| **Total Operational Costs:** | | 6,613.71 | |

**Capital Expenditures: Heifers**     0.00

**Less Obligations & Others:**
| | | | |
|---|---|---|---|
| Money repaid to Third Party Debited | | 824.14 | From ADEA Production Incentive |
| Money from Personal deposit returned #2361 | | 35000.00 | Returned to Juan Manuel Barreto |
| Condado 5 through milk assignments | | 5957.23 | |
| CRIM (Residence) paid with money from | | 1500.00 | personal deposit made by Mr. Barreto **#832** |
| Other Money paid to Third Party | | 446.00 | #2309 |
| **Total Obligations & Others:** | | 41781.37 | |

**Total Operational, Expenditures, Obligations, personal Co**   48,395.08

**Net Income:**   Cash on hand: $1.17       **15.80**
                  Bank Acct.:  $14.63

CASE N° 18-07304 ESL

MOR VAQUERIA LAS MARTAS, INC.
APRIL 2019
3,601 LTS BIWEEKLY
milking 27 cows averaging 9.53 lts/day/cow
occupying 6.13% milk quota

**WAGES:**

Juan Manuel Barreto     0.00/wk     not paid

Edgardo García

| Date | Ref | Amount | Note |
|---|---|---|---|
| 6-Apr | #830 | 200.00 | Worked extra hours |
| 12-Apr | #831 | 200.00 | worked extra hours |
| 18-Apr | #2310 | 200.00 | worked extra hours |
| 26-Apr | #2362 | 200.00 | Worked extra hours |
|  |  | 800.00 |  |

**FEED**

| Date | Amount | Note |
|---|---|---|
| 4-Apr | 824.00 | Paid by Third Party |
| 10-Apr | 700.00 | Paid with personal money deposited by Juan Manuel Barreto |
| 17-Apr | 700.00 | Paid with personal money deposited by Juan Manuel Barreto |
| 23-Apr | 600.00 | Paid by Third Party |
| 29-Apr | 500.00 | Paid by Third Party |
|  | 3324.00 |  |

**FUEL**
#2363     80.00

**Money From JM Dairy, Inc. "itemized"**

| Amount | Note |
|---|---|
| 300.00 | deposited in LM |
| 300.00 | deposited in LM |
| 600.00 | JM paid FeedApril 23 |
| 133.55 | AGH with JM ATH |
| 30.00 | CPA paid by JM |
| 150.00 | State Depart. Paid by JM |
| 446.00 | return of money from JM to LM (this money initially comes from personal deposit madeby JM Barreto |
| 1959.55 |  |

MOR FOR MARCH 2019 DOES NOT MATCH PROJECTIONS AS:

1. PROJECTIONS ESTIMATED USE OF CASH COLLATERAL COMMENCING ON LIQUIDATON PERIOD STARTING ON DECEMBER 13, 2018. YET USE OF CASH COLLATERAL HAS NOT BEEN AUTHORIZED. THEREFORE, ALL INCOME FROM SALE OF RAW MILK WENT TO CONDADO 5 THRUOUGH MILK ASSIGNMENTS.

2 WITHOUT USE OF CASH COLLATERAL DEBTOR HAS NO CASH FLOW AND CANNOT COVER COST OF PRODUCTION. THERFORE, DEBTOR HAS BEEN FORCED TO DRY COWS EARLIER.

3. DEBTOR IS THEREFORE OPERATING WITH PROCEEDS COMING FROM THIRD PARTIES.

4. WITHOUT ADEQUATE CASH FLOW, DEBTOR IS NOT FEEDING DAIRY CATTLE THE AMOUNT OF CONCENTRATED FEED NECESSARY TO OBTAIN MAXIMUM MILK YIELD.

This MOR has been prepared using information from bank accounts and verbal information provided by Debtor.