CASE N° 18-07304 ESL

MOR VAQUERIA LAS MARTAS, INC.
MAY 2019
4,050 LTS BIWEEKLY
milking 24 cows averaging 12.05 lts/day/cow
occupying 6.89% milk quota

dry: 31
Culled: 2

Milk Quota: 58,700 lts biweekly

DEBTOR HAS BEEN FORCED TO DRY COWS AS HE HAS NO USE OF CASH COLLATERAL

| | | | $ | |
|---|---|---|---:|---|
| **INCOME:** | SUIZA | | | |
| **Milk Sales:** | Liq. May 3 (less ant.) (3,799 lts @ 78.09¢/lt) | | 2966.65 | Went all to Condado 5 |
| | Liq. May 17 4,379 lts @ 80.585¢/lt | | 3,528.84 | Went all to Condado 5 |
| | Liq. May 31 3,721 lts @ 78.997 ¢/lt | | 2,939.49 | Went all to Condado 5 |
| ADEA | Production Incentive | | 0.00 | |
| Sale of cow culled for meat market | (2 cows) | | 1175.00 | $500.00 deposited in Bank Acct. |
| Sale of male calves | (4 male calves) | | 80.00 | |
| Sale of hay | | | 385.00 | |
| Money Loaned by third party | to pay feed bills | | 3600.00 | |
| Money in bank and on hand | | | 15.80 | |
| **Total Income:** | | | 14,690.78 | |

**Less Operational Costs:**

| | | | | |
|---|---|---|---:|---|
| Wages: | | | 800.00 | |
| State Department | | | 0.00 | |
| FUTA | | | 0.00 | |
| Feed | | | 4,100.00 | |
| Forage | Debtor makes own bales of hay | | 0.00 | |
| Medicines & Veterinary, | | **AGH** | 88.25 | cash |
| Tick plaguicide | | AGH | 47.70 | cash from check # 102 |
| Farm Maintenance & repairs | | | 0.00 | |
| Milking Equipment | | | 0.00 | cash |
| Farm Machinery | | | 0.00 | cash |
| Materials & Supplies | | AGH | 73.70 | cash |
| Car & Truck | | | 0.00 | |
| Fuel | | | 108.11 | cash fromcheck #102 & from sale of hay |
| Pesticides | | | 0.00 | |
| Seurity deposit | | | 0.00 | |
| Utilities: AEE | milking with generator | | 0.00 | |
| farm lease | Juan Manuel Barreto | | 0.00 | |
| Professional Services: | Lab Milk samples | | 6.00 | cash |
| | attorney | | 0.00 | |
| | CPA | | 0.00 | |
| Miscellaneous: IVU on AGH bills & cat food | | | 4.79 | |
| Freight | forrage | | 0.00 | |
| Bank charges | | | 11.15 | |
| **Total Operational Costs:** | | | 5,239.70 | |

**Capital Expenditures: Heifers**     0.00

**Less Obligations & Others:**

Condado 5    through milk assignments      9434.98  5 weekly Payments. 100% of Milk Proceeds

**Total Operational, Expenditures, Obligations, personal Co**     14,674.68

**Net Income:**     __16.10__

CASE N° 18-07304 ESL

MOR VAQUERIA LAS MARTAS, INC.
MAY 2019
4,050 LTS BIWEEKLY
milking 24 cows averaging 12.05 lts/day/cow
occupying 6.89% milk quota

**WAGES:**
Juan Manuel Barreto    0.00/wk    not paid

Edgardo García
    4-May  #101      200.00
    11-May cash      200.00
    18-May #103      200.00
    25-May cash      200.00
                    800.00

**FEED**      **$**      **All Paid Cash**
3-May    600.00  Paid by Third Party
7-May    500.00  Cash from Las Martas
10-May   600.00  Paid by Third Party
13-May   800.00  Paid by Third Party          $3,600.00 paid by Third Party
16-May   400.00  Paid by Third Party          $500.00 paid cash by Las Martas
20-May   600.00  Paid by Third Party              $4,100.00
24-May   600.00  Paid by Third Party
       4100.00

