CASE N° 18-07304 ESL

**MOR VAQUERIA LAS MARTAS, INC.**
JUNE 2019
4,173 LTS BIWEEKLY
milking 28 cows averaging 10.65 lts/day/cow
occupying 7.11% milk quota

dry: 26
Culled: 1

Milk Quota: 58,700 lts biweekly

DEBTOR HAS BEEN FORCED TO DRY COWS AS HE HAS NO USE OF CASH COLLATERAL

| INCOME: | SUIZA | | $ | |
|---|---|---|---|---|
| Milk Sales: | Liq. June 14 | 4,132 lts @ 77.98¢/lt | 3221.99 | Went all to Condado 5 |
| | Liq. June 28 | 4,214 lts @ 75.24¢/lt | 3,170.43 | Went all to Condado 5 |
| ADEA | Production Incentive | | 0.00 | |
| Sale of cow culled for meat market | 1 cow | | 425.00 | |
| Sale of male calves | (2 male calves) | | 40.00 | |
| Sale of hay | 31 wagons @ $35.00/wagon | | 1750.00 | $699.66 deposited in bank Acct. |
| Money in bank and on hand | | | 16.10 | |
| **Total Income:** | | | 8,623.52 | |

**Less Operational Costs:**

| | | | |
|---|---|---|---|
| Wages: | | 520.00 | |
| State Department | 943 PR | 0.00 | |
| FUTA | | 0.00 | |
| Feed | | 1,600.00 | |
| Forage | Debtor makes own bales of hay | 0.00 | |
| Medicines & Veterinary, | (APLH) | **AGH** | 0.00 |
| Tick plaguicide | AGH | 0.00 | |
| Farm Maintenance & repairs | | 0.00 | |
| Milking Equipment | | 0.00 | |
| Farm Machinery | (goma tractor) | 0.00 | |
| Materials & Supplies | AGH | 0.00 | |
| Car & Truck | (Centro Automotríz | 0.00 | |
| Fuel | | 40.00 | #105 |
| Pesticides | | 0.00 | |
| Seurity deposit | | 0.00 | |
| Utilities: | AEE | 0.00 | |
| farm lease | Juan Manuel Barreto | 0.00 | |
| Professional Services: | Lab Milk samples | 0.00 | |
| | attorney | 0.00 | |
| | CPA | 0.00 | |
| Miscellaneous: IVU on AGH bills | | 0.00 | |
| Freight | forrage | 0.00 | |
| Bank charges | | 53.53 | |
| **Total Operational Costs:** | | 2,213.53 | |

**Capital Expenditures: Heifers**          0.00

**Less Obligations & Others:**

Condado 5   through milk assignments          6392.42   4 weekly Payments.   100% of Milk Proceeds

**Total Operational, Expenditures, Obligations:**          8,605.95

**Net Income:**          17.57

Cash on Hand: $25.34
Money in Bank Acct: ($7.77)

CASE N° 18-07304 ESL

**MOR VAQUERIA LAS MARTAS, INC.**
JUNE 2019
4,173 LTS BIWEEKLY
milking 28 cows averaging 10.65 lts/day/cow
occupying 7.11% milk quota

**WAGES:**

Juan Manuel Barreto          0.00/wk      not paid

Edgardo García

| | | |
|---|---|---|
| 8-Jun | #104 | 130.00 |
| 14-Jun | cash | 130.00 |
| 21-Jun | cash | 130.00 |
| 28-Jun | cash | 130.00 |
| | | 520.00 |

**FEED**          **$**      **All Paid Cash**

| | | |
|---|---|---|
| 10-Jun | 800.00 | paid cash from check #2365 & cash from sale of wagons of chopped grass |
| 24-Jun | 800.00 | Cash from sale of wagons of chopped grass |
| | 1600.00 | |

**Income:**

| | | **Expenses & Obligations Paid;** | |
|---|---|---|---|
| Milk Sales | 6,392.42 | Condado 5 | 6,392.42 |
| Sale of cow culled | 425.00 | Feed | 1600.00 ADM |
| sale of male calves | 40.00 | Wages | 520.00 |
| sale of wagons of grass | 1750.00 | Fuel | 40.00 |
| Money on hand & Bank | 16.10 | Bank charges | 53.53 |
| | 8623.52 | | 8605.95 |

