**MOR VAQUERIA LAS MARTAS, INC.**
MAY 2020
4,319 LTS BIWEEKLY
milking 26 cows averaging 11.87 lts/day/cow
occupying 736% milk quota
9

dry: 23
Culled: 0                     Milk Quota: 58,700 lts biweekly        DEBTOR HAS BEEN FORCED TO DRY
                                                                     COWS AS HE HAS NO USE OF
                                                                     CASH COLLATERAL

**INCOME:**   SUIZA                                          $
**Milk Sales:** Liq. April 29   (less ant.)   Paid by Suiza on May 1      1715.92
               Liq. May 13    4,867 lts @  82.2¢/lt          4,000.67 All milk proceeds go to
               Liq. May 27    3,771 lts @  82.2¢/lt          3099.76 Condado 5

Sale of Culled Cow & Male Calf                              60.00
Sale of hay                          Cash                   3600.00
USDA-FSA   Dairy Margin Coverage                            0.00
Money in bank and on hand                                   15.46
                **Total Income:**                          12,491.81

**Less Operational Costs:**
Wages:                                              1,000.00
State Department           943 PR                   0.00
FUTA                                                0.00
Feed                                                2,200.00
Forage      Debtor makes own bales of hay          0.00
Medicines & Veterinary,     (APLH)     **AGH**     54.36
Tick Pesticide/Dewormer          AGH               93.75
Farm Maintenance & repairs                         3.00
Milking Equipment                                  152.85
Farm Machinery            Lubricant, oils,         2.75
Materials & Supplies                               61.85
Car & Truck               (Centro Automotríz       0.00
Fuel                                               9.28
Fertilizer                                         0.00
Seurity deposit                                    0.00
Utilities:                AEE                       0.00
farm lease                Juan Manuel Barreto      0.00
Professional Services:    attorney                 0.00
                          CPA         Joshuan Feliciano   0.00
Lab. Milk Samples                                  0.00
Miscellaneous: IVU on AGH bills                    0.00
Freight                   forrage                  0.00
Bank charges                                       66.45
          **Total Operational Costs:**            3,644.29

**Capital Expenditures: Heifers**                 0.00

**Less Obligations & Others:**
Condado 5   through milk assignments              8816.35  100% of Milk Proceeds
US Trustee   Money retained from USDA-FSA Payment  0.00
                                                   8816.35

**Total Operational, Expenditures, Obligations:**        12,460.64

**Net Income:**                                          31.17

            **Cash on Hand: $58.03**
            **Money in Bank Acct: ($26.86)**

# MOR VAQUERIA LAS MARTAS, INC.
## MAY 2020
### 4,319 LTS BIWEEKLY
milking 26 cows averaging 11.87 lts/day/cow
occupying 736% milk quota

**WAGES:**

Juan Manuel Barreto                     0.00

Edgardo García

| | | |
|---|---|---|
| 1-May | Cash | 200.00 |
| 8-May | Cash | 200.00 |
| 15-May | #173 | 200.00 |
| 22-May | #175 | 200.00 |
| 29-May | Cash | 200.00 |
| | | 1000.00 |

**FEED**

| | | $ | |
|---|---|---|---|
| 1-May | Cash | 600.00 | Cash From Sale of Hay |
| 8-May | Cash | 600.00 | Cash From Sale of Hay |
| 15-May | ATH | 400.00 | |
| 18-May | Cash | 600.00 | Cash From Sale of Hay |
| | | 2200.00 | |

| **Income:** | | **Expenses & Obligations Paid;** | |
|---|---|---|---|
| Milk Sales | 8,816.35 | Condado 5 | 8,816.35 |
| ADEA Incentive | 0.00 | US Trutee | 0.00 |
| sale of Cattle | 60.00 | Feed | 2200.00 |
| Sale of bales of Hay | 3600.00 | Wages | 1000.00 |
| USDA-FSA | 0.00 | Medicines | 54.36 |
| Money on hand & Bank | 15.46 | Fuel | 9.28 |
| | 12491.81 | Milking Equip. | 152.85 |
| | | Farm Maint. | 3.00 |
| | | CPA | 0.00 |
| | | IVU on Bills | 0.00 |
| | | Bank charges | 66.45 |
| | | Dewormer | 93.75 |
| | | Mat. | 61.85 |
| | | Farm Machin. | 2.75 |
| | | | 12460.64 |

1. PROJECTIONS ESTIMATED USE OF CASH COLLATERAL COMMENCING ON LIQUIDATON PERIOD STARTING ON DECEMBER 13, 2018. YET USE OF CASH COLLATERAL HAS NOT BEEN AUTHORIZED. THEREFORE, ALL INCOME FROM SALE OF RAW MILK IS PAID TO CONDADO 5 THROUGH MILK ASSIGNMENTS.

