DIVISION SUIZA DAIRY

```
Ganadero .......................        941  LAS MARTAS
Licencia .......................       3064
Numero de Liquidacion ..........    2020-11
Desde ..........................    5/14/2020
Hasta ..........................    5/27/2020
Fecha de Pago ..................    5/27/2020
Numero de Cheque o Dep Directo .    9000369

Numero de Facimil ..............

Cuota ..........................     58,700

La Produccion para el Periodo ..      3,771
```

| Distribucion del Pago ......... | | Litros | A | Valor |
|---|---|---|---|---|
| Leche Fresca Retenida y UHT | 37.6899% | 3,771 | .822000 | 3,099.76 |
| Productos Derivados Plantas | 62.3101% | 0 | .000000 | .00 |
| Leche Utilizada Polvo Plantas | .0000% | 0 | .000000 | .00 |
| Leche Utilizada Queso Indulac | .0000% | 0 | .000000 | .00 |
| Leche Utilizada en Polvo y Evaporada Indulac | .0000% | 0 | .000000 | .00 |
| Leche Sobre Quota Entregada por Ganadero | | 0 | .000000 | .00 |
| Total a Pagar ................... | | | | 3,099.76 |

Menos la siguientes Cesiones ....

```
Adelanto .......................                              2,000.34
SUIZA DAIRY CORPORATION                                            .00
AUTORIDAD DE TIERRAS DE P.R.                                       .00
AUTORIDAD DE TIERRAS DE P.R.                                       .00
FONDO FOMENTO IND. (SEGURO)                                        .00
ENRIQUE MAYSONET                                                   .00
ADM ALLIANCE NUTRITION DE PR                                       .00
JOSE R. CARRION MORALES                                            .00
MARIA E. HERNANDEZ RUIZ                                            .00
ORIL                                                               .00
CONDADO 5, LLC.                                               1,099.42

Total de Deducciones ...........                             3,099.76

Pago Neto ......................                                   .00
```

DIVISION SUIZA DAIRY

```
Ganadero ......................        941   LAS MARTAS
Licencia ......................       3064
Numero de Liquidacion ..........   2020-10
Desde .........................    4/30/2020
Hasta .........................    5/13/2020
Fecha de Pago .................    5/13/2020
Numero de Cheque o Dep Directo .   9000339

Numero de Facimil .............

Cuota .........................      58,700

La Produccion para el Periodo ..      4,867
```

| Distribucion del Pago ......... | | Litros | A | Valor |
|---|---|---|---|---|
| Leche Fresca Retenida y UHT | 40.3053% | 4,867 | .822000 | 4,000.67 |
| Productos Derivados Plantas | 59.6947% | 0 | .000000 | .00 |
| Leche Utilizada Polvo Plantas | .0000% | 0 | .000000 | .00 |
| Leche Utilizada Queso Indulac | .0000% | 0 | .000000 | .00 |
| Leche Utilizada en Polvo y Evaporada Indulac | .0000% | 0 | .000000 | .00 |
| Leche Sobre Quota Entregada por Ganadero | | 0 | .000000 | .00 |
| Total a Pagar ................... | | | | 4,000.67 |

Menos la siguientes Cesiones ....

```
Adelanto ......................                              1,841.28
SUIZA DAIRY CORPORATION                                          .00
AUTORIDAD DE TIERRAS DE P.R.                                     .00
AUTORIDAD DE TIERRAS DE P.R.                                     .00
FONDO FOMENTO IND. (SEGURO)                                     .00
ENRIQUE MAYSONET                                                .00
ADM ALLIANCE NUTRITION DE PR                                    .00
JOSE R. CARRION MORALES                                         .00
MARIA E. HERNANDEZ RUIZ                                         .00
ORIL                                                            .00
CONDADO 5, LLC.                                            2,159.39

Total de Deducciones ...........                           4,000.67

Pago Neto ......................                                .00
```

Informe de Anticipo p
Wednesday, May 6, 2020

DIVISION SUIZA DAIRY

Ganadero ....................     941  LAS MARTAS
Licencia ....................     3064
Correo Electronico ......   JFELICIANO.CONTADOR@GMAIL.COM
Fecha de Pago ...............  5/06/2020
Numero de Desposito Directo ... 9000324
Adelanto ....................   1,841.28

Menos las siguientes Cesiones .

SUIZA DAIRY CORPORATION                    .00
AUTORIDAD DE TIERRAS DE P.R.               .00
AUTORIDAD DE TIERRAS DE P.R.               .00
FONDO FOMENTO IND. (SEGURO)                .00
ENRIQUE MAYSONET                           .00
ADM ALLIANCE NUTRITION DE PR               .00
JOSE R. CARRION MORALES                    .00
MARIA E. HERNANDEZ RUIZ                     .00
ORIL                                       .00
CONDADO 5, LLC.                      1,841.28

Total a Descontar ...........     1,841.28

Pago Neto ...................          .00

                       DIVISION SUIZA DAIRY

Ganadero ....................        941   LAS MARTAS
Licencia ....................        3064
Correo Electronico ......    JFELICIANO.CONTADOR@GMAIL.COM
Fecha de Pago ...............    5/20/2020
Numero de Desposito Directo ... 9000354
Adelanto ....................        2,000.34

Menos las siguientes Cesiones .

SUIZA DAIRY CORPORATION                      .00
AUTORIDAD DE TIERRAS DE P.R.                 .00
AUTORIDAD DE TIERRAS DE P.R.                 .00
FONDO FOMENTO IND. (SEGURO)                  .00
ENRIQUE MAYSONET                             .00
ADM ALLIANCE NUTRITION DE PR                 .00
JOSE R. CARRION MORALES                      .00
MARIA E. HERNANDEZ RUIZ                      .00
ORIL                                         .00
CONDADO 5, LLC.                     2,000.34


Total a Descontar ...........    2,000.34

Pago Neto ...................         .00