CASE N° 18-07304 ESL

MOR VAQUERIA LAS MARTAS, INC.
SEPTEMBER 2020
3,317 LTS BIWEEKLY
milking 23 cows averaging 10.30 lts/day/cow
occupying 5.65% milk quota

dry: 26
Culled: 0                    Milk Quota: 58,700 lts biweekly         DEBTOR HAS BEEN FORCED TO DRY COWS AS HE HAS NO USE OF CASH COLLATERAL

| | | | | $ |
|---|---|---|---|---|
| **INCOME:** | SUIZA | | | |
| **Milk Sales:** | Liq. Sept. 2 | (Less Ant.) | | 1192.72 |
| | Liq. Sept. 16 | 3,507 lts @ 82.2¢/lt | | 2,882.75  All milk proceeds go to |
| | Ant. Sept. 23 | | | 1441.38  CONDADO 5 |
| Sale of Culled Cow & Male Calf | | | | 450.00 |
| Sale of hay | | Cash | | 3465.00 |
| SBA PPP | | | | 0.00 |
| USDA FSA   Money reimbursed by US Trustee | | | | 878.44 |
| Money in bank and on hand | | | | 172.11 |
| | **Total Income:** | | | 10,482.40 |

**Less Operational Costs:**

| | | | |
|---|---|---|---|
| Wages: | | | 800.00 |
| State Department | 943 PR | | 0.00 |
| FUTA | | | 0.00 |
| Feed | | | 3,000.00 |
| Forage | Debtor makes own bales of hay | | 0.00 |
| Medicines & Veterinary, | (APLH) | **AGH** | 266.81 |
| Tick Pesticide/Dewormer | | AGH | 0.00 |
| Farm Maintenance & repairs | | | 99.98 |
| Milking Equipment | | | 36.40 |
| Farm Machinery | Repair Water Pump | | 0.00 |
| Materials & Supplies | | | 0.00 |
| Car & Truck | (Centro Automotríz | | 0.00 |
| Fuel | | | 50.76 |
| Fertilizer | | | 0.00 |
| Seurity deposit | | | 0.00 |
| Utilities: | AEE | | 0.00 |
| farm lease | Juan Manuel Barreto | | 0.00 |
| Professional Services: | CPA | Joshuan Feliciano | 0.00 |
| Lab. Milk Samples | | | 0.00 |
| Miscellaneous: IVU on AGH bills | | | 0.00 |
| Freight | | | 0.00 |
| Bank charges | | | 56.48 |
| | **Total Operational Costs:** | | 4,310.43 |

**Capital Expenditures: Purchase of Heifer**                 500.00

**Less Obligations & Others:**
Condado 5   through milk assignments                5516.85   100% of Milk Proceeds

**Total Operational, Expenditures, Obligations:**           10,327.28

**Net Income:**                                                155.12

**Cash on Hand: $165.71**
**Money in Bank Acct: ($10.59)**

CASE N° 18-07304 ESL

MOR VAQUERIA LAS MARTAS, INC.
SEPTEMBER 2020
3,317 LTS BIWEEKLY
milking 23 cows averaging 10.30 lts/day/cow
occupying 5.65% milk quota

| **WAGES:** | | | | **CAPEX: PURCHASE OF HEIFERS** | |
|---|---|---|---|---|---|
| Juan Manuel Barreto | | 0.00 | | Osvaldo #208 | |
| | | | | 1 Heifer | 500.00 |
| Edgardo García | | | | | |
| Sept. 8 | #205 | 200.00 | | | |
| Sept. 11 | #206 | 200.00 | | | |
| Sept. 21 | #209 | 200.00 | | | |
| Sept. 28 | #211 | 200.00 | | | |
| | | 800.00 | | | |

| **FEED** | | **$** |
|---|---|---|
| Sept. 1 | Cash | 600.00 |
| Sepst. 9 | Cash | 600.00 |
| Sept. 15 | ATH | 600.00 |
| Sept. 22 | ATH | 600.00 |
| Sept. 29 | Cash | 600.00 |
| | | 3000.00 |

| **Income:** | | **Expenses & Obligations Paid;** | |
|---|---|---|---|
| Milk Sales | 5,516.85 | Condado 5 | 5,516.85 |
| ADEA Incentive | 0.00 | US Trutee | 0.00 |
| sale of Cattle | 450.00 | Feed | 3000.00 |
| Sale of bales of Hay | 3465.00 | Wages | 800.00 |
| USDA-FSA/Trustee | 878.44 | Medicines | 266.81 |
| Money on hand & Bank | 172.11 | Fuel | 50.76 |
| | **10482.40** | Milking Equip. | 36.40 |
| | | Farm Maint. | 99.98 |
| | | CPA | 0.00 |
| | | IVU on Bills | 0.00 |
| | | Bank charges | 56.48 |
| | | Grant Writer | 0.00 |
| | | Mat. | 0.00 |
| | | Farm Machin. | 0.00 |
| | | Capex | 500.00 |
| | | | **10327.28** |

1. CREDITOR CONDADO 5 IS STILL RECEIVING ALL MILK PROCEEDS.

2 WITHOUT MILK PROCEEDS DEBTOR HAS NO CASH FLOW AND CANNOT COVER
COST OF PRODUCTION. THERFORE, DEBTOR HAS BEEN FORCED TO DRY COWS EARLIER.

