Page 1

Case:18-07304-ESL12   Doc#:198-1   Filed:10/23/20   Entered:10/23/20 19:30:24   Desc:
Exhibit Suiza Anticipo & Liquidation Sept 2020   Page 1 of 4

```
                    SUIZA DAIRY CORPORATION
                      Informe de Anticipo
                    Wednesday, September 9, 2020

                         DIVISION SUIZA DAIRY

Ganadero ..................:       942   JM DAIRY, INC.
Licencia ..................:      3237
Correo Electronico ........:   JFELICIANO.CONTADOR@GMAIL.COM
Fecha de Pago .............:   9/09/2020
Numero de Desposito Directo:   9000616
Adelanto ..................:                            .00

Menos las siguientes Cesiones .

AUTORIDAD DE TIERRAS DE P.R.                            .00
AUTORIDAD DE TIERRAS DE P.R.                            .00
FONDO FOMENTO IND. (SEGURO)                             .00
MARIA E. HERNANDEZ RUIZ                                 .00
YOLANDA PEREZ HERNANDEZ                                 .00
ORIL                                                    .00
ORIL                                                    .00
LUIS GARCIA LUCIANO                                     .00

Total a Descontar .........:                            .00

Pago Neto .................:                            .00
```

Page 1

Case:18-07304-ESL12   Doc#:198-1   Filed:10/23/20   Entered:10/23/20 19:30:24   Desc:
Exhibit Suiza Anticipo & Liquidation Sept 2020   Page 2 of 4

```
                    SUIZA DAIRY CORPORATION
                      Informe de Anticipo
                    Wednesday, September 23, 2020

                        DIVISION SUIZA DAIRY

Ganadero ..................:       941   LAS MARTAS
Licencia ..................:      3064
Correo Electronico ........: JFELICIANO.CONTADOR@GMAIL.COM
Fecha de Pago .............:    9/23/2020
Numero de Desposito Directo:     900651
Adelanto ..................:   1,441.38

Menos las siguientes Cesiones .

SUIZA DAIRY CORPORATION                                       .00
AUTORIDAD DE TIERRAS DE P.R.                                  .00
AUTORIDAD DE TIERRAS DE P.R.                                  .00
FONDO FOMENTO IND. (SEGURO)                                   .00
ENRIQUE MAYSONET                                              .00
ADM ALLIANCE NUTRITION DE PR                                  .00
JOSE R. CARRION MORALES                                       .00
MARIA E. HERNANDEZ RUIZ                                       .00
ORIL
CONDADO 5, LLC.                                         1,441.38

Total a Descontar .........:                            1,441.38

Pago Neto .................:                                 .00
```

Case:18-07304-ESL12 Doc#:198-1 Filed:10/23/20 Entered:10/23/20 19:30:24 Desc:
Exhibit Suiza Anticipo & Liquidation Sept 2020 Page 3 of 4

Page 1

```
                         SUIZA DAIRY CORPORATION
                          Informe de Liquidacion p
                         Wednesday, September 2, 2020

                              DIVISION SUIZA DAIRY

Ganadero .....................      941  LAS MARTAS
Licencia .....................     3064
Numero de Liquidacion ........  2020-18
Desde ........................ 8/20/2020
Hasta ........................ 9/02/2020
Fecha de Pago ................ 9/02/2020
Numero de Cheque o Dep Directo. 9000599

Numero de Facimil ............   58,700

Cuota ........................    3,126

La Produccion para el Periodo.

Distribucion del Pago ........                        Litros       A           Valor

Leche Fresca Retenida y UHT          38.4935%          3,126    .822000      2,569.57
Productos Derivados Plantas          61.5065%              0    .000000            .00
Leche Utilizada Polvo Plantas          .0000%              0    .000000            .00
Leche Utilizada Queso Indulac          .0000%              0    .000000            .00
Leche Utilizada en Polvo y Evaporada Indulac
                                       .0000%              0    .000000            .00
Leche Sobre Quota Entregada por Ganadero                   0    .000000            .00

Total a Pagar ................                                               2,569.57

Menos la siguientes Cesiones .

Adelanto .....................                                               1,376.85
SUIZA DAIRY CORPORATION                                                           .00
AUTORIDAD DE TIERRAS DE P.R.                                                      .00
AUTORIDAD DE TIERRAS DE P.R.                                                      .00
FONDO FOMENTO IND. (SEGURO)                                                       .00
ENRIQUE MAYSONET                                                                  .00
ADM ALLIANCE NUTRITION DE PR                                                      .00
JOSE R. CARRION MORALES                                                           .00
MARIA E. HERNANDEZ RUIZ                                                           .00
ORIL                                                                              .00
CONDADO 5, LLC.                                                              1,192.72

Total de Deducciones .........                                               2,569.57

Pago Neto ....................                                                    .00
```

Case:18-07304-ESL12 Doc#:198-1 Filed:10/23/20 Entered:10/23/20 19:30:24 Desc:
Exhibit Suiza Anticipo & Liquidation Sept 2020 Page 4 of 4

Page 1

```
                        SUIZA DAIRY CORPORATION
                         Informe de Liquidacion p
                        Wednesday, September 16, 2020

                             DIVISION SUIZA DAIRY

Ganadero .....................          941    LAS MARTAS
Licencia .....................         3064
Numero de Liquidacion ........      2020-19
Desde ........................    9/03/2020
Hasta ........................    9/16/2020
Fecha de Pago ................    9/16/2020
Numero de Cheque o Dep Directo.     9000633

Numero de Facimil ............       58,700

Cuota ........................

La Produccion para el Periodo .       3,507

Distribucion del Pago ........                       Litros            A          Valor

Leche Fresca Retenida y UHT             47.0408%      3,507      .822000       2,882.75
Productos Derivados Plantas             52.9592%          0      .000000            .00
Leche Utilizada Polvo Plantas             .0000%          0      .000000            .00
Leche Utilizada Queso Indulac             .0000%          0      .000000            .00
Leche Utilizada en Polvo y Evaporada Indulac
                                          .0000%          0      .000000            .00
Leche Sobre Quota Entregada por Ganadero                  0      .000000            .00

Total a Pagar ................                                                2,882.75

Menos la siguientes Cesiones ..

Adelanto .....................                                                1,284.79
SUIZA DAIRY CORPORATION                                                            .00
AUTORIDAD DE TIERRAS DE P.R.                                                       .00
AUTORIDAD DE TIERRAS DE P.R.                                                       .00
FONDO FOMENTO IND. (SEGURO)                                                        .00
ENRIQUE MAYSONET                                                                   .00
ADM ALLIANCE NUTRITION DE PR                                                       .00
JOSE R. CARRION MORALES                                                            .00
MARIA E. HERNANDEZ RUIZ                                                            .00
ORIL                                                                               .00
CONDADO 5, LLC.                                                               1,597.96

Total de Deducciones .........                                                2,882.75

Pago Neto ....................                                                     .00
```