IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 18-07304-ESL12 |
|---|---|
| VAQUERIA LAS MARTAS INC | Chapter 12 |
| 66-0541863 | |
| Debtor(s) | FILED & ENTERED ON DEC/04/2020 |

AMENDED ORDER AND NOTICE

A hearing is hereby scheduled for January 26, 2021, at 2:00 PM, via Microsoft Teams Video & Audio Conferencing and/or Telephonic Hearings. All parties that wish to appear at the Microsoft Teams hearing must familiarize themselves and follow the Procedures for Remote Appearances, found on the homepage of our Website at https:\\prb.uscourts.gov; to consider the following:

1- Chapter 12 Plan of Reorganization dated June 1, 2020 (#137)

2- Debtor's motion submitting projections in support of plan of reorganization (#144)

3- Chapter 12 Trustee's unfavorable recommendation (#146)

4- Objection to Confirmation filed by Condado 5, LLC (#146).

The Clerk shall give notice to all parties in interest.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 4 day of December, 2020.

Enrique S. Lamoutte
United States Bankruptcy Judge