CASE N° 18-07304 ESL

**MOR VAQUERIA LAS MARTAS, INC.**
FEBRUARY 2021
3,823 LTS BIWEEKLY
Milking 20 Cows Averaging 13.65 Lts/Day/Cow
Occupying 6.51% Milk Quota

| | | | |
|---|---|---|---|
| dry: 28 | | | DEBTOR HAS BEEN FORCED TO DRY COWS AS HE HAS NO USE OF CASH COLLATERAL |
| Culled: 1 | Milk Quota: 58,700 lts biweekly | | |

| | | | | |
|---|---|---|---|---|
| **INCOME:** | SUIZA | | | $ |
| **Milk Sales:** | Liq. Feb. 3 | (Less Ant.) | | 1,513.13  All milk proceeds go to |
| | Liq. Feb. 17 | 3,866 lts @ 81.81¢/lt | | 3,179.07  CONDADO 5 |
| | Ant. Feb. 24 | | | 1589.54 |
| Sale of Calves & Heifer | | | | 0.00 |
| Sale of hay | | Cash | | 3200.00 |
| SBA PPP | | | | |
| USDA FSA | Money reimbursed by US Trustee | | | 0.00 |
| Money in bank and on hand | | | | 92.89 |
| | **Total Income:** | | | 9,574.63 |

**Less Operational Costs:**

| | | | |
|---|---|---|---|
| Wages: | | | 800.00 |
| State Department | 943 PR | | 0.00 |
| FUTA | | | 0.00 |
| Feed | | | 2,300.00 |
| Forage | Debtor makes own bales of hay | | 0.00 |
| Medicines & Veterinary, | (APLH) | **AGH** | 0.00 |
| Tick Pesticide/Dewormer | | AGH | 0.00 |
| Farm Maintenance & repairs | | | 0.00 |
| Milking Equipment | | | 0.00 |
| Farm Machinery | (goma tractor) | | 0.00 |
| Materials & Supplies | | | 0.00 |
| Car & Truck | (Centro Automotríz | | 0.00 |
| Fuel | | | 6.56 |
| Fertilizer | | | 0.00 |
| Seurity deposit | | | 0.00 |
| Utilities: | AEE | | 0.00 |
| farm lease | Juan Manuel Barreto | | 0.00 |
| Renew ORIL License | ORIL License | | 0.00 |
| Lab. Milk Samples | | | 0.00 |
| Miscellaneous: IVU on AGH bills | | | 0.00 |
| Freight | | | 0.00 |
| Bank charges | | | 57.51 |
| | **Total Operational Costs:** | | 3,164.07 |

| | |
|---|---|
| **Capital Expenditures: Purchase of Heifer** | 0.00 |

**Less Obligations & Others:**

| | | |
|---|---|---|
| Condado 5 through milk assignments | 6281.74 | 100% of Milk Proceeds |

| | |
|---|---|
| **Total Operational, Expenditures, Obligations:** | 9,445.81 |
| **Net Income:** | 128.82 |

**Cash on Hand: $140.25**
**Money in Bank Acct: ($11.43)**

CASE N° 18-07304 ESL

**MOR VAQUERIA LAS MARTAS, INC.**
FEBRUARY 2021
3,823 LTS BIWEEKLY
Milking 20 Cows Averaging 13.65 Lts/Day/Cow
Occupying 6.51% Milk Quota

**WAGES:**

Juan Manuel Barreto
                                    0.00

Edgardo García
| Feb. 2  | #233 | 200.00 |
| Feb. 8  | #234 | 200.00 |
| Feb. 16 | #236 | 200.00 |
| Feb. 19 | #237 | 200.00 |
|         |      | 800.00 |

