```
MIME-Version:1.0
From:prd_docketing@prd.uscourts.gov
To:prd_docketing@prd.uscourts.gov
Bcc:
--Case Participants: Mayra M. Arguelles-Alvarez (mayra.arguelles@gmail.com), Frances C.
Brunet-Uriarte (fbrunet@ferraiuoli.com, frances.brunet@gmail.com), Jose R. Carrion-Morales
(jcarrion@ch13-pr.com, jrcarrion1@icloud.com), Gustavo A. Chico-Barris
(edocketslit@ferraiuoli.com, gchico@ecf.courdrive.com, gchico@ferraiuoli.com,
hruiz@ferraiuoli.com), Sonia Colon-Colon (edocketslit@ferraiuoli.com,
scolon@ecf.courtdrive.com, scolon@ferraiuoli.com), Nannette Marie Godreau-Vazquez
(godreaulaw@gmail.com), Edward W. Hill-Tollinche (ehill@hillgonzalezlaw.com,
erobles@hillgonzalezlaw.com), Monsita Lecaroz-Arribas (monsita.lecaroz@usdoj.gov), Lysette
A. Morales-Vidal (lamoraleslawoffice@gmail.com), Juliel Perez-Mendez (jperez@ch13-pr.com,
julielpm@yahoo.com), Alexandra Rodriguez-Diaz (alexmilagros@hotmail.com), Camille N. Somoza-
Castello (cnsomoza@gmail.com, csomoza@ecf.courtdrive.com, csomoza@ferraiuoli.com,
edocketslit@ferraiuoli.com), Judge Aida M. Delgado-Colon (prd_adc@prd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<7489807@prd.uscourts.gov>
Subject:Activity in Case 3:20-cv-01344-ADC Condado 5, LLC v. Vaqueria Las Martas Inc Order
on Motion In Compliance
```
Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### United States District Court

### District of Puerto Rico

## Notice of Electronic Filing

The following transaction was entered on 10/29/2021 at 12:13 PM AST and filed on 10/29/2021

| | |
|---|---|
| **Case Name:** | Condado 5, LLC v. Vaqueria Las Martas Inc |
| **Case Number:** | [3:20-cv-01344-ADC](...) |
| **Filer:** | |
| **Document Number:** | 40(No document attached) |

**Docket Text:**
**ORDER re [39] Motion In Compliance.Appellant's motion in compliance informing that the appeal is moot in light of the fact that the underlying bankruptcy was dismissed at ECF No. 39 is NOTED and GRANTED. Accordingly, the case is dismissed. Clerk of Court shall enter judgment accordingly. All pending motions are thus moot. Signed by Judge Aida M. Delgado-Colon on 10/29/2021. (wm)**

**3:20-cv-01344-ADC Notice has been electronically mailed to:**

Jose R. Carrion-Morales    jcarrion@ch13-pr.com, jrcarrion1@icloud.com

Lysette A. Morales-Vidal    lamoraleslawoffice@gmail.com

Monsita Lecaroz-Arribas    monsita.lecaroz@usdoj.gov

Edward W. Hill-Tollinche    ehill@hillgonzalezlaw.com, erobles@hillgonzalezlaw.com

Sonia Colon-Colon    scolon@ferraiuoli.com, edocketslit@ferraiuoli.com, scolon@ecf.courtdrive.com

Juliel Perez-Mendez    jperez@ch13-pr.com, julielpm@yahoo.com

Alexandra Rodriguez-Diaz    alexmilagros@hotmail.com

Gustavo A. Chico-Barris    gchico@ferraiuoli.com, edocketslit@ferraiuoli.com, gchico@ecf.courdrive.com, hruiz@ferraiuoli.com

Nannette Marie Godreau-Vazquez    godreaulaw@gmail.com

Mayra M. Arguelles-Alvarez    mayra.arguelles@gmail.com

Camille N. Somoza-Castello    csomoza@ferraiuoli.com, cnsomoza@gmail.com, csomoza@ecf.courtdrive.com, edocketslit@ferraiuoli.com

Frances C. Brunet-Uriarte    fbrunet@ferraiuoli.com, frances.brunet@gmail.com

**3:20-cv-01344-ADC Notice has been delivered by other means to:**