```
MIME-Version:1.0
From:prd_docketing@prd.uscourts.gov
To:prd_docketing@prd.uscourts.gov
Bcc:
--Case Participants: Frances C. Brunet-Uriarte (fbrunet@ferraiuoli.com,
frances.brunet@gmail.com), Gustavo A. Chico-Barris (edocketslit@ferraiuoli.com,
gchico@ecf.courdrive.com, gchico@ferraiuoli.com, hruiz@ferraiuoli.com), Monsita Lecaroz-
Arribas (monsita.lecaroz@usdoj.gov), Lysette A. Morales-Vidal
(lamoraleslawoffice@gmail.com), Sonia Colon-Colon (edocketslit@ferraiuoli.com,
scolon@ecf.courtdrive.com, scolon@ferraiuoli.com), Judge Pedro A. Delgado-Hernandez
(prd_pad@prd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<7586350@prd.uscourts.gov>
Subject:Activity in Case 3:21-cv-01081-PAD Vaqueria Las Martas, Inc. v. Condado 5, LLC Order
on Motion to Dismiss
Content-Type: text/html
```

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## United States District Court

## District of Puerto Rico

### Notice of Electronic Filing

The following transaction was entered on 2/9/2022 at 11:16 AM AST and filed on 2/9/2022

**Case Name:** Vaqueria Las Martas, Inc. v. Condado 5, LLC
**Case Number:** [3:21-cv-01081-PAD](#)
**Filer:**
**WARNING: CASE CLOSED on 02/09/2022**
**Document Number:** 21(No document attached)

**Docket Text:**
**ORDER: Granting [11] "Motion to Dismiss Appeal Upon the Dismissal of the Underlying Bankruptcy Case" in light of the dismissal of the underlying bankruptcy case and the dismissal of Case No. 20-1344 (ADC). Accordingly, the case is dismissed. Judgment shall be entered accordingly. Signed by Judge Pedro A. Delgado-Hernandez on 2/9/2022. (LM)**


**3:21-cv-01081-PAD Notice has been electronically mailed to:**

Lysette A. Morales-Vidal     lamoraleslawoffice@gmail.com

Monsita Lecaroz-Arribas     monsita.lecaroz@usdoj.gov

Sonia Colon-Colon    scolon@ferraiuoli.com, edocketslit@ferraiuoli.com, scolon@ecf.courtdrive.com

Gustavo A. Chico-Barris    gchico@ferraiuoli.com, edocketslit@ferraiuoli.com, gchico@ecf.courdrive.com, hruiz@ferraiuoli.com

Frances C. Brunet-Uriarte    fbrunet@ferraiuoli.com, frances.brunet@gmail.com

**3:21-cv-01081-PAD Notice has been delivered by other means to:**