**Cash Income:**                          **Expenses Paid;**
Sale of cows culled      1175.00     Medicines       88.25 AGH
sale of male calves        80.00     Lab.             6.00 AGH
sale of hay               385.00     Materials       73.70 AGH
Money loaned by 3rd      3600.00     Tick poison     47.70 AGH
Party                                IVU              0.69 AGH
Money on hand & Bank       15.80     Cat food         4.10 AGH
                       5255.80     Feed          4100.00 ADM
                                     Wages          800.00
                                     Fuel           108.11
                                     Bank charges    11.15
                                                     5239.70

MOR FOR MAY 2019 DOES NOT MATCH PROJECTIONS AS:

1. PROJECTIONS ESTIMATED USE OF CASH COLLATERAL COMMENCING ON LIQUIDATON PERIOD STARTING ON DECEMBER 13, 2018. YET USE OF CASH COLLATERAL HAS NOT BEEN AUTHORIZED. THEREFORE, ALL INCOME FROM SALE OF RAW MILK IS PAID TO CONDADO 5 THRUOUGH MILK ASSIGNMENTS.

2 WITHOUT USE OF CASH COLLATERAL DEBTOR HAS NO CASH FLOW AND CANNOT COVER COST OF PRODUCTION. THERFORE, DEBTOR HAS BEEN FORCED TO DRY COWS EARLIER.

3. DEBTOR IS THEREFORE OPERATING WITH PROCEEDS COMING FROM THIRD PARTIES.

4. WITHOUT ADEQUATE CASH FLOW, DEBTOR IS NOT FEEDING DAIRY CATTLE THE AMOUNT OF CONCENTRATED FEED NECESSARY TO OBTAIN MAXIMUM MILK YIELD.

This MOR has been prepared using information from bank accounts and verbal information provided by Debtor.

After Five Days Return To:
PO Box 9146
San Juan PR 00908-0146



**STATEMENT OF ACCOUNT**

| STATEMENT DATE |
|---|
| 05/31/19 |

00003488 MFBPRR0603190738550R 2 100000000

LAS MARTAS INC
HC 5 BOX 91635
ARECIBO PR 00612-9517

**020-BUSINESS PLUS CORP**

3* 6109207280

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 7.25 | 2 | 500.00 | 5 | 481.15 | 10.00 | 16.10 |

```
CHECKING ACCOUNT TRANSACTIONS
DEPOSITS AND OTHER CREDITS
   DATE...........AMOUNT...........DESCRIPTION

   05/06          300.00           DEPOSIT
   05/20          200.00           DEPOSIT

CHECKS
   DATE....CHECK NO......AMOUNT              DATE....CHECK NO......AMOUNT

   05/08      102         80.00              05/20       103        200.00
   05/13      101        200.00

OTHER DEBITS
   DATE...........AMOUNT...........DESCRIPTION

   05/31          10.00            BALANCE RANGE FEE    *
   05/31           1.05            IVU ESTATAL
   05/31           0.10            IVU MUNICIPAL

* * * * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * * * *
   DATE.........BALANCE     DATE.........BALANCE     DATE.........BALANCE
   04/30           7.25     05/08         227.25     05/20          27.25
   05/06         307.25     05/13          27.25     05/31          16.10

   PRONTO CONTARAS CON MAS SEGURIDAD EN TUS TRANSACCIONES CON
   LA NUEVA VISA DEBITO CON CHIP.  SI YA TIENES UNA VISA DEBITO
   PRONTO RECIBIRAS TU NUEVA TARJETA CON CHIP.
```



00003488-16975-0001-0002 MFBPRR0603190738550R-02-L



ACCOUNT 6109207280   Page 2

FirstBank certifies that these images are legitimate and exact copies of your checks or other items processed in this statement.