MOR FOR MAY 2019 DOES NOT MATCH PROJECTIONS AS:

1. PROJECTIONS ESTIMATED USE OF CASH COLLATERAL COMMENCING ON LIQUIDATON PERIOD STARTING ON DECEMBER 13, 2018.  YET USE OF  CASH COLLATERAL HAS NOT BEEN AUTHORIZED. THEREFORE, ALL INCOME FROM SALE OF RAW MILK IS PAID TO CONDADO 5 THRUOUGH MILK ASSIGNMENTS.

2 WITHOUT USE OF CASH COLLATERAL DEBTOR HAS NO CASH FLOW AND CANNOT COVER COST OF PRODUCTION. THERFORE, DEBTOR HAS BEEN FORCED TO DRY COWS EARLIER.

3. DEBTOR HAS BEEN OPERATING WITH PROCEEDS COMING FROM THIRD PARTIES.

4. WITHOUT ADEQUATE CASH FLOW, DEBTOR IS NOT FEEDING DAIRY CATTLE THE AMOUNT OF CONCENTRATED FEED NECESSARY TO OBTAIN MAXIMUM MILK YIELD.

This MOR has been prepared using information from bank accounts and verbal information provided by Debtor.



**After Five Days Return To:**
PO Box 9146
San Juan PR 00908-0146

## STATEMENT OF ACCOUNT

| STATEMENT DATE |
| --- |
| 06/30/19 |

**020-BUSINESS PLUS CORP**

14* 6109206213

00003356 MFBPRR0701190720390R 3 100000000



JM DAIRY INC
CHAPTER 11 DEBTOR IN POSSESSION
CASE 19-02168-11
HC 05 BOX 91635
ARECIBO PR 00612

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 2,763.37 | 5 | 5250.44 | 39 | 7460.00 | 10.00 | 543.81 |

```
CHECKING ACCOUNT TRANSACTIONS
DEPOSITS AND OTHER CREDITS
DATE..........AMOUNT..........DESCRIPTION
```

| DATE | AMOUNT | DESCRIPTION | |
| --- | --- | --- | --- |
| 06/06 | 590.91 | ACH CR -060619-021502049219905 SUIZA DAIRY II | FARMERS |
| 06/14 | 1,831.64 | ACH CR -061419-021502043578389 SUIZA DAIRY II | FARMERS |
| 06/14 | 1,156.69 | ACH CR -061419-221571417540786 INDULAC 879 | PAYMENT |
| 06/20 | 1,118.30 | ACH CR -062019-021502040038874 SUIZA DAIRY II | FARMERS |
| 06/28 | 552.90 | ACH CR -062819-221571415091956 INDULAC 879 | PAYMENT |

```
CHECKS
DATE....CHECK NO......AMOUNT          DATE....CHECK NO......AMOUNT
```

| DATE | CHECK NO | AMOUNT | DATE | CHECK NO | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 06/03 | 3940 | 2,000.00 | 06/17 | 4655 | 2,060.00 |
| 06/03 | 3941 | 400.00 | 06/17 | 4813 | 480.00 |
| 06/03 | 3939 | 308.00 | 06/17 | 4653 | 308.00 |
| 06/03 | 3938 | 53.00 | 06/17 | 4654 | 53.00 |
| 06/07 | 3942 | 308.00 | 06/21 | 5069 | 740.00 |
| 06/07 | 3944 | 200.00 | 06/21 | 4814 | 308.00 |
| 06/07 | 3943 | 53.00 | 06/21 | 4816 | 53.00 |

```
OTHER DEBITS
DATE..........AMOUNT..........DESCRIPTION
```