2 WITHOUT USE OF CASH COLLATERAL DEBTOR HAS NO CASH FLOW AND CANNOT COVER COST OF PRODUCTION. THERFORE, DEBTOR HAS BEEN FORCED TO DRY COWS EARLIER.

3. DEBTOR HAS BEEN OPERATING WITH PROCEEDS COMING FROM SALE OF HAY.

4. WITHOUT ADEQUATE CASH FLOW, DEBTOR IS NOT FEEDING DAIRY CATTLE THE AMOUNT OF CONCENTRATED FEED NECESSARY TO OBTAIN MAXIMUM MILK YIELD.

5. WITHOUT CASH FLOW, DEBTOR IS NOT MEDICATING DAIRY CATTLE NOR MAINTAINING FARM ADEQUATELY.

This MOR has been prepared using information from bank accounts and verbal information provided by Debtor.

---



**After Five Days Return To:**
**PO Box 9146**
**San Juan PR 00908-0146**

**1 First Bank**

**STATEMENT OF ACCOUNT**

| STATEMENT DATE |
| --- |
| 05/31/20 |

**020-BUSINESS PLUS CORP**

2* 6109207280



00003415 MFBPRR0601200935340R 3 100000000

LAS MARTAS INC
HC 5 BOX 91635
ARECIBO PR 00612-9517

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 32.65-OD | 5 | 900.00 | 68 | 884.21 | 10.00 | 26.86-OD |

```
CHECKING ACCOUNT TRANSACTIONS
DEPOSITS AND OTHER CREDITS
  DATE...........AMOUNT..........DESCRIPTION

  05/04          40.00          050220*008581-ATM CASH DEPOSIT
                                FBPR ARECIBO WI  ARECIBO      PR
  05/11          20.00          050920*005594-ATM CASH DEPOSIT
                                FBPR ARECIBO DI  ARECIBO      PR
  05/15         440.00          051520*006680-ATM CASH DEPOSIT
                                FBPR ARECIBO DI  ARECIBO      PR
  05/18         200.00          DEPOSIT
  05/26         200.00          DEPOSIT

CHECKS
  DATE....CHECK NO......AMOUNT              DATE....CHECK NO......AMOUNT

  05/18     173        200.00              05/26       175        200.00

OTHER DEBITS
  DATE...........AMOUNT..........DESCRIPTION

  05/01           4.00          DAILY OD CHARGE*
  05/01           0.42          IVU ESTATAL
  05/01           0.04          IVU MUNICIPAL
  05/04           4.00          DAILY OD CHARGE*
  05/04           0.42          IVU ESTATAL
  05/04           0.04          IVU MUNICIPAL
  05/05           4.00          DAILY OD CHARGE*
  05/05           0.50          050520*002355-ATM BAL INQUIRY FEE*
                                INTERAMERICANA A ARECIBO      PR
  05/05           0.47          IVU ESTATAL
  05/05           0.05          IVU MUNICIPAL
  05/06           4.00          DAILY OD CHARGE*
  05/06           0.42          IVU ESTATAL
  05/06           0.04          IVU MUNICIPAL
  05/07           4.00          DAILY OD CHARGE*
  05/07           0.42          IVU ESTATAL
  05/07           0.04          IVU MUNICIPAL
  05/08           4.00          DAILY OD CHARGE*
  05/08           0.42          IVU ESTATAL
```