3. DEBTOR HAS BEEN OPERATING WITH PROCEEDS COMING FROM SALE OF HAY.

4. WITHOUT ADEQUATE CASH FLOW, DEBTOR IS NOT FEEDING DAIRY CATTLE THE AMOUNT OF
CONCENTRATED FEED NECESSARY TO OBTAIN MAXIMUM MILK YIELD.

5. WITHOUT CASH FLOW, DEBTOR IS NOT MEDICATING DAIRY CATTLE NOR MAINTAINING FARM ADEQUATELY.

This MOR has been prepared using information from bank accounts and verbal information provided
by Debtor.

After Five Days Return To:
PO Box 9146
San Juan PR 00908-0146



**STATEMENT OF ACCOUNT**

| STATEMENT DATE |
|---|
| 09/30/20 |

00001589 MFBPRR1001200159590R 3 100000000



LAS MARTAS INC
HC 5 BOX 91635
ARECIBO PR 00612-9517

**020-BUSINESS PLUS CORP**

5*  6109207280

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 3.16-OD | 7 | 2843.44 | 73 | 2840.87 | 10.00 | 10.59-OD |

```
CHECKING ACCOUNT TRANSACTIONS
DEPOSITS AND OTHER CREDITS
   DATE.........AMOUNT...........DESCRIPTION

   09/08         240.00            DEPOSIT
   09/11         225.00            DEPOSIT
   09/14         878.44            DEPOSIT
   09/15         600.00            DEPOSIT
   09/21         600.00            DEPOSIT
   09/21         100.00            DEPOSIT
   09/28         200.00            DEPOSIT

CHECKS
   DATE....CHECK NO......AMOUNT              DATE....CHECK NO......AMOUNT

   09/08      205          200.00            09/21      209          200.00
   09/11      206          200.00            09/28      211          200.00
   09/18      208          500.00

OTHER DEBITS
   DATE.........AMOUNT...........DESCRIPTION

   09/01          10.00           POS-083120*005346-
                                  HATILLO IHAB HATILLO      PR
   09/01           4.00           DAILY OD CHARGE*
   09/01           0.50           090120*001805-ATM BAL INQUIRY FEE*
                                  CARR 493 KM 37 B HATILLO       WI
   09/01           0.47           IVU ESTATAL
   09/01           0.05           IVU MUNICIPAL
   09/02           4.00           DAILY OD CHARGE*
   09/02           0.42           IVU ESTATAL
   09/02           0.04           IVU MUNICIPAL
   09/03           4.00           DAILY OD CHARGE*
   09/03           0.50           090320*001889-ATM BAL INQUIRY FEE*
                                  CARR 493 KM 37 B HATILLO       WI
   09/03           0.47           IVU ESTATAL
   09/03           0.05           IVU MUNICIPAL
   09/04           4.00           DAILY OD CHARGE*
   09/04           0.50           090420*001926-ATM BAL INQUIRY FEE*
                                  CARR 493 KM 37 B HATILLO       WI
```





```
CHECKING ACCOUNT TRANSACTIONS
OTHER DEBITS
 DATE..........AMOUNT...........DESCRIPTION

 09/04           0.47            IVU ESTATAL
 09/04           0.05            IVU MUNICIPAL
 09/08          10.00            POS-090720*006143-
                                 HATILLO IHAB HATILLO    PR
 09/08           4.00            DAILY OD CHARGE*
 09/08           0.50            090420*001945-ATM BAL INQUIRY FEE*
                                 CARR 493 KM 37 B HATILLO    WI
 09/08           0.50            090520*001966-ATM BAL INQUIRY FEE*
                                 CARR 493 KM 37 B HATILLO    WI
 09/08           0.50            090720*002015-ATM BAL INQUIRY FEE*
                                 CARR 493 KM 37 B HATILLO    WI
 09/08           0.50            090820*002059-ATM BAL INQUIRY FEE*
                                 CARR 493 KM 37 B HATILLO    WI
 09/08           0.63            IVU ESTATAL
 09/08           0.06            IVU MUNICIPAL
 09/09           4.00            DAILY OD CHARGE*
 09/09           0.50            090820*002079-ATM BAL INQUIRY FEE*
                                 CARR 493 KM 37 B HATILLO    WI
 09/09           0.50            090920*002090-ATM BAL INQUIRY FEE*
                                 CARR 493 KM 37 B HATILLO    WI
 09/09           0.53            IVU ESTATAL
 09/09           0.05            IVU MUNICIPAL
 09/10           4.00            DAILY OD CHARGE*
 09/10           0.50            091020*002125-ATM BAL INQUIRY FEE*
                                 CARR 493 KM 37 B HATILLO    WI
 09/10           0.47            IVU ESTATAL
 09/10           0.05            IVU MUNICIPAL
 09/11           4.00            DAILY OD CHARGE*
 09/11           0.50            091120*002163-ATM BAL INQUIRY FEE*