**CAPEX: PURCHASE OF HEIFERS**            0.00

**FEED**                                  **$**
| Feb. 3  | ATH  | 600.00  |                         |
| Feb. 9  | Cash | 600.00  | Paid From Sale of Hay   |
| Feb. 15 | Cash | 500.00  | Paid From Sale of Hay   |
| Feb. 22 | Cash | 600.00  | Paid From Sale of Hay   |
|         |      | 2300.00 |                         |

**Income:**
| Milk Sales          | 6,281.74 |
| ADEA Incentive      | 0.00     |
| sale of Cattle      | 0.00     |
| Sale of bales of Hay| 3200.00  |
| USDA-FSA/Trustee    | 0.00     |
| Money on hand & Bank| 92.89    |
|                     | 9574.63  |

**Expenses & Obligations Paid;**
| Condado 5      | 6,281.74 |
| Pesticides     | 0.00     |
| Feed           | 2300.00  |
| Wages          | 800.00   |
| Medicines      | 0.00     |
| Fuel           | 6.56     |
| Milking Equip. | 0.00     |
| Farm Maint.    | 0.00     |
| License ORIL   | 0.00     |
| IVU on Bills   | 0.00     |
| Bank charges   | 57.51    |
| Lab Sample     | 0.00     |
| Materials      | 0.00     |
| Farm Machin.   | 0.00     |
| Capex          | 0.00     |
|                | 9445.81  |

1. CREDITOR CONDADO 5 IS STILL RECEIVING ALL MILK PROCEEDS.

2 WITHOUT MILK PROCEEDS DEBTOR HAS NO CASH FLOW AND CANNOT COVER
COST OF PRODUCTION. THERFORE, DEBTOR HAS BEEN FORCED TO DRY COWS EARLIER.

3. DEBTOR HAS BEEN OPERATING WITH PROCEEDS COMING FROM SALE OF HAY.

4. WITHOUT ADEQUATE CASH FLOW, DEBTOR IS NOT FEEDING DAIRY CATTLE THE AMOUNT OF
CONCENTRATED FEED NECESSARY TO OBTAIN MAXIMUM MILK YIELD.

5. WITHOUT CASH FLOW, DEBTOR IS NOT MEDICATING DAIRY CATTLE NOR MAINTAINING FARM ADEQUATELY.

This MOR has been prepared using information from bank accounts and verbal information provided
by Debtor.

After Five Days Return To:
PO Box 9146
San Juan PR 00908-0146



**STATEMENT OF ACCOUNT**

| STATEMENT DATE |
|---|
| 02/28/21 |



00003172 MFBPRR0301210159590R 4 100000000

LAS MARTAS INC
HC 5 BOX 91635
ARECIBO PR 00612-9517

020-BUSINESS PLUS CORP

4* 6109207280

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 7.36-OD | 5 | 1460.00 | 47 | 1454.07 | 10.00 | 11.43-OD |

```
CHECKING ACCOUNT TRANSACTIONS
DEPOSITS AND OTHER CREDITS
   DATE...........AMOUNT...........DESCRIPTION

   02/02           220.00           DEPOSIT
   02/03           600.00           DEPOSIT
   02/08           200.00           DEPOSIT
   02/16           220.00           DEPOSIT
   02/19           220.00           DEPOSIT

CHECKS
   DATE....CHECK NO......AMOUNT            DATE....CHECK NO......AMOUNT

   02/02     233          200.00           02/16     236          200.00
   02/08     234          200.00           02/19     237          200.00

OTHER DEBITS
   DATE..........AMOUNT...........DESCRIPTION

   02/01            4.00           DAILY OD CHARGE*
   02/01            0.42           IVU ESTATAL
   02/01            0.04           IVU MUNICIPAL
   02/02            4.00           DAILY OD CHARGE*
   02/02            0.42           IVU ESTATAL
   02/02            0.04           IVU MUNICIPAL
   02/03          600.00           POS-020321*000101-
                                   ADM ALLIANCE HATILLO      PR
   02/08            3.50           POS-020521*003401-
                                   HATILLO IHAB HATILLO      PR
   02/08            0.50           020521*006595-ATM BAL INQUIRY FEE*
                                   CARR 493 KM 37 B HATILLO      WI
   02/08            0.05           IVU ESTATAL
   02/08            0.01           IVU MUNICIPAL
   02/09            4.00           DAILY OD CHARGE*
   02/09            0.42           IVU ESTATAL
   02/09            0.04           IVU MUNICIPAL
   02/10            4.00           DAILY OD CHARGE*
   02/10            0.50           021021*006739-ATM BAL INQUIRY FEE*
                                   CARR 493 KM 37 B HATILLO      WI
   02/10            0.47           IVU ESTATAL
```