## CHECK IMAGES



Check: 102   Amount: $80.00   Date: 05/08/2019



Check: 101   Amount: $200.00   Date: 05/13/2019



Check: 103   Amount: $200.00   Date: 05/20/2019



```
                              SUIZA DAIRY CORPORATION
                               Informe de Liquidacion p
                                Wednesday, May 1, 2019

                                 DIVISION SUIZA DAIRY

Ganadero .................             941  LAS MARTAS
Licencia .................            3064
Numero de Liquidacion ....         2019-09
Desde ....................      4/18/2019
Hasta ....................      5/01/2019
Fecha de Pago ............      5/01/2019
Numero de Cheque o Dep Directo.    81805

Numero de Facimil ........

Cuota ....................          58,700

La Produccion para el Periodo ..     3,799

Distribucion del Pago ....                          Litros          A              Valor

Leche Fresca Retenida y UHT         39.9805%         3,799    .780903           2,966.65
Productos Derivados Plantas         60.0195%             0    .000000                .00
Leche Utilizada Polvo Plantas         .0000%             0    .000000                .00
Leche Utilizada Queso Indulac         .0000%             0    .000000                .00
Leche Utilizada en Polvo y Evaporada Indulac .0000%      0    .000000                .00
Leche Sobre Quota Entregada por Ganadero                 0    .000000                .00

Total a Pagar ............                                                      2,966.65

Menos la siguientes Cesiones .....

Adelanto .................                                                      1,317.76
AUTORIDAD DE TIERRAS DE P.R.                                                         .00
AUTORIDAD DE TIERRAS DE P.R.                                                         .00
FONDO FOMENTO IND. (SEGURO)                                                          .00
ENRIQUE MAYSONET                                                                     .00
ADM ALLIANCE NUTRITION DE PR                                                         .00
JOSE R. CARRION MORALES                                                              .00
MARIA E. HERNANDEZ RUIZ                                                              .00
ORIL                                                                                 .00
CONDADO 5, LLC.                                                                 1,648.89

Total de Deducciones .....                                                      2,966.65

Pago Neto ................                                                           .00
```

```
                    SUIZA DAIRY CORPORATION
                      Informe de Anticipo p
                      Wednesday, May 8, 2019

                       DIVISION SUIZA DAIRY

Ganadero ..................:          941    LAS MARTAS
Licencia ..................:         3064
Correo Electronico ........:    EMLACCOUNTING@HOTMAIL.COM
Fecha de Pago .............:    5/08/2019
Numero de Desposito Directo:       81906
Adelanto ..................:    1,483.33

Menos las siguientes Cesiones .

AUTORIDAD DE TIERRAS DE P.R.                       .00
AUTORIDAD DE TIERRAS DE P.R.                       .00
FONDO FOMENTO IND. (SEGURO)                        .00
ENRIQUE MAYSONET                                   .00
ADM ALIANCE NUTRITION DE PR                        .00
JOSE R. CARRION MORALES                            .00
MARIA E. HERNANDEZ RUIZ                            .00
ORIL                                               .00
CONDADO 5, LLC.                               1,483.33

Total a Descontar ......................:     1,483.33

Pago Neto ..............................:          .00
```

```
                         SUIZA DAIRY CORPORATION
                          Informe de Liquidacion p
                          Wednesday, May 15, 2019

                            DIVISION SUIZA DAIRY

Ganadero .............            941  LAS MARTAS
Licencia .............           3064
Numero de Liquidacion          2019-10
Desde ................       5/02/2019
Hasta ................       5/15/2019
Fecha de Pago ........       5/15/2019
Numero de Cheque o Dep Directo. 82007

Numero de Facimil ....

Cuota ................         58,700

La Produccion para el Periodo..  4,379

Distribucion del Pago ........        Litros       A           Valor

Leche Fresca Retenida y UHT     41.4750%    4,379    .805855    3,528.84
Productos Derivados Plantas     58.5250%        0    .000000          .00
Leche Utilizada Polvo Plantas     .0000%        0    .000000          .00
Leche Utilizada Queso Indulac     .0000%        0    .000000          .00
Leche Utilizada en Polvo y Evaporada Indulac .0000%  0  .000000        .00
Leche Sobre Quota Entregada por Ganadero         0    .000000          .00