| DATE | AMOUNT | DESCRIPTION |
| --- | --- | --- |
| 06/04 | 15.00 | INSUFF FUNDS CHARGE* |
| 06/04 | 1.58 | IVU ESTATAL |
| 06/04 | 0.15 | IVU MUNICIPAL |
| 06/05 | 4.00 | DAILY OD CHARGE* |
| 06/05 | 0.42 | IVU ESTATAL |
| 06/05 | 0.04 | IVU MUNICIPAL |
| 06/06 | 4.00 | DAILY OD CHARGE* |
| 06/06 | 0.42 | IVU ESTATAL |
| 06/06 | 0.04 | IVU MUNICIPAL |
| 06/12 | 15.00 | INSUFF FUNDS CHARGE* |
| 06/12 | 1.58 | IVU ESTATAL |



```
CHECKING ACCOUNT TRANSACTIONS
OTHER DEBITS
 DATE...........AMOUNT...........DESCRIPTION

 06/12          0.15             IVU MUNICIPAL
 06/13          4.00             DAILY OD CHARGE*
 06/13          0.42             IVU ESTATAL
 06/13          0.04             IVU MUNICIPAL
 06/14          4.00             DAILY OD CHARGE*
 06/14          1.25             DEBIT CARD FEE
 06/14          0.42             IVU ESTATAL
 06/14          0.04             IVU MUNICIPAL
 06/17         60.00             061419*000806-ATM WITHDRAWAL
                                 FBPR ARECIBO WI  ARECIBO      PR
 06/20          5.00             POS-062019*002708-
                                 SHELL BETTER HATILLO      PR
 06/21         17.26             POS-062119*002983-
                                 SHELL BETTER HATILLO      PR
 06/28          0.04             OD FINANCE CHARGE
 06/28         10.00             BALANCE RANGE FEE   *
 06/28          1.05             IVU ESTATAL
 06/28          0.10             IVU MUNICIPAL
```

```
* * * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * * * *
 DATE.........BALANCE   DATE.........BALANCE   DATE.........BALANCE
 05/31     2,763.37     06/07         6.63     06/20     1,120.36
 06/03         2.37     06/12        10.10OD   06/21         2.10
 06/04        14.36OD   06/13        14.56OD   06/28       543.81
 06/05        18.82OD   06/14     2,968.06
 06/06       567.63     06/17         7.06
```

```
PRONTO CONTARAS CON MAS SEGURIDAD EN TUS TRANSACCIONES CON
LA NUEVA VISA DEBITO CON CHIP.  SI YA TIENES UNA VISA DEBITO
PRONTO RECIBIRAS TU NUEVA TARJETA CON CHIP.
```



Case:18-07304-ESL12   Doc#:85   Filed:07/21/19   Entered:07/21/19 13:07:51   Desc: Main
Document   Page 5 of 9

SUIZA DAIRY CORPORATION                                    Page    1
Informe de Anticipo p
Wednesday, June 5, 2019


DIVISION SUIZA DAIRY


Ganadero ......................          941   LAS MARTAS
Licencia ......................         3064
Correo Electronico ......     EMLACCOUNTING@HOTMAIL.COM
Fecha de Pago ................     6/05/2019
Numero de Desposito Directo ...     82311
Adelanto ......................       1,469.75

Menos las siguientes Cesiones .

AUTORIDAD DE TIERRAS DE P.R.              .00
AUTORIDAD DE TIERRAS DE P.R.              .00
FONDO FOMENTO IND. (SEGURO)               .00
ENRIQUE MAYSONET                          .00
ADM ALLIANCE NUTRITION DE PR              .00
JOSE R. CARRION MORALES                   .00
MARIA E. HERNANDEZ RUIZ                   .00
ORIL                                      .00
CONDADO 5, LLC.                      1,469.75


Total a Descontar ............       1,469.75

Pago Neto ...................            .00

Case:18-07304-ESL12   Doc#:85   Filed:07/21/19   Entered:07/21/19 13:07:51   Desc: Main
Document   Page 6 of 9

SUIZA DAIRY CORPORATION
Informe de Anticipo p
Wednesday, June 19, 2019

### DIVISION SUIZA DAIRY

```
Ganadero ......................        941   LAS MARTAS
Licencia ......................      3064
Correo Electronico ......     EMLACCOUNTING@HOTMAIL.COM
Fecha de Pago ................     6/19/2019
Numero de Desposito Directo ...    82517
Adelanto ......................    1,611.00
```