CHECKING ACCOUNT TRANSACTIONS
OTHER DEBITS
DATE..........AMOUNT..........DESCRIPTION

| DATE | AMOUNT | DESCRIPTION |
|------|--------|-------------|
| 05/08 | 0.04 | IVU MUNICIPAL |
| 05/11 | 4.00 | DAILY OD CHARGE* |
| 05/11 | 0.50 | 051120*007228-ATM BAL INQUIRY FEE* CARR 493 KM 37 B HATILLO      WI |
| 05/11 | 0.47 | IVU ESTATAL |
| 05/11 | 0.05 | IVU MUNICIPAL |
| 05/12 | 4.00 | DAILY OD CHARGE* |
| 05/12 | 0.50 | 051220*007251-ATM BAL INQUIRY FEE* CARR 493 KM 37 B HATILLO      WI |
| 05/12 | 0.47 | IVU ESTATAL |
| 05/12 | 0.05 | IVU MUNICIPAL |
| 05/13 | 4.00 | DAILY OD CHARGE* |
| 05/13 | 0.42 | IVU ESTATAL |
| 05/13 | 0.04 | IVU MUNICIPAL |
| 05/14 | 4.00 | DAILY OD CHARGE* |
| 05/14 | 0.42 | IVU ESTATAL |
| 05/14 | 0.04 | IVU MUNICIPAL |
| 05/15 | 400.00 | POS-051520*000158- ADM ALLIANCE HATILLO      PR |
| 05/15 | 9.28 | POS-051520*003190- SHELL BETTER HATILLO      PR |
| 05/15 | 5.56 | POS-051520*372303- OMO CENTROAG HATILLO      PR |
| 05/15 | 4.00 | DAILY OD CHARGE* |
| 05/15 | 0.42 | IVU ESTATAL |
| 05/15 | 0.04 | IVU MUNICIPAL |
| 05/18 | 0.50 | 051820*007424-ATM BAL INQUIRY FEE* CARR 493 KM 37 B HATILLO      WI |
| 05/18 | 0.05 | IVU ESTATAL |
| 05/18 | 0.01 | IVU MUNICIPAL |
| 05/20 | 0.50 | 052020*007499-ATM BAL INQUIRY FEE* CARR 493 KM 37 B HATILLO      WI |
| 05/20 | 0.05 | IVU ESTATAL |
| 05/20 | 0.01 | IVU MUNICIPAL |
| 05/21 | 0.50 | 052120*007550-ATM BAL INQUIRY FEE* CARR 493 KM 37 B HATILLO      WI |
| 05/21 | 0.05 | IVU ESTATAL |
| 05/21 | 0.01 | IVU MUNICIPAL |
| 05/26 | 0.50 | 052320*007626-ATM BAL INQUIRY FEE* CARR 493 KM 37 B HATILLO      WI |
| 05/26 | 0.50 | 052520*007701-ATM BAL INQUIRY FEE* CARR 493 KM 37 B HATILLO      WI |





CHECKING ACCOUNT TRANSACTIONS
OTHER DEBITS
 DATE..........AMOUNT..........DESCRIPTION

| DATE | AMOUNT | DESCRIPTION |
|------|--------|-------------|
| 05/26 | 0.50 | 052620*007739-ATM BAL INQUIRY FEE* |
| | | CARR 493 KM 37 B HATILLO      WI |
| 05/26 | 0.16 | IVU ESTATAL |
| 05/26 | 0.02 | IVU MUNICIPAL |
| 05/27 | 4.00 | DAILY OD CHARGE* |
| 05/27 | 0.50 | 052720*000005-ATM BAL INQUIRY FEE* |
| | | CARR  653 KM  2  ARECIBO      PR |
| 05/27 | 0.47 | IVU ESTATAL |
| 05/27 | 0.05 | IVU MUNICIPAL |
| 05/28 | 4.00 | DAILY OD CHARGE* |
| 05/28 | 0.42 | IVU ESTATAL |
| 05/28 | 0.04 | IVU MUNICIPAL |
| 05/29 | 4.00 | DAILY OD CHARGE* |
| 05/29 | 0.42 | IVU ESTATAL |
| 05/29 | 0.04 | IVU MUNICIPAL |
| 05/29 | 0.18 | OD FINANCE CHARGE |
| 05/29 | 10.00 | BALANCE RANGE FEE  * |
| 05/29 | 1.05 | IVU ESTATAL |
| 05/29 | 0.10 | IVU MUNICIPAL |

* * * * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * * *

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 04/30 | 32.65OD | 05/11 | 4.99OD | 05/21 | .09 |
| 05/01 | 37.11OD | 05/12 | 10.01OD | 05/26 | 1.59OD |
| 05/04 | 1.57OD | 05/13 | 14.47OD | 05/27 | 6.61OD |
| 05/05 | 6.59OD | 05/14 | 18.93OD | 05/28 | 11.07OD |
| 05/06 | 11.05OD | 05/15 | 1.77 | 05/29 | 26.86OD |
| 05/07 | 15.51OD | 05/18 | 1.21 | | |
| 05/08 | 19.97OD | 05/20 | .65 | | |

¡¿½BUENAS NOTICIAS! YA PUEDES REALIZAR TRANSFERENCIAS
AUTOMATICAS DESDE TU CUENTA DE FIRSTBANK A TU
CHRISTMAS CLUB A TRAVES DE TU BANCA DIGITAL.