                                 CARR 493 KM 37 B HATILLO    WI
 09/11           0.47            IVU ESTATAL
 09/11           0.05            IVU MUNICIPAL
 09/14           0.50            091220*002201-ATM BAL INQUIRY FEE*
                                 CARR 493 KM 37 B HATILLO    WI
 09/14           0.50            091320*002263-ATM BAL INQUIRY FEE*
                                 CARR 493 KM 37 B HATILLO    WI
 09/14           0.11            IVU ESTATAL
 09/14           0.01            IVU MUNICIPAL
 09/15         600.00            POS-091520*000080-
                                 ADM ALLIANCE HATILLO    PR
 09/15         171.15            POS-091520*003381-
                                 ASOC GANADER HATILLO    PR
```





```
CHECKING ACCOUNT TRANSACTIONS
OTHER DEBITS
   DATE..........AMOUNT...........DESCRIPTION

   09/15          22.63          POS-091520*015799-
                                 COMERCIAL HN HATILLO         PR
   09/15          11.25          POS-091520*007111-
                                 HATILLO IHAB HATILLO         PR
   09/15          10.20          POS-091520*003382-
                                 ASOC GANADER HATILLO         PR
   09/17          17.00          POS-091720*015939-
                                 COMERCIAL HN HATILLO         PR
   09/17           9.68          POS-091720*015975-
                                 COMERCIAL HN HATILLO         PR
   09/18           6.97          POS-091820*004647-
                                 COMERCIAL HN HATILLO         PR
   09/18           5.76          POS-091720*039503-
                                 SHELL BETTER HATILLO         PR
   09/18           0.50          091820*002393-ATM BAL INQUIRY FEE*
                                 CARR 493 KM 37 B HATILLO        WI
   09/18           0.05          IVU ESTATAL
   09/18           0.01          IVU MUNICIPAL
   09/21           6.00          POS-092120*289307-
                                 OMO FERRETER HATILLO         PR
   09/22         600.00          POS-092220*000090-
                                 ADM ALLIANCE HATILLO         PR
   09/23          13.75          POS-092220*000063-
                                 HATILLO IHAB HATILLO         PR
   09/24           0.50          092320*002572-ATM BAL INQUIRY FEE*
                                 CARR 493 KM 37 B HATILLO        WI
   09/24           0.05          IVU ESTATAL
   09/24           0.01          IVU MUNICIPAL
   09/25           0.50          092420*002604-ATM BAL INQUIRY FEE*
                                 CARR 493 KM 37 B HATILLO        WI
   09/25           0.05          IVU ESTATAL
   09/25           0.01          IVU MUNICIPAL
   09/28           0.50          092820*002694-ATM BAL INQUIRY FEE*
                                 CARR 493 KM 37 B HATILLO        WI
   09/28           0.05          IVU ESTATAL
   09/28           0.01          IVU MUNICIPAL
   09/30           0.14          OD FINANCE CHARGE
   09/30          10.00          BALANCE RANGE FEE    *
   09/30           1.05          IVU ESTATAL
   09/30           0.10          IVU MUNICIPAL
```



```
* * * * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * * * *
DATE.........BALANCE    DATE.........BALANCE    DATE.........BALANCE
 08/31         3.16OD   09/10        19.97OD   09/22         16.13
 09/01        18.18OD   09/11           .01    09/23          2.38
 09/02        22.64OD   09/14        877.33    09/24          1.82
 09/03        27.66OD   09/15        662.10    09/25          1.26
 09/04        32.68OD   09/17        635.42    09/28           .70
 09/08         9.37OD   09/18        122.13    09/30         10.59OD
 09/09        14.95OD   09/21        616.13
```

BUENAS NOTICIAS! YA PUEDES REALIZAR TRANSFERENCIAS
AUTOMATICAS DESDE TU CUENTA DE FIRSTBANK A TU
CHRISTMAS CLUB A TRAVES DE TU BANCA DIGITAL.



ACCOUNT 6109207280 Page 5

FirstBank certifies that these images are legitimate and exact copies of your checks or other items processed in this statement.

## CHECK IMAGES


Check: 205 Amount: $200.00 Date: 09/08/2020


Check: 206 Amount: $200.00 Date: 09/11/2020


Check: 208 Amount: $500.00 Date: 09/18/2020


Check: 209 Amount: $200.00 Date: 09/21/2020


Check: 211 Amount: $200.00 Date: 09/28/2020