ACCOUNT 6109207280 Page 2



CHECKING ACCOUNT TRANSACTIONS
OTHER DEBITS

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 02/10 | 0.05 | IVU MUNICIPAL |
| 02/11 | 4.00 | DAILY OD CHARGE* |
| 02/11 | 0.42 | IVU ESTATAL |
| 02/11 | 0.04 | IVU MUNICIPAL |
| 02/12 | 4.00 | DAILY OD CHARGE* |
| 02/12 | 0.42 | IVU ESTATAL |
| 02/12 | 0.04 | IVU MUNICIPAL |
| 02/16 | 4.00 | DAILY OD CHARGE* |
| 02/16 | 0.42 | IVU ESTATAL |
| 02/16 | 0.04 | IVU MUNICIPAL |
| 02/17 | 4.00 | DAILY OD CHARGE* |
| 02/17 | 0.42 | IVU ESTATAL |
| 02/17 | 0.04 | IVU MUNICIPAL |
| 02/18 | 4.00 | DAILY OD CHARGE* |
| 02/18 | 0.42 | IVU ESTATAL |
| 02/18 | 0.04 | IVU MUNICIPAL |
| 02/19 | 4.00 | DAILY OD CHARGE* |
| 02/19 | 0.42 | IVU ESTATAL |
| 02/19 | 0.04 | IVU MUNICIPAL |
| 02/25 | 0.50 | 022521*007211-ATM BAL INQUIRY FEE* |
| | | CARR 493 KM 37 B HATILLO    WI |
| 02/25 | 0.05 | IVU ESTATAL |
| 02/25 | 0.01 | IVU MUNICIPAL |
| 02/26 | 3.06 | POS-022521*006162- |
| | | HATILLO IHAB HATILLO    PR |
| 02/26 | 0.08 | OD FINANCE CHARGE |
| 02/26 | 10.00 | BALANCE RANGE FEE * |
| 02/26 | 1.05 | IVU ESTATAL |
| 02/26 | 0.10 | IVU MUNICIPAL |

* * * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * * * *

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 01/31 | 7.36OD | 02/09 | 4.80OD | 02/17 | 7.66OD |
| 02/01 | 11.82OD | 02/10 | 9.82OD | 02/18 | 12.12OD |
| 02/02 | 3.72 | 02/11 | 14.28OD | 02/19 | 3.42 |
| 02/03 | 3.72 | 02/12 | 18.74OD | 02/25 | 2.86 |
| 02/08 | .34OD | 02/16 | 3.20OD | 02/26 | 11.43OD |

TU DONATIVO HARA POSIBLE SERVICIOS BASICOS A MAS DE 12,000
JOVENES Y A QUE SE UNAN A LA FUERZA QUE MOVERA A PR. DONA EN
DONAR.BGCPR.ORG O ATH MOVIL:DONATE:/BOYSANDGIRLSCLUBSDEPR.





FirstBank certifies that these images are legitimate and exact copies of your checks or other items processed in this statement.

## CHECK IMAGES


Check: 233  Amount: $200.00  Date: 02/02/2021


Check: 234  Amount: $200.00  Date: 02/08/2021


Check: 236  Amount: $200.00  Date: 02/16/2021


Check: 237  Amount: $200.00  Date: 02/19/2021