Total a Pagar ...............                                  3,528.84

Menos la siguientes Cesiones ....

Adelanto ....................                                  1,483.33
AUTORIDAD DE TIERRAS DE P.R.                                         .00
AUTORIDAD DE TIERRAS DE P.R.                                         .00
FONDO FOMENTO IND. (SEGURO)                                          .00
ENRIQUE MAYSONET                                                     .00
ADM ALLIANCE NUTRITION DE PR                                         .00
JOSE R. CARRION MORALES                                              .00
MARIA E. HERNANDEZ RUIZ                                              .00
ORIL                                                                 .00
CONDADO 5, LLC.                                                2,045.51

Total de Deducciones ........                                  3,528.84

Pago Neto ...................                                        .00
```

```
                    SUIZA DAIRY CORPORATION
                      Informe de Anticipo p
                     Wednesday, May 22, 2019

                       DIVISION SUIZA DAIRY

Ganadero  . . . . . . . . . . . . . :         941    LAS MARTAS
Licencia  . . . . . . . . . . . . . :        3064
Correo Electronico  . . . . . . . . :  EMLACCOUNTING@HOTMAIL.COM
Fecha de Pago . . . . . . . . . . . :    5/22/2019
Numero de Desposito Directo . . . . :       82108
Adelanto  . . . . . . . . . . . . . :    1,764.42

Menos las siguientes Cesiones .

AUTORIDAD DE TIERRAS DE P.R.                      .00
AUTORIDAD DE TIERRAS DE P.R.                      .00
FONDO FOMENTO IND. (SEGURO)                       .00
ENRIQUE MAYSONET                                  .00
ADM ALIANCE NUTRITION DE PR                       .00
JOSE R. CARRION MORALES                           .00
MARIA E. HERNANDEZ RUIZ                           .00
ORIL                                              .00
CONDADO 5, LLC.                              1,764.42

Total a Descontar . . . . . . . . . :        1,764.42

Pago Neto . . . . . . . . . . . . . :             .00
```

```
Page                                                SUIZA DAIRY CORPORATION
   1                                                Informe de Liquidacion p
                                                    Wednesday, May 29, 2019

                                                        DIVISION SUIZA DAIRY

            Ganadero .................         941   LAS MARTAS
            Licencia .................        3064
            Numero de Liquidacion ....      2019-11
            Desde ....................   5/16/2019
            Hasta ....................   5/29/2019
            Fecha de Pago ............   5/29/2019
            Numero de Cheque o Dep Directo . 82209

            Numero de Facimil ........

            Cuota ....................      58,700

            La Produccion para el Periodo ..  3,721

            Distribucion del Pago ....                        Litros          A          Valor

            Leche Fresca Retenida y UHT            35.1802%    3,721    .789973      2,939.49
            Productos Derivados Plantas            64.8198%        0    .000000            .00
            Leche Utilizada Polvo Plantas            .0000%        0    .000000            .00
            Leche Utilizada Queso Indulac            .0000%        0    .000000            .00
            Leche Utilizada en Polvo y Evaporada Indulac .0000%  0    .000000            .00

            Leche Sobre Quota Entregada por Ganadero              0    .000000

            Total a Pagar ............                                              2,939.49

            Menos la siguientes Cesiones .....

            Adelanto .................                                              1,764.42
            AUTORIDAD DE TIERRAS DE P.R.                                                  .00
            AUTORIDAD DE TIERRAS DE P.R.                                                  .00
            FONDO FOMENTO IND. (SEGURO)                                                   .00
            ENRIQUE MAYSONET                                                              .00
            ADM ALLIANCE NUTRITION DE PR                                                  .00
            JOSE R. CARRION MORALES                                                       .00
            MARIA E. HERNANDEZ RUIZ                                                       .00
            ORIL                                                                          .00
            CONDADO 5, LLC.                                                         1,175.07

            Total de Deducciones .....                                              2,939.49

            Pago Neto ................                                                    .00
```