Menos las siguientes Cesiones .

```
AUTORIDAD DE TIERRAS DE P.R.               .00
AUTORIDAD DE TIERRAS DE P.R.               .00
FONDO FOMENTO IND. (SEGURO)                .00
ENRIQUE MAYSONET                           .00
ADM ALLIANCE NUTRITION DE PR               .00
JOSE R. CARRION MORALES                    .00
MARIA E. HERNANDEZ RUIZ                     .00
ORIL                                       .00
CONDADO 5, LLC.                       1,611.00
```

```
Total a Descontar ............     1,611.00

Pago Neto ....................            .00
```

```
                         SUIZA DAIRY CORPORATION
                         Informe de Liquidacion p
                         Wednesday, June 12, 2019


                         DIVISION SUIZA DAIRY


Ganadero .......................         941   LAS MARTAS
Licencia .......................        3064
Numero de Liquidacion ..........     2019-12
Desde ..........................     5/30/2019
Hasta ..........................     6/12/2019
Fecha de Pago ..................     6/12/2019
Numero de Cheque o Dep Directo .       82414

Numero de Facimil ..............

Cuota ..........................      58,700

La Produccion para el Periodo ..       4,132

Distribucion del Pago ..........                    Litros        A          Valor

Leche Fresca Retenida y UHT              40.1370%    4,132    .779765      3,221.99

Productos Derivados Plantas              59.8630%        0    .000000          .00

Leche Utilizada Polvo Plantas             .0000%        0    .000000          .00

Leche Utilizada Queso Indulac             .0000%        0    .000000          .00

Leche Utilizada en Polvo y Evaporada Indulac  .0000%    0    .000000          .00

Leche Sobre Quota Entregada por Ganadero                0   .000000          .00

Total a Pagar ..................                                         3,221.99

Menos la siguientes Cesiones ....

Adelanto .......................                                         1,469.75
AUTORIDAD DE TIERRAS DE P.R.                                                 .00
AUTORIDAD DE TIERRAS DE P.R.                                                 .00
FONDO FOMENTO IND. (SEGURO)                                                 .00
ENRIQUE MAYSONET                                                            .00
ADM ALLIANCE NUTRITION DE PR                                                .00
JOSE R. CARRION MORALES                                                     .00
MARIA E. HERNANDEZ RUIZ                                                     .00
ORIL                                                                        .00
CONDADO 5, LLC.                                                         1,752.24

Total de Deducciones ...........                                        3,221.99

Pago Neto ......................                                            .00
```

```
                        SUIZA DAIRY CORPORATION
                         Informe de Liquidacion p
                        Wednesday, June 26, 2019


                            DIVISION SUIZA DAIRY


Ganadero ......................        941  LAS MARTAS
Licencia ......................       3064
Numero de Liquidacion ..........   2019-13
Desde .........................    6/13/2019
Hasta .........................    6/26/2019
Fecha de Pago .................    6/26/2019
Numero de Cheque o Dep Directo .     82619

Numero de Facimil .............

Cuota .........................       58,700

La Produccion para el Periodo ..       4,214

Distribucion del Pago .........                    Litros         A            Valor

Leche Fresca Retenida y UHT            45.4315%     4,214      .752356       3,170.43

Productos Derivados Plantas            54.5685%         0      .000000            .00

Leche Utilizada Polvo Plantas           .0000%         0      .000000            .00

Leche Utilizada Queso Indulac           .0000%         0      .000000            .00

Leche Utilizada en Polvo y Evaporada Indulac  .0000%   0      .000000            .00

Leche Sobre Quota Entregada por Ganadero               0     .000000            .00

Total a Pagar ...................                                           3,170.43

Menos la siguientes Cesiones ....

Adelanto ......................                                             1,611.00
AUTORIDAD DE TIERRAS DE P.R.                                                     .00
AUTORIDAD DE TIERRAS DE P.R.                                                     .00
FONDO FOMENTO IND. (SEGURO)                                                      .00
ENRIQUE MAYSONET                                                                 .00
ADM ALLIANCE NUTRITION DE PR                                                     .00
JOSE R. CARRION MORALES                                                          .00
MARIA E. HERNANDEZ RUIZ                                                          .00
ORIL                                                                             .00
CONDADO 5, LLC.                                                             1,559.43

Total de Deducciones ...........                                           3,170.43

Pago Neto ......................                                                 .00
```